# EXHIBIT A

**NEW YORK DAILY NEWS**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 01/11/1996 | September 1995 | TX0004181162 |
| 01/11/1996 | October 1995 | TX0004181146 |
| 02/27/1996 | November 1995 | TX0004184972 |
| 02/27/1996 | December 1995 | TX0004184973 |
| 04/23/1996 | January 1996 | TX0004211544 |
| 04/23/1996 | February 1996 | TX0004211543 |
| 07/02/1996 | March 1996 | TX0004356482 |
| 07/02/1996 | April 1996 | TX0004307866 |
| 09/18/1996 | May 1996 | TX0004336927 |
| 09/18/1996 | June 1996 | TX0004336926 |
| 11/04/1996 | July 1996 | TX0004356479 |
| 11/04/1996 | August 1996 | TX0004363177 |
| 01/13/1997 | September 1996 | TX0004434625 |
| 01/23/1997 | October 1996 | TX0004434628 |
| 03/10/1997 | November 1996 | TX0004420539 |
| 03/10/1997 | December 1996 | TX0004420538 |
| 04/16/1997 | January 1997 | TX0004439645 |
| 04/16/1997 | February 1997 | TX0004439651 |
| 06/19/1997 | March 1997 | TX0004490696 |
| 06/19/1997 | April 1997 | TX0004490694 |
| 09/10/1997 | May 1997 | TX0004544992 |
| 09/19/1997 | July 1997 | TX0004612229 |
| 09/19/1997 | June 1997 | TX0004544995 |
| 01/13/1998 | August 1997 | TX0004602997 |
| 02/05/1998 | October 1997 | TX0004903236 |
| 02/05/1998 | November 1997 | TX0004612362 |
| 04/01/1998 | December 1997 | TX0004661106 |
| 04/01/1998 | January 1998 | TX0004661105 |
| 06/25/1998 | February 1998 | TX0004740493 |
| 06/25/1998 | March 1998 | TX0004651211 |
| 06/25/1998 | April 1998 | TX0004651213 |
| 10/06/1998 | May 1998 | TX0004778979 |
| 10/06/1998 | June 1998 | TX0004770526 |
| 10/06/1998 | July 1998 | TX0004770527 |
| 12/22/1998 | September 1998 | TX0004858606 |
| 12/22/1998 | August 1998 | TX0004646816 |
| 02/11/1999 | December 1998 | TX0005392419 |
| 02/11/1999 | October 1998 | TX0004874119 |
| 02/11/1999 | November 1998 | TX0004874120 |
| 03/10/1999 | January 1999 | TX0004861644 |
| 06/07/1999 | February 1999 | TX0004919704 |
| 06/07/1999 | March 1999 | TX0004919712 |

| | | |
|---|---|---|
| 08/23/1999 | May 1999 | TX0004054833 |
| 08/23/1999 | June 1999 | TX0004054842 |
| 09/28/1999 | July 1999 | TX0004054837 |
| 10/25/1999 | July 1999 | TX0004987124 |
| 10/25/1999 | August 1999 | TX0004987176 |
| 02/02/2000 | October 1999 | TX0005355288 |
| 02/02/2000 | September 1999 | TX0005041561 |
| 03/02/2000 | December 1999 | TX0005355289 |
| 03/02/2000 | November 1999 | TX0005062115 |
| 06/05/2000 | March 2000 | TX0005205479 |
| 06/05/2000 | January 2000 | TX0005132815 |
| 06/05/2000 | February 2000 | TX0005132814 |
| 08/24/2000 | April 2000 | TX0005340324 |
| 01/22/2001 | October 2000 | TX0005235707 |
| 01/22/2001 | November 2000 | TX0005235706 |
| 02/09/2001 | September 2000 | TX0005392420 |
| 02/09/2001 | August 2000 | TX0005274278 |
| 04/23/2001 | December 2000 | TX0005298887 |
| 04/23/2001 | January 2001 | TX0005298886 |
| 07/13/2001 | May 2000 | TX0005340325 |
| 07/13/2001 | June 2000 | TX0005340326 |
| 07/23/2001 | February 2001 | TX0005345262 |
| 07/23/2001 | March 2001 | TX0005345256 |
| 07/23/2001 | March 2001 | TX0005354862 |
| 08/20/2001 | May 2001 | TX0005369669 |
| 10/09/2001 | July 2001 | TX0005433229 |
| 10/09/2001 | June 2001 | TX0005532425 |
| 01/07/2002 | September 2001 | TX0005569849 |
| 02/11/2002 | October 2001 | TX0005569860 |
| 03/12/2002 | November 2001 | TX0005565366 |
| 04/08/2002 | December 2001 | TX0005562067 |
| 04/15/2002 | January 2002 | TX0005502726 |
| 05/23/2002 | August 2001 | TX0005651817 |
| 05/31/2002 | March 2002 | TX0005532052 |
| 07/03/2002 | April 2002 | TX0005599836 |
| 08/16/2002 | May 2002 | TX0005613116 |
| 09/10/2002 | June 2002 | TX0005809677 |
| 10/11/2002 | July 2002 | TX0005600427 |
| 10/11/2002 | August 2002 | TX0005600372 |
| 11/20/2002 | September 2002 | TX0005639685 |
| 01/07/2003 | October 2002 | TX0005654144 |
| 02/20/2003 | December 2002 | TX0005809658 |
| 03/03/2003 | February 2002 | TX0005807918 |
| 04/07/2003 | January 2003 | TX0005874446 |

| | | |
|---|---|---|
| 04/22/2003 | February 2003 | TX0005808011 |
| 06/20/2003 | April 2003 | TX0005673138 |
| 06/23/2003 | March 2003 | TX0005673137 |
| 08/11/2003 | May 2003 | TX0005800527 |
| 09/10/2003 | June 2003 | TX0005806815 |
| 10/29/2003 | July 2003 | TX0005873983 |
| 11/10/2003 | August 2003 | TX0005873976 |
| 11/10/2003 | September 2003 | TX0005873981 |
| 01/09/2004 | October 2003 | TX0005873995 |
| 02/18/2004 | November 2003 | TX0005892621 |
| 02/18/2004 | December 2003 | TX0005892029 |
| 04/23/2004 | January 2004 | TX0005989264 |
| 06/21/2004 | March 2004 | TX0005985737 |
| 07/13/2004 | April 2004 | TX0005989263 |
| 07/30/2004 | May 2004 | TX0005996395 |
| 09/27/2004 | June 2004 | TX0006033163 |
| 10/12/2004 | July 2004 | TX0006069578 |
| 11/03/2004 | August 2004 | TX0006078193 |
| 12/06/2004 | September 2004 | TX0006078197 |
| 01/14/2005 | October 2004 | TX0006093680 |
| 03/04/2005 | November 2004 | TX0006163397 |
| 05/02/2005 | January 2005 | TX0006166840 |
| 05/09/2005 | February 2005 | TX0006166826 |
| 06/01/2005 | March 2005 | TX0006172142 |
| 08/10/2005 | April 2005 | TX0006206925 |
| 08/10/2005 | May 2005 | TX0006206938 |
| 09/13/2005 | June 2005 | TX0006222655 |
| 10/11/2005 | July 2005 | TX0006226328 |
| 11/08/2005 | August 2005 | TX0006332311 |
| 12/15/2005 | September 2005 | TX0006265651 |
| 12/19/2005 | October 2005 | TX0006265650 |
| 01/18/2006 | November 2005 | TX0006340725 |
| 03/20/2006 | December 2005 | TX0006313834 |
| 04/19/2006 | January 2006 | TX0006313848 |
| 05/08/2006 | February 2006 | TX0006379117 |
| 06/12/2006 | March 2006 | TX0006359046 |
| 07/24/2006 | April 2006 | TX0006422037 |
| 08/04/2006 | May 2006 | TX0006411133 |
| 08/06/2006 | August 2006 | TX0006461698 |
| 09/22/2006 | June 2006 | TX0006483222 |
| 10/10/2006 | July 2006 | TX0006436480 |
| 12/06/2006 | September 2006 | TX0006481156 |
| 01/10/2007 | October 2006 | TX0006511623 |
| 01/16/2007 | November 2006 | TX0006498507 |

| | | |
|---|---|---|
| 03/05/2007 | December 2006 | TX0006550579 |
| 03/21/2007 | January 2007 | TX0006611867 |
| 05/03/2007 | February 2007 | TX0006614601 |
| 06/21/2007 | March 2007 | TX0006608052 |
| 07/10/2007 | April 2007 | TX0006608028 |
| 08/17/2007 | May 2007 | TX0006614530 |
| 09/13/2007 | June 2007 | TX0006630210 |
| 10/04/2007 | July 2007 | TX0006630464 |
| 10/29/2007 | August 2007 | TX0006630330 |
| 03/28/2008 | September 2007 | TX0006685294 |
| 11/28/2007 | September 2007 | TX0006644579 |
| 01/24/2008 | October 2007 | TX0006647439 |
| 01/29/2008 | November 2007 | TX0006647513 |
| 03/19/2008 | December 2007 | TX0006647470 |
| 04/08/2008 | January 2008 | TX0006662942 |
| 05/05/2008 | February 2008 | TX0006647382 |
| 09/18/2008 | March 2008 | TX0006661227 |
| 09/18/2008 | April 2008 | TX0006662390 |
| 07/31/2008 | May 2008 | TX0006662512 |
| 08/14/2008 | June 2008 | TX0006662612 |
| 09/26/2008 | July 2008 | TX0006660576 |
| 11/21/2008 | August 2008 | TX0006660489 |
| 12/11/2008 | September 2008 | TX0006665017 |
| 02/18/2009 | October 2008 | TX0006631870 |
| 06/01/2009 | October 2008 | TX0006679578 |
| 02/18/2009 | November 2008 | TX0006631868 |
| 02/25/2009 | December 2008 | TX0006664945 |
| 05/01/2009 | January 2009 | TX0006680128 |
| 05/01/2009 | February 2009 | TX0006631565 |
| 06/24/2009 | March 2009 | TX0006679377 |
| 07/07/2009 | April 2009 | TX0006683910 |
| 07/09/2009 | May 2009 | TX0006683856 |
| 08/19/2009 | June 2009 | TX0006687583 |
| 10/14/2009 | July 2009 | TX0006685634 |
| 10/14/2009 | August 2009 | TX0006700127 |
| 11/20/2009 | September 2009 | TX0006700088 |
| 01/14/2010 | October 2009 | TX0006701634 |
| 01/14/2010 | November 2009 | TX0006702359 |
| 03/29/2010 | December 2009 | TX0006702409 |
| 03/25/2010 | January 2010 | TX0006704073 |
| 06/03/2010 | February 2010 | TX0006704112 |
| 06/03/2010 | March 2010 | TX0006704111 |
| 10/04/2010 | April 2010 | TX0006772753 |
| 10/07/2010 | May 2010 | TX0006772759 |

| | | |
|---|---|---|
| 02/10/2011 | June 2010 | TX0006772176 |
| 02/10/2011 | July 2010 | TX0006772172 |
| 02/10/2011 | August 2010 | TX0006772150 |
| 02/10/2011 | September 2010 | TX0006772151 |
| 04/29/2011 | October 2010 | TX0006776360 |
| 04/29/2011 | November 2010 | TX0006776361 |
| 06/03/2011 | December 2010 | TX0006776133 |
| 07/21/2011 | January 2011 | TX0006778793 |
| 07/21/2011 | February 2011 | TX0006779028 |
| 08/22/2011 | March 2011 | TX0006779078 |
| 08/22/2011 | April 2011 | TX0006779021 |
| 09/16/2011 | May 2011 | TX0006788057 |
| 09/29/2011 | June 2011 | TX0006573269 |
| 12/19/2011 | July 2011 | TX0006787848 |
| 03/22/2012 | September 2011 | TX0006789348 |
| 03/22/2012 | October 2011 | TX0006789350 |
| 03/30/2012 | December 2011 | TX0006604549 |
| 09/12/2012 | March 2012 | TX0006540595 |
| 09/12/2012 | April 2012 | TX0006540589 |
| 09/04/2013 | September 2012 | TX0007889332 |
| 09/04/2013 | May 2012 | TX0007900636 |
| 09/04/2013 | March 2013 | TX0007888497 |
| 09/04/2013 | April 2013 | TX0007888484 |
| 09/04/2013 | February 2013 | TX0007888461 |
| 09/04/2013 | November 2012 | TX0007889392 |
| 09/04/2013 | July 2012 | TX0007889303 |
| 09/04/2013 | January 2013 | TX0007889398 |
| 09/04/2013 | October 2012 | TX0007889363 |
| 09/04/2013 | June 2012 | TX0007889262 |
| 09/04/2013 | August 2012 | TX0007889287 |
| 09/04/2013 | December 2012 | TX0007900610 |
| 02/20/2014 | July 2013 | TX0007881783 |
| 02/20/2014 | June 2013 | TX0007881845 |
| 02/20/2014 | October 2013 | TX0007901938 |
| 02/20/2014 | May 2013 | TX0007881842 |
| 02/20/2014 | September 2013 | TX0007901983 |
| 02/20/2014 | August 2013 | TX0007901993 |
| 06/27/2014 | November 2013 | TX0007966225 |
| 06/27/2014 | January 2014 | TX0007966282 |
| 06/27/2014 | December 2013 | TX0007966172 |
| 11/13/2014 | February 2014 | TX0008072322 |
| 11/13/2014 | March 2014 | TX0008072328 |
| 11/13/2014 | April 2014 | TX0008072311 |
| 01/12/2015 | May 2014 | TX0008153354 |

| | | |
|---|---|---|
| 01/12/2015 | June 2014 | TX0008153351 |
| 01/12/2015 | July 2014 | TX0008153376 |
| 05/20/2015 | August 2014 | TX0008153168 |
| 05/20/2015 | September 2014 | TX0008153172 |
| 05/20/2015 | October 2014 | TX0008180445 |
| 08/14/2015 | November 2014 | TX0008227386 |
| 08/14/2015 | December 2014 | TX0008227408 |
| 08/14/2015 | January 2015 | TX0008227404 |
| 10/26/2015 | February 2015 | TX0008231472 |
| 10/26/2015 | April 2015 | TX0008231486 |
| 10/26/2015 | March 2015 | TX0008231481 |
| 01/19/2016 | June 2015 | TX0008381791 |
| 01/19/2016 | May 2015 | TX0008203171 |
| 01/19/2016 | July 2015 | TX0008216172 |
| 10/24/2016 | June 2016 | TX0008408600 |
| 10/24/2016 | July 2016 | TX0008408601 |
| 10/24/2016 | April 2016 | TX0008408596 |
| 10/24/2016 | May 2016 | TX0008408597 |
| 10/24/2016 | March 2016 | TX0008408595 |
| 10/24/2016 | February 2016 | TX0008408589 |
| 11/20/2017 | October 2015 | TX0008608223 |
| 11/20/2017 | November 2016 | TX0008475846 |
| 11/20/2017 | August 2015 | TX0008608215 |
| 11/20/2017 | September 2015 | TX0008608219 |
| 11/20/2017 | December 2015 | TX0008608241 |
| 11/20/2017 | December 2016 | TX0008475852 |
| 11/20/2017 | January 2017 | TX0008475817 |
| 11/20/2017 | November 2015 | TX0008608230 |
| 11/20/2017 | January 2016 | TX0008608250 |
| 12/12/2017 | April 2017 | TX0008492681 |
| 12/12/2017 | May 2017 | TX0008492671 |
| 12/12/2017 | July 2017 | TX0008492604 |
| 12/12/2017 | March 2017 | TX0008492744 |
| 12/12/2017 | June 2017 | TX0008492709 |
| 12/12/2017 | February 2017 | TX0008492657 |
| 02/20/2018 | November 2017 | TX0008513597 |
| 02/20/2018 | September 2017 | TX0008513551 |
| 02/20/2018 | August 2017 | TX0008513535 |
| 02/20/2018 | October 2017 | TX0008513574 |
| 04/26/2018 | January 2018 | TX0008636405 |
| 05/15/2018 | February 2018 | TX0008634899 |
| 06/15/2018 | March 2018 | TX0008587215 |
| 09/19/2019 | June 2019 | TX0008849349 |
| 09/25/2019 | August 2019 | TX0008850490 |

| | | |
|---|---|---|
| 11/05/2019 | October 2019 | TX0008851950 |
| 12/11/2019 | July 2019 | TX0008850204 |
| 12/18/2019 | November 2019 | TX0008860520 |
| 01/10/2020 | December 2019 | TX0008851340 |
| 01/30/2020 | August 2018 | TX0008852401 |
| 04/23/2020 | February 2020 | TX0008878033 |
| 04/23/2020 | January 2020 | TX0008876594 |
| 05/06/2020 | April 2020 | TX0008875372 |
| 06/04/2020 | May 2020 | TX0008884591 |
| 06/10/2020 | March 2020 | TX0008883820 |
| 07/07/2020 | June 2020 | TX0008886680 |
| 08/12/2020 | July 2020 | TX0008894743 |
| 09/02/2020 | August 2020 | TX0008900611 |
| 10/08/2020 | September 2020 | TX0008914498 |
| 12/16/2020 | October 2020 | TX0008926202 |
| 01/04/2021 | December 2020 | TX0009198394 |
| 02/02/2021 | January 2021 | TX0008940858 |
| 02/09/2021 | November 2020 | TX0008935243 |
| 05/24/2021 | March 2021 | TX0008977857 |
| 08/27/2021 | May 2021 | TX0009007302 |
| 09/01/2021 | August 2021 | TX0009024689 |
| 10/08/2021 | September 2021 | TX0009077039 |
| 11/04/2021 | October 2021 | TX0009090067 |
| 12/10/2021 | December 2021 | TX0009122060 |
| 03/02/2022 | February 2022 | TX0009283686 |
| 06/06/2022 | March 2022 | TX0009163347 |
| 06/06/2022 | May 2022 | TX0009162678 |
| 06/06/2022 | April 2022 | TX0009163521 |
| 07/18/2022 | June 2022 | TX0009283689 |
| 08/30/2022 | July 2022 | TX0009213104 |
| 09/01/2022 | August 2022 | TX0009203092 |
| 02/10/2023 | November 2022 | TX0009272461 |
| 05/12/2023 | April 2023 | TX0009288782 |
| 05/24/2023 | October 2022 | TX0009266122 |
| 05/24/2023 | September 2022 | TX0009281621 |
| 06/08/2023 | December 2022 | TX0009272154 |
| 06/08/2023 | January 2023 | TX0009272146 |
| 08/17/2023 | June 2023 | TX0009326979 |
| 08/17/2023 | May 2023 | TX0009306433 |
| 09/22/2023 | August 2023 | TX0009342088 |
| 12/04/2023 | November 2023 | TX0009344955 |
| 12/04/2023 | October 2023 | TX0009344957 |