# EXHIBIT C

**ORLANDO SENTINEL**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 02/01/2000 | July 1999 | TX0005038651 |
| 02/01/2000 | August 1999 | TX0005038650 |
| 02/25/2000 | September 1999 | TX0005108182 |
| 02/25/2000 | October 1999 | TX0005108181 |
| 02/25/2000 | November 1999 | TX0005108180 |
| 03/28/2000 | December 1999 | TX0005071513 |
| 04/24/2000 | January 2000 | TX0005078816 |
| 05/30/2000 | February 2000 | TX0005108179 |
| 07/07/2000 | March 2000 | TX0005124118 |
| 07/10/2000 | April 2000 | TX0005171848 |
| 08/11/2000 | May 2000 | TX0005164221 |
| 09/14/2000 | June 2000 | TX0005164197 |
| 10/16/2000 | July 2000 | TX0005173606 |
| 11/27/2000 | August 2000 | TX0005193578 |
| 02/05/2001 | September 2000 | TX0005243020 |
| 03/28/2001 | October 2000 | TX0005286674 |
| 09/07/2001 | January 2001 | TX0005388858 |
| 07/23/2001 | February 2001 | TX0005345247 |
| 07/23/2001 | March 2001 | TX0005345236 |
| 07/31/2001 | April 2001 | TX0005404969 |
| 09/20/2001 | May 2001 | TX0005388859 |
| 07/17/2001 | June 2001 | TX0005388874 |
| 10/15/2001 | July 2001 | TX0005433226 |
| 02/01/2002 | August 2001 | TX0005613739 |
| 12/21/2001 | September 2001 | TX0005532037 |
| 02/08/2002 | October 2001 | TX0005516388 |
| 05/06/2002 | December 2001 | TX0005544510 |
| 06/13/2002 | January 2002 | TX0005613266 |
| 06/13/2002 | February 2002 | TX0005613272 |
| 06/20/2002 | March 2002 | TX0005613273 |
| 07/11/2002 | April 2002 | TX0005613265 |
| 03/06/2003 | November 2002 | TX0005809654 |
| 08/15/2003 | December 2002 | TX0005842111 |
| 08/15/2003 | January 2003 | TX0005842112 |
| 08/27/2003 | February 2003 | TX0005809540 |
| 08/27/2003 | March 2003 | TX0005806774 |
| 09/08/2003 | April 2003 | TX0005809523 |
| 09/08/2003 | May 2003 | TX0005809640 |
| 09/12/2003 | June 2003 | TX0005809574 |
| 10/28/2003 | July 2003 | TX0005868368 |
| 10/30/2003 | August 2003 | TX0005922004 |
| 04/30/2004 | September 2003 | TX0005929473 |

| | | |
|---|---|---|
| 05/04/2004 | October 2003 | TX0005964161 |
| 04/30/2004 | November 2003 | TX0005964871 |
| 04/30/2004 | December 2003 | TX0005964819 |
| 04/30/2004 | January 2004 | TX0005964870 |
| 04/30/2004 | February 2004 | TX0005964876 |
| 08/30/2004 | March 2004 | TX0006018390 |
| 08/31/2004 | April 2004 | TX0006033111 |
| 08/31/2004 | May 2004 | TX0006018388 |
| 08/31/2004 | June 2004 | TX0006018389 |
| 10/15/2004 | July 2004 | TX0006052558 |
| 12/07/2004 | August 2004 | TX0006078201 |
| 12/07/2004 | September 2004 | TX0006066475 |
| 01/24/2005 | October 2004 | TX0006110271 |
| 01/25/2005 | November 2004 | TX0006110269 |
| 03/15/2005 | December 2004 | TX0006128721 |
| 04/12/2005 | January 2005 | TX0006143991 |
| 06/21/2005 | February 2005 | TX0006172137 |
| 06/13/2005 | March 2005 | TX0006172139 |
| 07/15/2005 | April 2005 | TX0006206942 |
| 08/12/2005 | May 2005 | TX0006206943 |
| 10/13/2005 | July 2005 | TX0006210526 |
| 11/23/2005 | August 2005 | TX0006331337 |
| 02/09/2006 | September 2005 | TX0006290931 |
| 01/25/2006 | October 2005 | TX0006331327 |
| 02/07/2006 | November 2005 | TX0006300299 |
| 03/13/2006 | December 2005 | TX0006330103 |
| 04/14/2006 | January 2006 | TX0006340527 |
| 05/15/2006 | February 2006 | TX0006349889 |
| 07/03/2006 | March 2006 | TX0006422079 |
| 08/07/2006 | April 2006 | TX0006611788 |
| 08/07/2006 | May 2006 | TX0006417287 |
| 10/20/2006 | June 2006 | TX0006436511 |
| 12/11/2006 | August 2006 | TX0006469041 |
| 12/11/2006 | September 2006 | TX0006469039 |
| 04/06/2007 | October 2006 | TX0006611927 |
| 04/06/2007 | November 2006 | TX0006614101 |
| 04/06/2007 | December 2006 | TX0006614109 |
| 04/06/2007 | January 2007 | TX0006550553 |
| 10/22/2007 | April 2007 | TX0006630491 |
| 10/22/2007 | May 2007 | TX0006630490 |
| 10/22/2007 | June 2007 | TX0006630489 |
| 10/22/2007 | July 2007 | TX0006630488 |
| 12/20/2007 | August 2007 | TX0006644505 |
| 01/17/2008 | September 2007 | TX0006644608 |

| | | |
|---|---|---|
| 02/04/2008 | October 2007 | TX0006647569 |
| 02/11/2008 | November 2007 | TX0006647179 |
| 05/19/2008 | December 2007 | TX0006647047 |
| 05/19/2008 | January 2008 | TX0006647053 |
| 05/19/2008 | February 2008 | TX0006647172 |
| 08/14/2008 | March 2008 | TX0006661186 |
| 06/19/2009 | March 2008 | TX0006679504 |
| 08/14/2008 | April 2008 | TX0006661185 |
| 08/14/2008 | May 2008 | TX0006662613 |
| 10/10/2008 | June 2008 | TX0006660552 |
| 10/10/2008 | July 2008 | TX0006685302 |
| 12/21/2008 | August 2008 | TX0006663000 |
| 12/17/2008 | September 2008 | TX0006679502 |
| 06/08/2009 | November 2008 | TX0006681694 |
| 02/11/2009 | October 2008 | TX0006631856 |
| 03/17/2009 | December 2008 | TX0006679451 |
| 04/22/2009 | January 2009 | TX0006631561 |
| 06/19/2009 | February 2009 | TX0006679510 |
| 07/27/2009 | April 2009 | TX0006681728 |
| 11/24/2009 | May 2009 | TX0006700124 |
| 09/15/2009 | June 2009 | TX0006684015 |
| 11/24/2009 | July 2009 | TX0006700125 |
| 11/24/2009 | August 2009 | TX0006700123 |
| 03/03/2010 | September 2009 | TX0006702292 |
| 03/03/2010 | October 2009 | TX0006702291 |
| 03/03/2010 | November 2009 | TX0006702295 |
| 04/05/2010 | December 2009 | TX0006718356 |
| 04/25/2011 | September 2010 | TX0006788397 |
| 04/25/2011 | December 2010 | TX0006788398 |
| 04/26/2010 | January 2010 | TX0006703956 |
| 06/18/2010 | February 2010 | TX0006704976 |
| 06/18/2010 | March 2010 | TX0006704975 |
| 09/01/2010 | April 2010 | TX0006705120 |
| 03/03/2011 | June 2010 | TX0006772868 |
| 01/03/2011 | July 2010 | TX0006771498 |
| 02/02/2011 | August 2010 | TX0006782644 |
| 03/03/2011 | October 2010 | TX0006772870 |
| 03/03/2011 | November 2010 | TX0006772869 |
| 01/06/2012 | June 2011 | TX0006788818 |
| 01/06/2012 | July 2011 | TX0006788816 |
| 01/06/2012 | August 2011 | TX0006788817 |
| 02/06/2012 | September 2011 | TX0006787902 |
| 03/12/2012 | November 2011 | TX0006790412 |
| 04/02/2012 | December 2011 | TX0006789326 |

| | | |
|---|---|---|
| 07/25/2011 | January 2011 | TX0006783648 |
| 07/25/2011 | February 2011 | TX0006783649 |
| 09/09/2011 | March 2011 | TX0006789305 |
| 09/09/2011 | May 2011 | TX0006789304 |
| 02/17/2012 | October 2011 | TX0006787896 |
| 04/30/2012 | January 2012 | TX0006789370 |
| 04/30/2012 | February 2012 | TX0006573240 |
| 05/23/2012 | March 2012 | TX0006790186 |
| 07/19/2012 | April 2012 | TX0006573233 |
| 10/12/2012 | May 2012 | TX0006573066 |
| 10/31/2012 | June 2012 | TX0006604579 |
| 10/31/2012 | July 2012 | TX0006604582 |
| 01/14/2013 | August 2012 | TX0007724919 |
| 01/23/2013 | September 2012 | TX0007727672 |
| 03/21/2013 | December 2012 | TX0007799098 |
| 04/04/2013 | October 2012 | TX0008064892 |
| 04/04/2013 | November 2012 | TX0008064900 |
| 04/15/2013 | January 2013 | TX0007911998 |
| 08/02/2013 | February 2013 | TX0007899017 |
| 09/11/2013 | March 2013 | TX0007907688 |
| 11/20/2013 | May 2013 | TX0007898279 |
| 03/14/2014 | August 2013 | TX0008090398 |
| 03/14/2014 | September 2013 | TX0008090425 |
| 03/14/2014 | October 2013 | TX0008090437 |
| 09/04/2014 | January 2014 | TX0008156292 |
| 11/05/2014 | February 2014 | TX0008084839 |
| 01/12/2015 | March 2014 | TX0008153311 |
| 01/12/2015 | May 2014 | TX0008153381 |
| 01/12/2015 | April 2014 | TX0008155891 |
| 01/15/2015 | July 2014 | TX0008047965 |
| 01/15/2015 | June 2014 | TX0008054114 |
| 06/08/2015 | August 2014 | TX0008178860 |
| 06/08/2015 | September 2014 | TX0008178865 |
| 06/08/2015 | October 2014 | TX0008178885 |
| 06/17/2015 | November 2014 | TX0008178911 |
| 06/17/2015 | December 2014 | TX0008178917 |
| 08/14/2015 | January 2015 | TX0008200774 |
| 10/15/2015 | March 2015 | TX0008227432 |
| 10/15/2015 | February 2015 | TX0008227439 |
| 10/26/2015 | May 2015 | TX0008227993 |
| 10/26/2015 | June 2015 | TX0008228000 |
| 12/16/2015 | July 2015 | TX0008240821 |
| 12/28/2015 | August 2015 | TX0008249086 |
| 01/04/2016 | September 2015 | TX0008246152 |

| | | |
|---|---|---|
| 01/19/2016 | October 2015 | TX0008215619 |
| 06/02/2016 | December 2015 | TX0008337843 |
| 06/02/2016 | November 2015 | TX0008337889 |
| 09/27/2016 | April 2016 | TX0008309272 |
| 09/27/2016 | June 2016 | TX0008309342 |
| 09/27/2016 | March 2016 | TX0008309347 |
| 02/03/2017 | February 2016 | TX0008353847 |
| 02/03/2017 | July 2016 | TX0008353765 |
| 02/03/2017 | August 2016 | TX0008353821 |
| 02/03/2017 | September 2016 | TX0008354427 |
| 02/06/2017 | January 2016 | TX0008354310 |
| 11/13/2017 | July 2017 | TX0008475899 |
| 11/13/2017 | January 2017 | TX0008475922 |
| 11/13/2017 | February 2017 | TX0008476048 |
| 11/13/2017 | May 2017 | TX0008475908 |
| 11/13/2017 | June 2017 | TX0008476038 |
| 11/13/2017 | March 2017 | TX0008475912 |
| 11/13/2017 | April 2017 | TX0008476043 |
| 11/24/2017 | August 2017 | TX0008475752 |
| 03/29/2018 | January 2018 | TX0008532854 |
| 04/27/2018 | February 2018 | TX0008532939 |
| 05/15/2018 | March 2018 | TX0008548235 |
| 06/19/2018 | April 2018 | TX0008570675 |
| 07/17/2018 | May 2018 | TX0008580042 |
| 08/20/2018 | June 2018 | TX0008588964 |
| 09/12/2018 | August 2018 | TX0008599029 |
| 09/12/2018 | July 2018 | TX0008598977 |
| 10/09/2018 | September 2018 | TX0008667273 |
| 10/31/2018 | October 2018 | TX0008667563 |
| 12/02/2018 | November 2018 | TX0008670834 |
| 01/03/2019 | December 2018 | TX0008671449 |
| 01/31/2019 | January 2019 | TX0008696397 |
| 02/28/2019 | February 2019 | TX0008721013 |
| 04/01/2019 | March 2019 | TX0008797434 |
| 04/30/2019 | April 2019 | TX0008794603 |
| 06/03/2019 | May 2019 | TX0008793383 |
| 07/01/2019 | June 2019 | TX0008798042 |
| 08/06/2019 | July 2019 | TX0008804861 |
| 09/02/2019 | August 2019 | TX0008806552 |
| 10/02/2019 | September 2019 | TX0008824859 |
| 10/31/2019 | October 2019 | TX0008822109 |
| 12/02/2019 | November 2019 | TX0008827202 |
| 12/31/2019 | December 2019 | TX0008829802 |
| 02/03/2020 | January 2020 | TX0008850162 |

| | | |
|---|---|---|
| 03/02/2020 | February 2020 | TX0008867137 |
| 03/31/2020 | March 2020 | TX0008864760 |
| 04/30/2020 | April 2020 | TX0008874257 |
| 06/09/2020 | May 2020 | TX0008884711 |
| 06/30/2020 | June 2020 | TX0008885598 |
| 08/03/2020 | July 2020 | TX0008890519 |
| 08/31/2020 | August 2020 | TX0008898910 |
| 10/01/2020 | September 2020 | TX0008909536 |
| 11/02/2020 | October 2020 | TX0008918119 |
| 11/30/2020 | November 2020 | TX0008923130 |
| 01/04/2021 | December 2020 | TX0008931222 |
| 02/02/2021 | January 2021 | TX0008940875 |
| 03/02/2021 | February 2021 | TX0008952604 |
| 04/01/2021 | March 2021 | TX0008958993 |
| 05/03/2021 | April 2021 | TX0008970034 |
| 06/08/2021 | May 2021 | TX0009145389 |
| 06/30/2021 | June 2021 | TX0008994117 |
| 08/05/2021 | July 2021 | TX0009011702 |
| 08/31/2021 | August 2021 | TX0009021168 |
| 09/30/2021 | September 2021 | TX0009060159 |
| 11/01/2021 | October 2021 | TX0009079041 |
| 11/30/2021 | November 2021 | TX0009101702 |
| 01/06/2022 | December 2021 | TX0009120550 |
| 02/01/2022 | January 2022 | TX0009130692 |
| 03/15/2022 | February 2022 | TX0009140874 |
| 04/01/2022 | March 2022 | TX0009144897 |
| 05/02/2022 | April 2022 | TX0009153167 |
| 06/02/2022 | May 2022 | TX0009162736 |
| 08/01/2022 | July 2022 | TX0009179290 |
| 09/08/2022 | August 2022 | TX0009191322 |
| 10/04/2022 | September 2022 | TX0009201142 |
| 11/03/2022 | June 2022 | TX0009190562 |
| 11/03/2022 | October 2022 | TX0009216785 |
| 12/01/2022 | November 2022 | TX0009238737 |
| 01/06/2023 | December 2022 | TX0009259504 |
| 02/02/2023 | January 2023 | TX0009265916 |
| 03/06/2023 | February 2023 | TX0009273292 |
| 04/04/2023 | March 2023 | TX0009279497 |
| 05/09/2023 | April 2023 | TX0009287161 |
| 06/09/2023 | May 2023 | TX0009293145 |
| 07/11/2023 | June 2023 | TX0009302351 |
| 08/01/2023 | July 2023 | TX0009304183 |
| 09/14/2023 | August 2023 | TX0009320061 |
| 10/03/2023 | September 2023 | TX0009327673 |

| | | |
|---|---|---|
| 11/09/2023 | October 2023 | TX0009334276 |
| 12/14/2023 | November 2023 | TX0009357080 |
| 01/04/2024 | December 2023 | TX0009361592 |