# EXHIBIT D

## SUN SENTINEL

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 03/08/1993 | December 1992 | TX0003527410 |
| 03/08/1993 | January 1993 | TX0003527405 |
| 03/09/1993 | November 1992 | TX0003527406 |
| 04/07/1993 | February 1993 | TX0003547083 |
| 05/26/1993 | March 1993 | TX0003562140 |
| 07/06/1993 | April 1993 | TX0003629840 |
| 08/10/1993 | May 1993 | TX0003629783 |
| 08/11/1993 | June 1993 | TX0003629784 |
| 10/05/1993 | July 1993 | TX0003694360 |
| 10/14/1993 | August 1993 | TX0003694355 |
| 11/17/1993 | September 1993 | TX0003694320 |
| 12/27/1993 | October 1993 | TX0003754666 |
| 01/18/1994 | November 1993 | TX0003703610 |
| 03/17/1994 | December 1993 | TX0003754648 |
| 03/22/1994 | January 1994 | TX0003754658 |
| 05/12/1994 | March 1994 | TX0003774459 |
| 06/15/1994 | April 1994 | TX0003915916 |
| 07/08/1994 | May 1994 | TX0003909687 |
| 08/15/1994 | June 1994 | TX0003915971 |
| 09/13/1994 | July 1994 | TX0003915936 |
| 10/03/1994 | August 1994 | TX0003915978 |
| 10/31/1994 | September 1994 | TX0003941163 |
| 11/30/1994 | October 1994 | TX0003947024 |
| 02/02/1995 | November 1994 | TX0003991886 |
| 02/13/1995 | December 1994 | TX0004004782 |
| 03/13/1995 | January 1995 | TX0004016605 |
| 04/03/1995 | February 1995 | TX0004016597 |
| 05/01/1995 | March 1995 | TX0004101469 |
| 06/26/1995 | April 1995 | TX0004083434 |
| 07/17/1995 | May 1995 | TX0004083405 |
| 08/07/1995 | June 1995 | TX0004101876 |
| 09/13/1995 | July 1995 | TX0004101851 |
| 10/05/1995 | August 1995 | TX0004150570 |
| 11/08/1995 | September 1995 | TX0004130439 |
| 12/05/1995 | October 1995 | TX0004165921 |
| 01/16/1996 | November 1995 | TX0004181284 |
| 02/12/1996 | December 1995 | TX0004181127 |
| 03/06/1996 | January 1996 | TX0004161562 |
| 04/01/1996 | February 1996 | TX0004194943 |
| 04/26/1996 | March 1996 | TX0004204343 |
| 05/23/1996 | April 1996 | TX0004234064 |
| 07/05/1996 | May 1996 | TX0004307862 |

| | | |
|---|---|---|
| 08/15/1996 | June 1996 | TX0004306164 |
| 08/30/1996 | July 1996 | TX0004333205 |
| 09/13/1996 | August 1996 | TX0004336849 |
| 10/15/1996 | September 1996 | TX0004339969 |
| 11/13/1996 | October 1996 | TX0004362686 |
| 12/10/1996 | November 1996 | TX0004390824 |
| 01/28/1997 | December 1996 | TX0004419856 |
| 02/26/1997 | January 1997 | TX0004420707 |
| 03/18/1997 | February 1997 | TX0004439672 |
| 04/21/1997 | March 1997 | TX0004468842 |
| 08/28/1997 | March 1997 | TX0004538068 |
| 09/05/1997 | April 1997 | TX0004538121 |
| 09/05/1997 | May 1997 | TX0004538104 |
| 09/05/1997 | June 1997 | TX0004538105 |
| 09/18/1997 | July 1997 | TX0004548661 |
| 11/24/1997 | August 1997 | TX0004572895 |
| 12/08/1997 | September 1997 | TX0004580580 |
| 12/12/1997 | October 1997 | TX0004616384 |
| 02/04/1998 | November 1997 | TX0004612225 |
| 03/04/1998 | December 1997 | TX0004625245 |
| 03/16/1998 | January 1998 | TX0004625428 |
| 04/03/1998 | February 1998 | TX0004668514 |
| 05/07/1998 | March 1998 | TX0004682250 |
| 05/28/1998 | April 1998 | TX0004706119 |
| 08/27/1998 | May 1998 | TX0004740456 |
| 08/27/1998 | June 1998 | TX0004740485 |
| 10/09/1998 | July 1998 | TX0004787264 |
| 11/06/1998 | August 1998 | TX0004784019 |
| 11/20/1998 | September 1998 | TX0004798433 |
| 02/12/1999 | November 1998 | TX0004842086 |
| 03/03/1999 | December 1998 | TX0004858666 |
| 03/18/1999 | January 1999 | TX0004858624 |
| 04/22/1999 | February 1999 | TX0004920393 |
| 05/18/1999 | March 1999 | TX0004903308 |
| 06/21/1999 | April 1999 | TX0004920323 |
| 06/28/1999 | October 1998 | TX0004935343 |
| 06/28/1999 | May 1999 | TX0004920181 |
| 09/07/1999 | June 1999 | TX0004979355 |
| 09/07/1999 | July 1999 | TX0004979370 |
| 11/15/1999 | September 1999 | TX0005028455 |
| 01/11/2000 | November 1999 | TX0005023369 |
| 02/04/2000 | December 1999 | TX0005041551 |
| 03/01/2000 | January 2000 | TX0005052082 |
| 04/03/2000 | February 2000 | TX0005651802 |

| | | |
|---|---|---|
| 05/03/2000 | March 2000 | TX0005108521 |
| 06/05/2000 | April 2000 | TX0005108508 |
| 07/07/2000 | May 2000 | TX0005132911 |
| 08/02/2000 | June 2000 | TX0005146126 |
| 09/05/2000 | July 2000 | TX0005164180 |
| 10/10/2000 | August 2000 | TX0005173589 |
| 11/20/2000 | September 2000 | TX0005193580 |
| 12/11/2000 | October 2000 | TX0005214063 |
| 03/01/2001 | November 2000 | TX0005254007 |
| 03/01/2001 | December 2000 | TX0005253996 |
| 03/19/2001 | January 2001 | TX0005286904 |
| 05/29/2001 | March 2001 | TX0005321485 |
| 06/07/2001 | February 2001 | TX0005321461 |
| 08/08/2001 | May 2001 | TX0005355326 |
| 08/09/2001 | April 2001 | TX0005355323 |
| 08/13/2001 | June 2001 | TX0005355328 |
| 05/01/2002 | November 2001 | TX0005554608 |
| 05/01/2002 | December 2001 | TX0005554602 |
| 05/01/2002 | January 2002 | TX0005554586 |
| 05/01/2002 | February 2002 | TX0005554584 |
| 05/16/2002 | July 2001 | TX0005647147 |
| 05/16/2002 | August 2001 | TX0005647144 |
| 05/16/2002 | September 2001 | TX0005647148 |
| 05/28/2002 | October 2001 | TX0005647145 |
| 06/27/2002 | April 2002 | TX0005582056 |
| 07/01/2002 | March 2002 | TX0005647146 |
| 09/11/2002 | May 2002 | TX0005682004 |
| 09/11/2002 | June 2002 | TX0005647231 |
| 09/18/2002 | July 2002 | TX0005600371 |
| 11/07/2002 | August 2002 | TX0005807226 |
| 01/10/2003 | August 2002 | TX0005651842 |
| 01/10/2003 | September 2002 | TX0005654159 |
| 01/10/2003 | October 2002 | TX0005651916 |
| 03/19/2003 | January 2003 | TX0005702676 |
| 04/09/2003 | December 2002 | TX0005964842 |
| 09/19/2003 | March 2003 | TX0005809526 |
| 09/19/2003 | May 2003 | TX0005809531 |
| 09/23/2003 | April 2003 | TX0005809490 |
| 09/23/2003 | June 2003 | TX0005809492 |
| 09/23/2003 | July 2003 | TX0005809489 |
| 12/05/2003 | August 2003 | TX0005870376 |
| 12/05/2003 | September 2003 | TX0005897571 |
| 02/13/2004 | November 2003 | TX0005892675 |
| 02/13/2004 | October 2003 | TX0006511564 |

| | | |
|---|---|---|
| 04/05/2004 | December 2003 | TX0005921881 |
| 04/05/2004 | January 2004 | TX0005921919 |
| 04/05/2004 | February 2004 | TX0005921887 |
| 06/08/2004 | March 2004 | TX0005986951 |
| 08/04/2004 | April 2004 | TX0005999964 |
| 08/04/2004 | May 2004 | TX0005999973 |
| 08/12/2004 | September 2004 | TX0006079516 |
| 11/12/2004 | June 2004 | TX0006079512 |
| 11/12/2004 | July 2004 | TX0006079513 |
| 11/12/2004 | August 2004 | TX0006079514 |
| 02/10/2005 | November 2004 | TX0006110288 |
| 02/10/2005 | December 2004 | TX0006110270 |
| 05/09/2005 | January 2005 | TX0006172151 |
| 05/09/2005 | October 2004 | TX0006197989 |
| 09/13/2005 | June 2005 | TX0006511565 |
| 09/13/2005 | April 2005 | TX0006222412 |
| 01/22/2007 | November 2006 | TX0006505116 |
| 02/15/2007 | September 2006 | TX0006519620 |
| 03/16/2007 | August 2006 | TX0006519619 |
| 04/04/2007 | December 2006 | TX0006613641 |
| 05/29/2007 | March 2007 | TX0006630112 |
| 07/27/2007 | May 2007 | TX0006614499 |
| 08/13/2007 | April 2007 | TX0006644536 |
| 08/13/2007 | June 2007 | TX0006644535 |
| 11/15/2007 | July 2007 | TX0006630309 |
| 11/15/2007 | August 2007 | TX0006630310 |
| 01/10/2008 | September 2007 | TX0006645696 |
| 01/10/2008 | October 2007 | TX0006645697 |
| 03/03/2008 | November 2007 | TX0006647463 |
| 03/03/2008 | December 2007 | TX0006647462 |
| 05/15/2008 | January 2008 | TX0006647199 |
| 05/15/2008 | February 2008 | TX0006647198 |
| 05/15/2008 | March 2008 | TX0006647200 |
| 07/25/2008 | April 2008 | TX0006662405 |
| 07/25/2008 | May 2008 | TX0006662406 |
| 10/30/2008 | June 2008 | TX0006660469 |
| 10/30/2008 | July 2008 | TX0006664688 |
| 10/30/2008 | August 2008 | TX0006664656 |
| 11/19/2008 | October 2008 | TX0006664827 |
| 02/02/2009 | October 2008 | TX0006664968 |
| 02/02/2009 | November 2008 | TX0006664951 |
| 03/11/2009 | December 2008 | TX0006631660 |
| 05/12/2009 | February 2009 | TX0006679567 |
| 06/11/2009 | March 2009 | TX0006681615 |

| | | |
|---|---|---|
| 06/11/2009 | April 2009 | TX0006679401 |
| 08/20/2009 | May 2009 | TX0006685344 |
| 08/31/2009 | June 2009 | TX0006687600 |
| 09/15/2009 | July 2009 | TX0006685714 |
| 02/02/2010 | November 2009 | TX0006701507 |
| 02/04/2010 | October 2009 | TX0006701520 |
| 04/19/2010 | February 2010 | TX0006704148 |
| 04/22/2010 | March 2010 | TX0006704961 |
| 04/23/2010 | January 2009 | TX0006772181 |
| 04/23/2010 | February 2009 | TX0006772182 |
| 04/23/2010 | March 2009 | TX0006772183 |
| 04/23/2010 | April 2009 | TX0006772184 |
| 04/23/2010 | May 2009 | TX0006772185 |
| 04/23/2010 | June 2009 | TX0006772186 |
| 04/23/2010 | July 2009 | TX0006772187 |
| 04/23/2010 | August 2009 | TX0006772188 |
| 04/23/2010 | September 2009 | TX0006772189 |
| 04/23/2010 | October 2009 | TX0006782649 |
| 04/23/2010 | November 2009 | TX0006772190 |
| 04/23/2010 | December 2009 | TX0006772191 |
| 06/06/2010 | April 2010 | TX0006704869 |
| 07/30/2010 | May 2010 | TX0006705066 |
| 11/01/2010 | June 2010 | TX0006718521 |
| 11/12/2010 | July 2010 | TX0006718508 |
| 02/24/2011 | August 2010 | TX0006772965 |
| 03/21/2011 | October 2010 | TX0006772782 |
| 05/10/2011 | November 2010 | TX0006776301 |
| 05/30/2011 | December 2011 | TX0006790165 |
| 05/31/2011 | January 2011 | TX0006778363 |
| 07/11/2011 | February 2011 | TX0006778827 |
| 08/01/2011 | March 2011 | TX0006778888 |
| 08/01/2011 | May 2011 | TX0006778889 |
| 08/09/2011 | April 2011 | TX0006778994 |
| 08/30/2011 | December 2010 | TX0006787783 |
| 09/29/2011 | June 2010 | TX0006787602 |
| 09/30/2011 | July 2011 | TX0006787567 |
| 01/31/2012 | October 2011 | TX0006787892 |
| 03/12/2012 | November 2011 | TX0006789383 |
| 05/30/2012 | January 2012 | TX0006790166 |
| 07/30/2012 | April 2012 | TX0006612371 |
| 09/07/2012 | March 2012 | TX000660117 |
| 10/02/2012 | May 2012 | TX0006604556 |
| 11/05/2012 | June 2012 | TX0006601101 |
| 11/05/2012 | July 2012 | TX0006604576 |

| | | |
|---|---|---|
| 01/03/2013 | August 2012 | TX0007875448 |
| 01/23/2013 | October 2012 | TX0007727662 |
| 02/05/2013 | September 2012 | TX0007802880 |
| 03/04/2013 | November 2012 | TX0007750207 |
| 05/15/2013 | January 2013 | TX0007884944 |
| 05/15/2013 | March 2013 | TX0007884955 |
| 07/15/2013 | April 2013 | TX0007881053 |
| 10/21/2013 | June 2013 | TX0007876524 |
| 10/21/2013 | May 2013 | TX0007876624 |
| 02/03/2014 | August 2013 | TX0008005459 |
| 02/03/2014 | September 2013 | TX0008005475 |
| 02/03/2014 | October 2013 | TX0008005618 |
| 06/05/2014 | November 2013 | TX0007945367 |
| 06/05/2014 | December 2013 | TX0007945895 |
| 07/28/2014 | February 2014 | TX0007982426 |
| 07/28/2014 | January 2014 | TX0008000966 |
| 05/24/2016 | March 2015 | TX0008264112 |
| 05/24/2016 | December 2015 | TX0008264119 |
| 05/24/2016 | February 2015 | TX0008265842 |
| 05/24/2016 | April 2015 | TX0008271486 |
| 05/24/2016 | January 2015 | TX0008271488 |
| 05/24/2016 | January 2016 | TX0008271490 |
| 05/25/2016 | February 2016 | TX0008271480 |
| 06/20/2016 | May 2015 | TX0008278398 |
| 12/02/2016 | June 2015 | TX0008385434 |
| 12/02/2016 | September 2015 | TX0008385467 |
| 12/02/2016 | April 2016 | TX0008385478 |
| 12/02/2016 | July 2015 | TX0008385498 |
| 12/02/2016 | May 2016 | TX0008385507 |
| 12/02/2016 | June 2016 | TX0008385546 |
| 12/02/2016 | August 2015 | TX0008385550 |
| 12/16/2016 | July 2016 | TX0008301742 |
| 12/16/2016 | October 2015 | TX0008301901 |
| 01/06/2017 | October 2016 | TX0008379999 |
| 01/06/2017 | September 2016 | TX0008383144 |
| 01/06/2017 | August 2016 | TX0008383830 |
| 02/01/2017 | November 2016 | TX0008354290 |
| 03/21/2017 | December 2016 | TX0008359824 |
| 08/17/2017 | January 2017 | TX0008457670 |
| 08/17/2017 | February 2017 | TX0008457686 |
| 09/01/2017 | March 2017 | TX0008433789 |
| 09/15/2017 | April 2017 | TX0008447258 |
| 09/27/2017 | May 2017 | TX0008427230 |
| 10/12/2017 | June 2017 | TX0008434077 |

| | | |
|---|---|---|
| 11/06/2017 | July 2017 | TX0008473066 |
| 11/06/2017 | August 2017 | TX0008473156 |
| 12/29/2017 | September 2017 | TX0008491034 |
| 02/20/2018 | November 2017 | TX0008513462 |
| 02/20/2018 | October 2017 | TX0008513487 |
| 03/29/2018 | December 2017 | TX0008637277 |
| 03/30/2018 | January 2018 | TX0008533943 |
| 09/13/2018 | February 2018 | TX0008603829 |
| 04/28/2020 | March 2020 | TX0008871660 |
| 04/28/2020 | December 2019 | TX0008873051 |
| 04/28/2020 | January 2020 | TX0008873102 |
| 04/28/2020 | February 2020 | TX0008873206 |
| 04/28/2020 | November 2019 | TX0008873342 |
| 04/30/2020 | October 2019 | TX0008876242 |
| 04/30/2020 | April 2020 | TX0008879497 |
| 06/01/2020 | May 2020 | TX0008882606 |
| 06/17/2020 | May 2018 | TX0008884204 |
| 06/19/2020 | June 2018 | TX0008883902 |
| 06/22/2020 | September 2018 | TX0008885014 |
| 06/23/2020 | June 2019 | TX0008885625 |
| 06/30/2020 | June 2020 | TX0008887923 |
| 08/15/2020 | July 2020 | TX0008894781 |
| 08/15/2020 | July 2019 | TX0008894820 |
| 09/01/2020 | August 2020 | TX0008898650 |
| 09/02/2020 | August 2019 | TX0008898630 |
| 09/02/2020 | January 2019 | TX0008900260 |
| 09/02/2020 | September 2019 | TX0008900414 |
| 10/02/2020 | September 2020 | TX0008909216 |
| 10/02/2020 | April 2019 | TX0008909457 |
| 10/02/2020 | May 2019 | TX0008910905 |
| 11/08/2020 | October 2018 | TX0008920913 |
| 11/08/2020 | November 2018 | TX0008920931 |
| 11/08/2020 | December 2018 | TX0008921250 |
| 12/05/2020 | November 2020 | TX0008924237 |
| 01/07/2021 | December 2020 | TX0008935371 |
| 05/08/2021 | March 2021 | TX0008975650 |
| 06/18/2021 | May 2021 | TX0008991711 |
| 01/14/2022 | August 2021 | TX0009095383 |
| 01/14/2022 | September 2021 | TX0009122820 |
| 01/16/2022 | October 2021 | TX0009123180 |
| 02/19/2022 | November 2021 | TX0009130316 |
| 03/04/2022 | January 2022 | TX0009135719 |
| 03/04/2022 | December 2021 | TX0009139817 |
| 05/13/2022 | February 2022 | TX0009156710 |

| | | |
|---|---|---|
| 05/13/2022 | March 2019 | TX0009156750 |
| 05/13/2022 | February 2019 | TX0009156763 |
| 06/03/2022 | March 2022 | TX0009162712 |
| 06/26/2022 | April 2022 | TX0009170454 |