# EXHIBIT E

**THE MERCURY NEWS**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 07/06/2007 | January 2007 | TX0006608020 |
| 06/22/2007 | February 2007 | TX0006587926 |
| 07/24/2007 | March 2007 | TX0006630313 |
| 09/17/2007 | April 2007 | TX0006630145 |
| 09/17/2007 | May 2007 | TX0006630117 |
| 10/19/2007 | June 2007 | TX0006630399 |
| 01/14/2008 | July 2007 | TX0006647506 |
| 01/14/2008 | August 2007 | TX0006647507 |
| 03/06/2008 | September 2007 | TX0006647449 |
| 04/28/2008 | October 2007 | TX0006647157 |
| 06/05/2008 | November 2007 | TX0006647196 |
| 06/05/2008 | December 2007 | TX0006647197 |
| 08/28/2008 | April 2008 | TX0006662657 |
| 08/28/2008 | May 2008 | TX0006662655 |
| 11/20/2008 | June 2008 | TX0006660490 |
| 11/20/2009 | July 2008 | TX0006679505 |
| 03/13/2008 | August 2008 | TX0006660491 |
| 03/13/2009 | September 2008 | TX0006679506 |
| 03/13/2009 | October 2008 | TX0006679507 |
| 11/18/2009 | November 2008 | TX0006700136 |
| 09/10/2009 | December 2008 | TX0006683996 |
| 09/10/2009 | January 2009 | TX0006683997 |
| 09/10/2009 | February 2009 | TX0006683995 |
| 11/18/2009 | March 2009 | TX0006700134 |
| 11/18/2009 | April 2009 | TX0006700135 |
| 02/09/2010 | May 2009 | TX0006701508 |
| 02/09/2010 | June 2009 | TX0006701509 |
| 02/09/2010 | July 2009 | TX0006701509 |
| 06/23/2010 | August 2009 | TX0006704959 |
| 06/23/2010 | September 2009 | TX0006704963 |
| 06/23/2010 | October 2009 | TX0006704962 |
| 06/23/2010 | November 2009 | TX0006704966 |
| 06/23/2010 | December 2009 | TX0006704967 |
| 06/23/2010 | January 2010 | TX0006704958 |
| 11/17/2010 | February 2010 | TX0006771662 |
| 11/17/2010 | March 2010 | TX0006771663 |
| 01/25/2011 | April 2010 | TX0006772259 |
| 01/25/2011 | May 2010 | TX0006772260 |
| 01/28/2011 | June 2010 | TX0006771521 |
| 01/28/2011 | July 2010 | TX0006771520 |
| 02/16/2011 | August 2010 | TX0006776118 |
| 02/16/2011 | September 2010 | TX0006776117 |

| | | |
|---|---|---|
| 04/13/2011 | October 2010 | TX0006776365 |
| 04/13/2011 | November 2010 | TX0006776363 |
| 05/26/2011 | December 2010 | TX0006776146 |
| 05/26/2011 | January 2011 | TX0006776147 |
| 07/25/2011 | February 2011 | TX0006778898 |
| 07/25/2011 | March 2011 | TX0006778897 |
| 09/30/2011 | May 2011 | TX0006789302 |
| 12/30/2011 | June 2011 | TX0006788724 |
| 12/30/2011 | July 2011 | TX0006788752 |
| 02/15/2012 | August 2011 | TX0006788019 |
| 02/15/2012 | September 2011 | TX0006788016 |
| 04/24/2012 | October 2011 | TX0006789758 |
| 04/24/2012 | November 2011 | TX0006789753 |
| 05/14/2012 | December 2011 | TX0006789780 |
| 05/14/2012 | January 2012 | TX0006789785 |
| 11/16/2012 | April 2012 | TX0006573053 |
| 11/16/2012 | May 2012 | TX0006573042 |
| 10/22/2012 | March 2012 | TX0008228891 |
| 10/22/2012 | February 2012 | TX0007787046 |
| 01/25/2013 | July 2012 | TX0007903526 |
| 01/25/2013 | June 2012 | TX0007903518 |
| 03/07/2013 | September 2012 | TX0007911740 |
| 03/07/2013 | August 2012 | TX0007911751 |
| 04/01/2013 | October 2012 | TX0007713127 |
| 04/01/2013 | November 2012 | TX0007713125 |
| 06/04/2013 | January 2013 | TX0007767876 |
| 06/04/2013 | December 2012 | TX0007767893 |
| 09/12/2013 | March 2013 | TX0008057052 |
| 09/12/2013 | February 2013 | TX0008057036 |
| 10/25/2013 | May 2013 | TX0007901542 |
| 10/25/2013 | April 2013 | TX0007901503 |
| 01/13/2014 | June 2013 | TX0008083258 |
| 04/09/2014 | August 2013 | TX0007949744 |
| 04/09/2014 | September 2013 | TX0007955970 |
| 06/20/2014 | October 2013 | TX0007927968 |
| 06/20/2014 | November 2013 | TX0007927979 |
| 09/18/2014 | January 2014 | TX0007958533 |
| 09/18/2014 | December 2013 | TX0007958509 |
| 01/20/2015 | March 2014 | TX0008053458 |
| 01/20/2015 | February 2014 | TX0008048403 |
| 03/12/2015 | April 2014 | TX0008151909 |
| 03/12/2015 | June 2014 | TX0008151967 |
| 03/12/2015 | May 2014 | TX0008151896 |
| 03/12/2015 | July 2014 | TX0008151999 |

| | | |
|---|---|---|
| 05/08/2015 | August 2014 | TX0008163108 |
| 05/08/2015 | September 2014 | TX0008163088 |
| 06/24/2015 | July 2013 | TX0008083298 |
| 07/16/2015 | November 2014 | TX0008183593 |
| 07/16/2015 | December 2014 | TX0008183600 |
| 09/23/2015 | February 2015 | TX0008148518 |
| 09/23/2015 | January 2015 | TX0008148433 |
| 10/29/2015 | April 2015 | TX0008227949 |
| 10/29/2015 | March 2015 | TX0008227937 |
| 10/29/2015 | October 2014 | TX0008227976 |
| 10/29/2015 | May 2015 | TX0008227970 |
| 01/07/2016 | June 2015 | TX0008569351 |
| 01/07/2016 | July 2015 | TX0008255592 |
| 01/07/2016 | May 2015 | TX0008255797 |
| 01/07/2016 | August 2015 | TX0008255584 |
| 03/24/2016 | September 2015 | TX0008265270 |
| 03/24/2016 | October 2015 | TX0008265273 |
| 04/13/2016 | November 2015 | TX0008266332 |
| 04/13/2016 | December 2015 | TX0008266338 |
| 08/09/2016 | February 2016 | TX0008299105 |
| 08/09/2016 | January 2016 | TX0008299075 |
| 12/12/2016 | April 2016 | TX0008284092 |
| 12/12/2016 | May 2016 | TX0008284282 |
| 12/12/2016 | March 2016 | TX0008284105 |
| 12/12/2016 | June 2016 | TX0008284342 |
| 04/18/2017 | August 2016 | TX0008382239 |
| 04/18/2017 | July 2016 | TX0008382255 |
| 08/31/2017 | January 2017 | TX0008447901 |
| 08/31/2017 | December 2016 | TX0008447795 |
| 08/31/2017 | October 2016 | TX0008447818 |
| 08/31/2017 | September 2016 | TX0008447854 |
| 08/31/2017 | February 2017 | TX0008447765 |
| 08/31/2017 | April 2017 | TX0008447870 |
| 08/31/2017 | March 2017 | TX0008447828 |
| 08/31/2017 | November 2016 | TX0008447784 |
| 12/13/2017 | July 2017 | TX0008491101 |
| 12/13/2017 | August 2017 | TX0008491082 |
| 12/13/2017 | May 2017 | TX0008491106 |
| 12/13/2017 | June 2017 | TX0008491124 |
| 12/13/2017 | October 2017 | TX0008731190 |
| 12/13/2017 | September 2017 | TX0008491509 |
| 04/10/2018 | March 2018 | TX0008538126 |
| 04/23/2018 | January 2018 | TX0008645154 |
| 04/30/2018 | February 2018 | TX0008645158 |

| | | |
|---|---|---|
| 05/03/2018 | April 2018 | TX0008538133 |
| 06/05/2018 | May 2018 | TX0008550998 |
| 07/05/2018 | June 2018 | TX0008579348 |
| 08/07/2018 | July 2018 | TX0008581880 |
| 09/05/2018 | August 2018 | TX0008594922 |
| 10/12/2018 | September 2018 | TX0008667374 |
| 11/16/2018 | October 2018 | TX0008667964 |
| 12/10/2018 | November 2018 | TX0008668242 |
| 02/19/2019 | January 2019 | TX0008700772 |
| 03/19/2019 | February 2019 | TX0008742510 |
| 04/04/2019 | December 2018 | TX0008699814 |
| 05/14/2019 | March 2019 | TX0008794893 |
| 05/31/2019 | April 2019 | TX0008793465 |
| 07/26/2019 | June 2019 | TX0008800741 |
| 08/26/2019 | July 2019 | TX0008803687 |
| 09/17/2019 | August 2019 | TX0008819332 |
| 10/29/2019 | September 2019 | TX0008823888 |
| 11/18/2019 | May 2019 | TX0008803605 |
| 12/02/2019 | October 2019 | TX0008825729 |
| 12/31/2019 | November 2019 | TX0008830464 |
| 01/17/2020 | December 2019 | TX0008840280 |
| 02/25/2020 | January 2020 | TX0008860525 |
| 03/18/2020 | February 2020 | TX0008862064 |
| 04/16/2020 | March 2020 | TX0008865328 |
| 05/13/2020 | April 2020 | TX0008876170 |
| 06/24/2020 | May 2020 | TX0008885763 |
| 07/22/2020 | June 2020 | TX0008888013 |
| 09/04/2020 | July 2020 | TX0008901405 |
| 10/12/2020 | August 2020 | TX0008913989 |
| 12/04/2020 | September 2020 | TX0008923480 |
| 12/15/2020 | October 2020 | TX0008926307 |
| 01/04/2021 | November 2020 | TX0008935362 |
| 01/15/2021 | December 2020 | TX0008935292 |
| 02/24/2021 | January 2021 | TX0008949859 |
| 03/26/2021 | February 2021 | TX0008957988 |
| 05/19/2021 | March 2021 | TX0009004214 |
| 05/28/2021 | April 2021 | TX0008980808 |
| 06/28/2021 | May 2021 | TX0008994111 |
| 09/07/2021 | June 2021 | TX0009011492 |
| 10/06/2021 | July 2021 | TX0009063815 |
| 11/03/2021 | September 2021 | TX0009080226 |
| 11/03/2021 | August 2021 | TX0009078793 |
| 12/01/2021 | October 2021 | TX0009101109 |
| 02/07/2022 | December 2021 | TX0009128945 |

| | | |
|---|---|---|
| 03/16/2022 | January 2022 | TX0009140838 |
| 04/22/2022 | February 2022 | TX0009148893 |
| 04/25/2022 | March 2022 | TX0009151964 |
| 05/23/2022 | November 2021 | TX0009125285 |
| 06/13/2022 | April 2022 | TX0009170462 |
| 07/01/2022 | May 2022 | TX0009179413 |
| 07/25/2022 | June 2022 | TX0009178724 |
| 08/31/2022 | July 2022 | TX0009189532 |
| 09/26/2022 | August 2022 | TX0009193087 |
| 10/31/2022 | September 2022 | TX0009218483 |
| 01/11/2023 | November 2022 | TX0009262393 |
| 02/10/2023 | December 2022 | TX0009268545 |
| 03/10/2023 | January 2023 | TX0009273884 |
| 03/29/2023 | February 2023 | TX0009280323 |
| 03/29/2023 | October 2022 | TX0009239946 |
| 04/12/2023 | March 2023 | TX0009283049 |
| 06/02/2023 | April 2023 | TX0009292883 |
| 06/30/2023 | May 2023 | TX0009299577 |
| 07/21/2023 | June 2023 | TX0009305049 |
| 09/13/2023 | July 2023 | TX0009320187 |
| 09/22/2023 | August 2023 | TX0009322493 |
| 10/13/2023 | September 2023 | TX0009327922 |
| 11/29/2023 | October 2023 | TX0009339252 |
| 12/20/2023 | November 2023 | TX0009353919 |
| 01/05/2024 | December 2023 | TX0009359752 |
| 02/28/2024 | January 2024 | TX0009381597 |