# EXHIBIT F

## THE DENVER POST

| Registration Date | Issue Registered (Month/Year) | Registration Number |
| --- | --- | --- |
| 02/26/2007 | December 2006 | TX0006520751 |
| 03/30/2007 | January 2007 | TX0006550595 |
| 04/30/2007 | February 2007 | TX0006614019 |
| 06/14/2007 | March 2007 | TX0006587016 |
| 06/29/2007 | April 2007 | TX0006587451 |
| 10/15/2007 | April 2007 | TX0006645691 |
| 07/20/2007 | May 2007 | TX0006630312 |
| 10/15/2007 | June 2007 | TX0006645690 |
| 10/04/2007 | July 2007 | TX0006630528 |
| 11/08/2007 | August 2007 | TX0006630542 |
| 11/15/2007 | September 2007 | TX0006630302 |
| 01/09/2008 | October 2007 | TX0006662882 |
| 02/01/2008 | November 2007 | TX0006647563 |
| 04/04/2008 | December 2007 | TX0006648696 |
| 04/04/2008 | January 2008 | TX0006648722 |
| 05/05/2008 | February 2008 | TX0006647368 |
| 06/04/2008 | March 2008 | TX0006648709 |
| 06/21/2008 | April 2008 | TX0006661256 |
| 07/24/2008 | May 2008 | TX0006661187 |
| 09/19/2008 | June 2008 | TX0006665134 |
| 10/02/2008 | July 2008 | TX0006685291 |
| 11/03/2008 | August 2008 | TX0006660461 |
| 01/16/2009 | October 2008 | TX0006664987 |
| 01/24/2009 | November 2008 | TX0006631916 |
| 03/10/2009 | December 2008 | TX0006680109 |
| 05/01/2009 | January 2009 | TX0006631564 |
| 05/08/2009 | February 2009 | TX0006631557 |
| 06/16/2009 | March 2009 | TX0006681701 |
| 06/26/2009 | April 2009 | TX0006685079 |
| 07/23/2009 | May 2009 | TX0006679395 |
| 08/25/2009 | June 2009 | TX0006685238 |
| 09/07/2009 | July 2009 | TX0006685352 |
| 10/29/2009 | August 2009 | TX0006700121 |
| 11/13/2009 | September 2009 | TX0006700176 |
| 12/23/2009 | October 2009 | TX0006700043 |
| 01/29/2010 | November 2009 | TX0006702312 |
| 03/16/2010 | December 2009 | TX0006703966 |
| 03/19/2010 | January 2010 | TX0006702429 |
| 05/05/2010 | February 2010 | TX0006703960 |
| 05/27/2010 | March 2010 | TX0006718501 |
| 06/22/2010 | April 2010 | TX0006705000 |
| 08/06/2010 | May 2010 | TX0006718343 |

| | | |
|---|---|---|
| 11/01/2010 | June 2010 | TX0006718608 |
| 11/17/2010 | July 2010 | TX0006771445 |
| 01/03/2010 | August 2010 | TX0006771505 |
| 02/23/2011 | September 2010 | TX0006772770 |
| 03/18/2011 | October 2010 | TX0006772918 |
| 04/05/2011 | November 2010 | TX0006772823 |
| 04/05/2011 | December 2010 | TX0006772825 |
| 04/11/2011 | January 2011 | TX0006772828 |
| 04/11/2011 | February 2011 | TX0006772829 |
| 07/12/2011 | March 2011 | TX0006778844 |
| 07/12/2011 | April 2011 | TX0006778840 |
| 08/01/2011 | May 2011 | TX0006778880 |
| 08/21/2011 | June 2011 | TX0006788061 |
| 10/18/2011 | July 2011 | TX0006790059 |
| 11/07/2011 | August 2011 | TX0006787642 |
| 12/22/2011 | September 2011 | TX0006788678 |
| 02/07/2012 | October 2011 | TX0006788030 |
| 03/07/2012 | November 2011 | TX0006790381 |
| 03/26/2012 | December 2011 | TX0006789327 |
| 05/14/2012 | January 2012 | TX0006789319 |
| 05/14/2012 | February 2012 | TX0006789318 |
| 06/08/2012 | March 2012 | TX0006790140 |
| 06/25/2012 | April 2012 | TX0006790196 |
| 07/30/2012 | May 2012 | TX0006612293 |
| 08/21/2012 | June 2012 | TX0006573078 |
| 09/12/2012 | July 2012 | TX0006604665 |
| 11/13/2012 | September 2012 | TX0006604578 |
| 10/31/2012 | August 2012 | TX0007820154 |
| 12/18/2012 | October 2012 | TX0007713092 |
| 01/29/2013 | November 2012 | TX0007695108 |
| 02/19/2013 | December 2012 | TX0007726230 |
| 03/05/2013 | January 2013 | TX0007990145 |
| 04/22/2013 | February 2013 | TX0007902414 |
| 05/06/2013 | March 2013 | TX0007903552 |
| 06/10/2013 | April 2013 | TX0007879025 |
| 07/01/2013 | May 2013 | TX0007811173 |
| 07/29/2013 | June 2013 | TX0007763688 |
| 08/26/2013 | July 2013 | TX0007901250 |
| 10/28/2013 | August 2013 | TX0007876544 |
| 12/06/2013 | September 2013 | TX0007883792 |
| 01/03/2014 | October 2013 | TX0007901377 |
| 02/07/2014 | November 2013 | TX0007878892 |
| 02/24/2014 | December 2013 | TX0007878876 |
| 03/18/2014 | January 2014 | TX0007987763 |

| | | |
|---|---|---|
| 04/14/2014 | February 2014 | TX0007995715 |
| 06/09/2014 | March 2014 | TX0007945335 |
| 06/17/2014 | April 2014 | TX0007918206 |
| 08/04/2014 | May 2014 | TX0007972129 |
| 08/14/2014 | June 2014 | TX0008082247 |
| 09/16/2014 | July 2014 | TX0007966420 |
| 09/26/2014 | August 2014 | TX0008063651 |
| 11/19/2014 | September 2014 | TX0008078196 |
| 12/10/2014 | October 2014 | TX0007995132 |
| 01/26/2015 | December 2014 | TX0008109722 |
| 01/26/2015 | November 2014 | TX0008109705 |
| 04/06/2015 | January 2015 | TX0008173706 |
| 04/13/2015 | February 2015 | TX0008198376 |
| 05/26/2015 | March 2015 | TX0008156973 |
| 06/15/2015 | April 2015 | TX0008161560 |
| 07/08/2015 | May 2015 | TX0008182599 |
| 08/21/2015 | June 2015 | TX0008204843 |
| 10/14/2015 | July 2015 | TX0008236293 |
| 10/19/2015 | August 2015 | TX0008227413 |
| 11/09/2015 | September 2015 | TX0008238756 |
| 12/07/2015 | October 2015 | TX0008240800 |
| 01/11/2016 | November 2015 | TX0008232327 |
| 02/23/2016 | December 2015 | TX0008261008 |
| 02/29/2016 | January 2016 | TX0008256060 |
| 04/05/2016 | February 2016 | TX0008266334 |
| 04/26/2016 | March 2016 | TX0008264009 |
| 06/10/2016 | April 2016 | TX0008331390 |
| 08/01/2016 | May 2016 | TX0008315868 |
| 09/19/2016 | July 2016 | TX0008347951 |
| 10/13/2016 | August 2016 | TX0008334695 |
| 11/21/2016 | July 2016 | TX0008285238 |
| 12/13/2016 | September 2016 | TX0008284080 |
| 01/11/2017 | November 2016 | TX0008379570 |
| 01/11/2017 | October 2016 | TX0008378209 |
| 02/22/2017 | December 2016 | TX0008371430 |
| 03/13/2017 | January 2017 | TX0008342946 |
| 05/09/2017 | March 2017 | TX0008396825 |
| 05/09/2017 | February 2017 | TX0008440324 |
| 06/29/2017 | May 2017 | TX0008439656 |
| 06/29/2017 | April 2017 | TX0008439635 |
| 08/01/2017 | June 2017 | TX0008467999 |
| 08/29/2017 | July 2017 | TX0008433909 |
| 10/31/2017 | August 2017 | TX0008473234 |
| 11/27/2017 | October 2017 | TX0008498112 |

| | | |
|---|---|---|
| 12/04/2017 | September 2017 | TX0008498095 |
| 04/04/2018 | February 2018 | TX0008603404 |
| 04/04/2018 | January 2018 | TX0008603412 |
| 07/31/2019 | July 2019 | TX0008803778 |
| 07/31/2019 | May 2019 | TX0008803367 |
| 07/31/2019 | June 2019 | TX0008774328 |
| 08/01/2019 | January 2019 | TX0008803039 |
| 08/01/2019 | April 2019 | TX0008803179 |
| 08/01/2019 | February 2019 | TX0008791540 |
| 09/04/2019 | August 2019 | TX0008806007 |
| 11/08/2019 | October 2019 | TX0008823123 |
| 12/11/2019 | November 2019 | TX0008829393 |
| 01/02/2020 | December 2019 | TX0008832157 |
| 01/16/2020 | September 2019 | TX0008825140 |
| 02/04/2020 | January 2020 | TX0008856322 |
| 03/10/2020 | February 2020 | TX0008862023 |
| 04/09/2020 | March 2020 | TX0008865229 |
| 05/04/2020 | April 2020 | TX0008875823 |
| 06/22/2020 | May 2020 | TX0008885816 |
| 11/10/2020 | July 2020 | TX0008921406 |
| 11/10/2020 | June 2020 | TX0008921373 |
| 12/02/2020 | October 2020 | TX0008923609 |
| 12/02/2020 | August 2020 | TX0008926253 |
| 12/21/2020 | September 2020 | TX0008928810 |
| 04/01/2021 | March 2021 | TX0008959168 |
| 06/07/2021 | April 2021 | TX0008985252 |
| 06/08/2021 | May 2021 | TX0008985626 |
| 07/29/2021 | June 2021 | TX0009008817 |
| 01/19/2022 | November 2021 | TX0009123484 |
| 02/09/2022 | January 2022 | TX0009132046 |
| 03/09/2022 | February 2022 | TX0009138691 |
| 04/20/2022 | March 2022 | TX0009150826 |
| 05/09/2022 | April 2022 | TX0009153792 |
| 06/23/2022 | May 2022 | TX0009170742 |
| 06/24/2022 | December 2021 | TX0009135943 |
| 06/28/2022 | November 2021 | TX0009137053 |
| 07/26/2022 | June 2022 | TX0009178776 |
| 10/25/2022 | August 2022 | TX0009210100 |
| 01/19/2023 | October 2022 | TX0009263610 |
| 01/19/2023 | November 2022 | TX0009263406 |
| 01/19/2023 | December 2022 | TX0009263187 |
| 02/28/2023 | January 2023 | TX0009270547 |
| 09/27/2023 | March 2023 | TX0009322202 |
| 09/27/2023 | February 2023 | TX0009322221 |

| | | |
|---|---|---|
| 09/28/2023 | August 2023 | TX0009326435 |
| 10/11/2023 | September 2023 | TX0009327541 |
| 10/17/2023 | April 2023 | TX0009330791 |
| 11/20/2023 | June 2023 | TX0009336722 |
| 11/21/2023 | May 2023 | TX0009332655 |
| 11/21/2023 | July 2023 | TX0009336696 |
| 11/21/2023 | October 2023 | TX0009336662 |
| 01/09/2024 | December 2023 | TX0009359717 |
| 02/20/2024 | January 2024 | TX0009377672 |