# EXHIBIT G

**ORANGE COUNTY REGISTER**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 05/05/2006 | January 2006 | TX0006349970 |
| 05/05/2006 | February 2006 | TX0006349946 |
| 06/30/2006 | March 2006 | TX0006422049 |
| 06/30/2006 | April 2006 | TX0006422055 |
| 10/23/2006 | May 2006 | TX0006481187 |
| 10/23/2006 | June 2006 | TX0006481186 |
| 10/23/2006 | July 2006 | TX0006436516 |
| 11/07/2006 | August 2006 | TX0006459517 |
| 12/19/2006 | October 2006 | TX0006481158 |
| 12/29/2006 | September 2006 | TX0006505019 |
| 01/22/2007 | November 2006 | TX0006505046 |
| 03/05/2007 | December 2006 | TX0006587419 |
| 03/14/2007 | January 2007 | TX0006522983 |
| 04/27/2007 | February 2007 | TX0006613949 |
| 05/01/2007 | November 2006 | TX0006575585 |
| 06/07/2007 | March 2007 | TX0006587826 |
| 07/11/2007 | April 2007 | TX0006661055 |
| 08/10/2007 | May 2007 | TX0006627910 |
| 09/10/2007 | June 2007 | TX0006627283 |
| 09/24/2007 | July 2007 | TX0006629790 |
| 10/01/2007 | August 2007 | TX0006647218 |
| 10/26/2007 | September 2007 | TX0006630546 |
| 01/18/2008 | October 2007 | TX0006647220 |
| 01/28/2008 | November 2007 | TX0006647221 |
| 02/22/2008 | December 2007 | TX0006647219 |
| 05/14/2008 | February 2008 | TX0006661056 |
| 05/30/2008 | January 2008 | TX0006648879 |
| 08/06/2008 | March 2008 | TX0006661057 |
| 08/06/2008 | May 2008 | TX0006661058 |
| 08/08/2008 | April 2008 | TX0006662816 |
| 09/03/2008 | June 2008 | TX0006660123 |
| 09/29/2008 | July 2008 | TX0006660122 |
| 10/24/2008 | August 2008 | TX0006660124 |
| 11/11/2008 | September 2008 | TX0006664786 |
| 01/15/2009 | October 2008 | TX0006664751 |
| 03/27/2009 | November 2008 | TX0006664952 |
| 04/06/2009 | January 2009 | TX0006631891 |
| 05/01/2009 | February 2009 | TX0006631813 |
| 05/18/2009 | December 2008 | TX0006679364 |
| 05/18/2009 | March 2009 | TX0006631498 |
| 07/07/2009 | April 2009 | TX0006679703 |
| 10/09/2009 | June 2009 | TX0006685208 |

| | | |
|---|---|---|
| 10/23/2009 | July 2009 | TX0006700141 |
| 11/23/2009 | August 2009 | TX0006700140 |
| 11/27/2009 | September 2009 | TX0006700142 |
| 01/11/2010 | May 2009 | TX0006771126 |
| 01/11/2010 | October 2009 | TX0006702391 |
| 02/01/2010 | November 2009 | TX0006701499 |
| 04/29/2010 | December 2009 | TX0006704170 |
| 07/01/2010 | February 2010 | TX0006704940 |
| 09/03/2010 | April 2010 | TX0006705125 |
| 09/10/2010 | March 2010 | TX0006705109 |
| 09/16/2010 | May 2010 | TX0006705134 |
| 09/16/2010 | June 2010 | TX0006705136 |
| 01/20/2011 | August 2010 | TX0006771119 |
| 02/04/2011 | September 2010 | TX0006771564 |
| 02/04/2011 | October 2010 | TX0006771565 |
| 02/25/2011 | November 2010 | TX0006772947 |
| 05/13/2011 | December 2010 | TX0006773283 |
| 05/13/2011 | January 2011 | TX0006773282 |
| 05/16/2011 | February 2011 | TX0006773284 |
| 07/15/2011 | March 2011 | TX0006778852 |
| 07/15/2011 | May 2011 | TX0006778850 |
| 08/01/2011 | April 2011 | TX0006778851 |
| 09/23/2011 | June 2011 | TX0006787623 |
| 10/07/2011 | July 2011 | TX0006783623 |
| 10/28/2011 | August 2011 | TX0006787556 |
| 12/13/2011 | September 2011 | TX0006787799 |
| 02/27/2012 | October 2011 | TX0006604672 |
| 02/27/2012 | November 2011 | TX0006604671 |
| 04/02/2012 | December 2011 | TX0006604670 |
| 04/09/2012 | January 2012 | TX0006790399 |
| 07/13/2012 | February 2012 | TX0006604625 |
| 07/13/2012 | April 2012 | TX0006573244 |
| 08/20/2012 | June 2012 | TX0006573044 |
| 08/24/2012 | March 2012 | TX0006573039 |
| 10/03/2012 | July 2012 | TX0006604635 |
| 11/30/2012 | August 2012 | TX0007800018 |
| 01/25/2013 | October 2012 | TX0007800037 |
| 02/01/2013 | November 2012 | TX0007875462 |
| 03/08/2013 | December 2012 | TX0007807509 |
| 06/12/2013 | January 2013 | TX0007883783 |
| 06/17/2013 | April 2013 | TX0007759498 |
| 07/10/2013 | February 2013 | TX0007898525 |
| 09/09/2013 | March 2013 | TX0007905055 |
| 09/11/2013 | May 2013 | TX0007905027 |

| | | |
|---|---|---|
| 10/25/2013 | June 2013 | TX0007901956 |
| 12/06/2013 | July 2013 | TX0007886509 |
| 12/16/2013 | August 2013 | TX0007886482 |
| 12/27/2013 | September 2013 | TX0007903584 |
| 01/10/2014 | October 2013 | TX0007903593 |
| 06/02/2014 | January 2014 | TX0008005093 |
| 06/02/2014 | February 2014 | TX0008005124 |
| 08/04/2014 | March 2014 | TX0007918181 |
| 08/21/2014 | April 2014 | TX0008010987 |
| 09/17/2014 | May 2014 | TX0007966214 |
| 12/01/2014 | July 2014 | TX0008108356 |
| 12/01/2014 | June 2014 | TX0008108347 |
| 01/07/2016 | August 2014 | TX0008260020 |
| 01/08/2016 | September 2014 | TX0008260186 |
| 01/27/2016 | March 2015 | TX0008257342 |
| 01/27/2016 | November 2014 | TX0008257341 |
| 01/27/2016 | October 2014 | TX0008257345 |
| 01/27/2016 | February 2015 | TX0008257336 |
| 01/27/2016 | January 2015 | TX0008257335 |
| 01/27/2016 | December 2014 | TX0008257334 |
| 03/09/2016 | April 2015 | TX0008266350 |