# EXHIBIT H

**PIONEER PRESS**

| Registration Date | Issue Registered (Month/Year) | Registration Number |
|---|---|---|
| 08/01/2007 | March 2007 | TX0006647171 |
| 08/01/2007 | April 2007 | TX0006614500 |
| 08/02/2007 | May 2007 | TX0006614515 |
| 08/03/2007 | February 2007 | TX0006614502 |
| 08/13/2007 | January 2007 | TX0006614522 |
| 02/26/2008 | September 2007 | TX0006647015 |
| 02/28/2008 | June 2007 | TX0006646310 |
| 02/28/2008 | July 2007 | TX0006646311 |
| 02/28/2008 | August 2007 | TX0006646312 |
| 04/09/2008 | October 2007 | TX0006647046 |
| 05/13/2008 | November 2007 | TX0006647019 |
| 08/06/2008 | February 2008 | TX0006665147 |
| 08/08/2008 | January 2008 | TX0006660512 |
| 12/04/2008 | March 2008 | TX0006683830 |
| 12/04/2008 | April 2008 | TX0006665071 |
| 12/08/2008 | June 2008 | TX0006665203 |
| 01/02/2009 | December 2007 | TX0006664981 |
| 02/18/2009 | July 2008 | TX0006631857 |
| 02/18/2009 | August 2008 | TX0006631858 |
| 02/18/2009 | September 2008 | TX0006631859 |
| 04/14/2009 | October 2008 | TX0006631562 |
| 04/15/2009 | November 2008 | TX0006631634 |
| 05/11/2009 | December 2008 | TX0006679685 |
| 07/14/2009 | January 2009 | TX0006683984 |
| 07/29/2009 | February 2009 | TX0006681741 |
| 07/30/2009 | March 2009 | TX0006687595 |
| 08/18/2009 | April 2009 | TX0006685384 |
| 08/18/2009 | May 2009 | TX0006687587 |
| 12/07/2009 | June 2009 | TX0006699979 |
| 12/07/2009 | July 2009 | TX0006699978 |
| 01/19/2010 | September 2009 | TX0006701593 |
| 01/19/2010 | August 2009 | TX0006702389 |
| 02/05/2010 | October 2009 | TX0006701504 |
| 02/05/2010 | November 2009 | TX0006702316 |
| 07/21/2010 | January 2010 | TX0006705011 |
| 07/21/2010 | February 2010 | TX0006705006 |
| 08/03/2010 | March 2009 | TX0006718340 |
| 09/08/2010 | December 2009 | TX0006718433 |
| 09/08/2010 | April 2009 | TX0006718431 |
| 02/16/2011 | June 2010 | TX0006772133 |
| 02/16/2011 | July 2010 | TX0006772132 |
| 02/16/2011 | May 2009 | TX0006772104 |

| | | |
|---|---|---|
| 03/14/2011 | September 2010 | TX0006772908 |
| 03/14/2011 | October 2010 | TX0006772909 |
| 03/24/2011 | May 2011 | TX0006787751 |
| 08/02/2011 | December 2010 | TX0006783646 |
| 08/02/2011 | January 2011 | TX0006783637 |
| 08/02/2011 | February 2011 | TX0006783636 |
| 08/02/2011 | January 2011 | TX0006778907 |
| 08/24/2011 | April 2011 | TX0006787750 |
| 02/02/2012 | June 2011 | TX0006789469 |
| 02/02/2012 | July 2011 | TX0006789470 |
| 02/02/2012 | August 2011 | TX0006788703 |
| 03/01/2012 | September 2011 | TX0006788800 |
| 03/01/2012 | October 2011 | TX0006787589 |
| 03/28/2012 | December 2011 | TX0006604552 |
| 04/04/2012 | November 2011 | TX0006790402 |
| 05/11/2012 | February 2012 | TX0006686635 |
| 05/23/2012 | March 2012 | TX0006686634 |
| 05/31/2012 | January 2012 | TX0006686633 |
| 08/01/2012 | April 2012 | TX0006790303 |
| 08/10/2012 | May 2012 | TX0006601097 |
| 09/14/2012 | June 2012 | TX0006789874 |
| 01/17/2013 | July 2012 | TX0007807058 |
| 01/18/2013 | August 2012 | TX0007807478 |
| 04/24/2013 | September 2012 | TX0007742483 |
| 04/24/2013 | December 2012 | TX0008518288 |
| 04/24/2013 | November 2012 | TX0007746820 |
| 04/24/2013 | October 2012 | TX0007742471 |
| 10/30/2013 | January 2013 | TX0007892139 |
| 10/30/2013 | July 2013 | TX0007892874 |
| 10/30/2013 | May 2013 | TX0007879828 |
| 10/30/2013 | June 2013 | TX0007892141 |
| 04/30/2014 | September 2013 | TX0008007422 |
| 04/30/2014 | August 2013 | TX0008007409 |
| 04/30/2014 | November 2013 | TX0007886973 |
| 04/30/2014 | October 2013 | TX0007886921 |
| 05/05/2014 | December 2013 | TX0007949746 |
| 05/14/2014 | February 2014 | TX0007950932 |
| 05/14/2014 | January 2014 | TX0007949741 |
| 05/20/2014 | March 2014 | TX0007914235 |
| 09/22/2014 | April 2014 | TX0007958537 |
| 11/13/2014 | May 2014 | TX0008084800 |
| 11/17/2014 | June 2014 | TX0008029356 |
| 02/02/2015 | July 2014 | TX0008108596 |
| 03/02/2015 | August 2014 | TX0008153078 |

| | | |
|---|---|---|
| 04/17/2015 | September 2014 | TX0008064540 |
| 05/06/2015 | October 2014 | TX0008177154 |
| 05/18/2015 | December 2014 | TX0008153165 |
| 06/12/2015 | November 2014 | TX0008179307 |
| 06/12/2015 | January 2015 | TX0008179312 |
| 08/17/2015 | March 2015 | TX0008204888 |
| 08/17/2015 | February 2015 | TX0008204961 |
| 09/11/2015 | April 2015 | TX0008228519 |
| 10/26/2015 | May 2015 | TX0008231529 |
| 10/26/2015 | June 2015 | TX0008234698 |
| 12/09/2015 | August 2015 | TX0008250275 |
| 12/09/2015 | July 2015 | TX0008240720 |
| 02/08/2016 | September 2015 | TX0008330276 |
| 02/11/2016 | November 2015 | TX0008259280 |
| 02/11/2016 | October 2015 | TX0008329721 |
| 10/07/2016 | June 2016 | TX0008299609 |
| 10/26/2016 | July 2016 | TX0008315013 |
| 10/26/2016 | August 2016 | TX0008315019 |
| 11/14/2016 | September 2016 | TX0008569289 |
| 01/09/2017 | October 2016 | TX0008383918 |
| 03/15/2017 | December 2016 | TX0008382095 |
| 03/15/2017 | January 2017 | TX0008359814 |
| 05/02/2017 | February 2017 | TX0008396872 |
| 05/11/2017 | November 2016 | TX0008396874 |
| 06/20/2017 | March 2017 | TX0008483555 |
| 06/20/2017 | April 2017 | TX0008408375 |
| 07/07/2017 | May 2017 | TX0008399096 |
| 08/29/2017 | June 2017 | TX0008433869 |
| 01/05/2018 | August 2017 | TX0008507413 |
| 01/31/2018 | September 2017 | TX0008507401 |
| 03/14/2019 | January 2019 | TX0008756037 |
| 07/16/2019 | March 2019 | TX0008800295 |
| 07/23/2019 | December 2018 | TX0008795942 |
| 07/24/2019 | February 2019 | TX0008788550 |
| 07/25/2019 | April 2019 | TX0008801219 |
| 07/29/2019 | May 2019 | TX0008803906 |
| 07/29/2019 | June 2019 | TX0008804014 |
| 09/10/2019 | July 2019 | TX0008804107 |
| 12/11/2019 | September 2018 | TX0008821207 |
| 01/30/2020 | September 2019 | TX0008841044 |
| 02/19/2020 | October 2019 | TX0008839746 |
| 02/26/2020 | November 2019 | TX0008842680 |
| 03/31/2020 | December 2019 | TX0008863350 |
| 03/31/2020 | January 2020 | TX0008864801 |

| | | |
|---|---|---|
| 06/16/2020 | April 2020 | TX0008885002 |
| 06/16/2020 | March 2020 | TX0008885313 |
| 06/16/2020 | May 2020 | TX0008885583 |
| 06/16/2020 | February 2020 | TX0008885009 |
| 11/01/2020 | June 2020 | TX0008916013 |
| 11/01/2020 | October 2019 | TX0008915753 |
| 01/21/2021 | August 2020 | TX0008936378 |
| 01/28/2021 | October 2020 | TX0008942800 |
| 02/11/2021 | November 2020 | TX0008945331 |
| 03/14/2021 | September 2020 | TX0008943134 |
| 04/21/2021 | July 2020 | TX0008965430 |
| 04/21/2021 | January 2021 | TX0008965200 |
| 04/23/2021 | February 2021 | TX0008974853 |
| 04/23/2021 | March 2021 | TX0008969081 |
| 07/01/2021 | December 2020 | TX0008980273 |
| 08/04/2021 | April 2021 | TX0009007010 |
| 08/19/2021 | July 2021 | TX0009014384 |
| 08/19/2021 | May 2021 | TX0009014245 |
| 08/19/2021 | June 2021 | TX0009014132 |
| 09/27/2021 | August 2019 | TX0009010051 |
| 09/27/2021 | August 2021 | TX0009061286 |
| 10/21/2021 | September 2021 | TX0009075320 |
| 03/29/2022 | October 2021 | TX0009145276 |
| 03/29/2022 | December 2021 | TX0009145868 |
| 03/29/2022 | November 2021 | TX0009145310 |
| 04/13/2022 | January 2022 | TX0009136065 |
| 04/13/2022 | February 2022 | TX0009148358 |
| 06/08/2022 | March 2022 | TX0009165885 |
| 06/08/2022 | April 2022 | TX0009166057 |
| 12/13/2022 | May 2022 | TX0009252733 |
| 12/13/2022 | July 2022 | TX0009250569 |
| 12/14/2022 | September 2022 | TX0009250613 |
| 04/25/2023 | November 2022 | TX0009281978 |
| 04/25/2023 | October 2022 | TX0009281914 |
| 04/26/2023 | January 2023 | TX0009282360 |
| 04/26/2023 | December 2022 | TX0009282860 |
| 04/26/2023 | March 2023 | TX0009282828 |
| 04/26/2023 | February 2023 | TX0009282404 |
| 05/15/2023 | August 2022 | TX0009261481 |
| 08/15/2023 | April 2023 | TX0009308847 |
| 01/10/2024 | September 2023 | TX0009362088 |
| 01/10/2024 | July 2023 | TX0009362398 |
| 01/10/2024 | August 2023 | TX0009362314 |
| 01/10/2024 | October 2023 | TX0009362049 |