# EXHIBIT I

# United States Patent Office

**771,167**
Registered June 9, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 173,984, filed July 29, 1963

## CHICAGO TRIBUNE

The Tribune Company (Illinois corporation)
435 N. Michigan Ave.
Chicago, Ill.

For: NEWSPAPER AND NEWSPAPER SUPPLEMENTS, in CLASS 38.
First use Jan. 1, 1963; in commerce Jan. 1, 1963; June 1847 in another display.
Owner of Reg. Nos. 172,059 and 173,669.

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,313,450

Registered Feb. 1, 2000

## SERVICE MARK
PRINCIPAL REGISTER

## THE DENVER POST

DENVER POST CORPORATION, THE (COLORADO CORPORATION)
1560 BROADWAY
DENVER, CO 80202

FOR: PROVIDING INFORMATION ON THE WIDE VARIETY OF TOPICS OVER A GLOBAL COMPUTER NETWORK, NAMELY, A GENERAL INTEREST NEWSPAPER, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11–5–1995; IN COMMERCE 11–5–1995.

OWNER OF U.S. REG. NO. 1,919,631.

SEC. 2(F) AS TO "DENVER".

SER. NO. 75–521,106, FILED 7-17-1998.

CHERYL STEPLIGHT, EXAMINING ATTORNEY

Int. Cls.: **35 and 41**

Prior U.S. Cls.: **100, 101, 102 and 107**

**United States Patent and Trademark Office**

Reg. No. **2,816,508**
Registered Feb. 24, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## THE DENVER POST

THE DENVER POST CORPORATION (DELAWARE CORPORATION)
MEDIANEWS GROUP, INC.
1560 BROADWAY, SUITE 2100
DENVER, CO 80202

FOR: ADVERTISING SERVICES, NAMELY, PROMOTING THE SERVICES OF OTHERS BY PROVIDING HYPERTEXT LINKS TO THE WEBSITES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-4-1995; IN COMMERCE 11-4-1995.

FOR: ONLINE NEWS IN THE NATURE OF CURRENT EVENTS REPORTING; PROVIDING INFORMATION IN THE FIELD OF NEWS BY LINKING USERS TO OTHER WEBSITES CONTAINING INFORMATION IN THE FIELD OF NEWS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-4-1995; IN COMMERCE 11-4-1995.

OWNER OF U.S. REG. NO. 1,919,631.

SEC. 2(F) AS TO "DENVER".

SER. NO. 76-482,674, FILED 1-16-2003.

GWEN STOKOLS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cl.: 38

Reg. No. 1,919,631

**United States Patent and Trademark Office**  Registered Sep. 19, 1995

## TRADEMARK
### PRINCIPAL REGISTER

### THE DENVER POST

DENVER POST CORPORATION, THE (COLORADO CORPORATION)
1560 BROADWAY
DENVER, CO 80202

FOR: DAILY NEWSPAPER, IN CLASS 16 (U.S. CL. 38).

FIRST USE 1-1-1901; IN COMMERCE 1-1-1901.

SEC. 2(F) AS TO "DENVER".

SER. NO. 74-527,276, FILED 5-23-1994.

PRISCILLA MILTON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# DENVER POST MEDIA

**Reg. No. 5,254,460**
**Registered Aug. 01, 2017**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

The Denver Post, LLC (DELAWARE LIMITED LIABILITY COMPANY)
101 West Colfax Avenue
Denver, CO 80202

CLASS 35: Advertising and advertisement services; advertising and marketing; advertising services, namely, preparing and disseminating advertising for others; advertising and marketing services, namely, promoting the goods and services of others; advertising and marketing services, namely, promoting and marketing the goods and services of others through all public communication means; creation, development, operation, administration and management of advertising campaigns for others; advertising services, namely, preparing and disseminating advertising for others via the Internet, mobile applications, email messages, on websites, in printed publications and via digital media and publications; advertising and marketing services provided by means of indirect methods of marketing communications, namely, social media, search engine marketing, inquiry marketing, internet marketing, mobile marketing, blogging and other forms of passive, sharable or viral communications channels; classified advertising services

FIRST USE 5-18-2016; IN COMMERCE 5-18-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2816508, 2313450, 1919631

No claim is made to the exclusive right to use the following apart from the mark as shown: "MEDIA"

SEC. 2(F) As to "DENVER POST" has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 1919631, 2313450, 2816508, 3878548, 3915900, and 4201590; DENVER POST has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

SER. NO. 87-143,536, FILED 08-18-2016
CHARLES L JENKINS JR, EXAMINING ATTORNEY



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# THE MERCURY NEWS

| | |
|---|---|
| **Reg. No. 5,240,678** | San Jose Mercury-News, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) <br> 4 North 2nd Street <br> San Jose, CA 95113 |
| **Registered Jul. 11, 2017** | |
| **Int. Cl.: 9** | CLASS 9: Downloadable electronic publications in the nature of newspapers; downloadable software in the nature of an application for obtaining news, information, commentary, and content of the type found in general interest publications on stationary and mobile devices; computer application software for mobile phones and hand held devices, namely, software for obtaining news, information, commentary, and content of the type found in general interest publications; downloadable electronic newspapers in the field of current events, cultural events, general interest |
| **Trademark** | |
| **Principal Register** | |

FIRST USE 4-5-2016; IN COMMERCE 4-5-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "NEWS"

SER. NO. 87-247,005, FILED 11-23-2016
KIM TERESA MONINGHOFF, EXAMINING ATTORNEY

*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# THE MERCURY NEWS

| | |
|---|---|
| **Reg. No. 5,240,681** | San Jose Mercury-News, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) |
| **Registered Jul. 11, 2017** | 4 North 2nd Street<br>San Jose, CA 95113 |
| **Int. Cl.: 16** | CLASS 16: Newspaper of general circulation |
| **Trademark** | FIRST USE 4-5-2016; IN COMMERCE 4-5-2016 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |

No claim is made to the exclusive right to use the following apart from the mark as shown: "NEWS"

SER. NO. 87-247,028, FILED 11-23-2016
KIM TERESA MONINGHOFF, EXAMINING ATTORNEY

*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# THE MERCURY NEWS

| | |
|---|---|
| **Reg. No. 5,240,683** | San Jose Mercury-News, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) |
| **Registered Jul. 11, 2017** | 4 North 2nd Street<br>San Jose, CA 95113 |
| **Int. Cl.: 35** | CLASS 35: Advertising and advertisement services |
| **Service Mark** | FIRST USE 4-5-2016; IN COMMERCE 4-5-2016 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |

No claim is made to the exclusive right to use the following apart from the mark as shown: "NEWS"

SER. NO. 87-247,043, FILED 11-23-2016
KIM TERESA MONINGHOFF, EXAMINING ATTORNEY



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# THE MERCURY NEWS

**Reg. No. 5,240,684**
**Registered Jul. 11, 2017**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

San Jose Mercury-News, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
4 North 2nd Street
San Jose, CA 95113

CLASS 41: Providing on-line non-downloadable newspapers; Providing a website featuring online non-downloadable articles, photos, videos, and blogs in the fields of current event news, social events, education, finance, government, health, religion, shopping, sports, technology, transportation, travel, business, commentary, home and garden, investigations, obituaries, classifieds and weather

FIRST USE 4-5-2016; IN COMMERCE 4-5-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "NEWS"

SER. NO. 87-247,049, FILED 11-23-2016
KIM TERESA MONINGHOFF, EXAMINING ATTORNEY



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

Int. Cl.: **41**

Prior U.S. Cls.: **100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **3,563,034**
Registered Jan. 20, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# NYDAILYNEWS.COM

DAILY NEWS, L.P. (DELAWARE LIMITED PARTNERSHIP)
450 WEST 33RD STREET, 3RD FLOOR
NEW YORK, NY 10001

  FOR: PROVIDING ONLINE GENERAL NEWS AND MULTIMEDIA CONTENT IN THE FIELD OF CURRENT EVENTS; PROVIDING AN ONLINE GENERAL INTEREST NEWSPAPER IN THE FIELDS OF NEWS, EDUCATION, FINANCE, GOVERNMENT, HEALTH, RELIGION, SHOPPING, SPORTS, TECHNOLOGY, TRANSPORTATION, TRAVEL, WEATHER, PHOTOGRAPHS, OPINION, CURRENT EVENTS, ARTS, ENTERTAINMENT, DINING, GOSSIP, HEALTH, JOBS, AUTOMOTIVES, REAL ESTATE, AND CLASSIFIED ADVERTISEMENTS AND PERSONALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

  FIRST USE 3-10-2007; IN COMMERCE 3-10-2007.

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  SEC. 2(F).

  SER. NO. 77-149,345, FILED 4-5-2007.

EMILY CARLSEN, EXAMINING ATTORNEY