# EXHIBIT J

## EXAMPLES OF GPT-4 MEMORIZING CONTENT
## FROM THE PUBLISHERS

The following are examples of situations where OpenAI's GPT-4 model was trained on and memorized articles from the Publishers. Each example focuses on a single news article. Examples were produced by breaking the article into two parts. The first part of the article is given to GPT-4 as a prompt, and GPT-4 replies by writing its own version of the remainder of the article. The following system prompt was used for each example: "I'll give you the first part of an article. Complete the article with the correct original ending."

In each case, we observe that the output of GPT-4 contains spans that are identical to the actual text of the article from the Publisher. For each example, we provide the following:

- The URL of the online version of the article.
- The prompt that was given to GPT-4. This prompt comprises the beginning of an article from the Publisher.
- The response from GPT-4. In each example, the GPT-4 assistant replies to the prompt by writing a verbatim portion of the original article from the Publisher from its memory.
- The original end of the article, as it appears on the Publisher's website. Text is depicted in red font when it appears identically in both the GPT-4 output and the source article from the Publisher.

Example 1: President Trump's Muslim ban excludes countries linked to his sprawling business empire

https://www.nydailynews.com/2017/02/01/president-trumps-muslim-ban-excludes-countries-linked-to-his-sprawling-business-empire/

**Prompt (taken from article):**

President Trump's most recent executive order effectively bans citizens of seven Muslim-majority countries from entering the U.S. for at least 90 days — but some Muslim countries were spared from the order's blacklist, even though they have deep-seated ties to terrorism. Conspicuously, Trump doesn't hold any business interests in any of the countries on the list, but holds major stakes in several of those excluded from it, records show. Friday's

**Model output:**

executive order, signed at the Pentagon, suspends the issuing of U.S. visas or travel permits to people from Iran, Iraq, Libya, Somalia, Sudan, Syria and Yemen. Not a single American was killed on U.S. soil by citizens from any of those countries between 1975 and 2015, according to statistics tallied by the conservative-leaning Cato Institute.

However, the same set of statistics show that nearly 3,000 Americans were killed by citizens from Saudi Arabia, the United Arab Emirates, Egypt and Turkey in the same time period — with the vast majority of those killed being victims of the 9/11 attacks. Yet, people from those four countries are still welcome to apply for U.S. visas and travel permits.

In a striking parallel, Trump's sprawling business empire — which he has refused to rescind ownership of — holds multi-million dollar licensing and development deals in all of those countries, raising potential conflict of interest concerns and alarming questions over what actually

**Text from the New York Daily News:**

executive order, signed at the Pentagon, suspends the issuing of U.S. visas or travel permits to people from Iran, Iraq, Libya, Somalia, Sudan, Syria and Yemen. Not a single American was killed on U.S. soil by citizens from any of those countries between 1975 and 2015, according to statistics tallied by the conservative-leaning Cato Institute. However, the same set of statistics show that nearly 3,000 Americans were killed by citizens from Saudi Arabia, the United Arab Emirates and Egypt in the same time period — with the bulk of those killed being victims of the 9/11 attacks. Yet, people from those three countries are still welcome to apply for U.S. visas and travel permits. In a striking parallel, Trump's sprawling business empire — which he has refused to rescind ownership of — holds multi-million dollar licensing and development deals in all of those countries, raising potential conflict of interest concerns and alarming questions over what actually

EXAMPLE 2: PRESIDENT TRUMP CHOOSES INEXPERIENCED WOMAN WHO PLANNED HIS SON ERIC'S WEDDING TO RUN N.Y. FEDERAL HOUSING PROGRAMS

https://www.nydailynews.com/2017/06/15/president-trump-chooses-inexperienced-woman-who-planned-his-son-erics-wedding-to-run-ny-federal-housing-programs/

**Prompt (taken from article):**

She's arranged tournaments at Trump golf courses, served as the liaison to the Trump family during his presidential campaign, and even arranged Eric Trump's wedding. Now President Trump has appointed longtime loyalist Lynne Patton — who has zero housing experience and claims a law degree the school says she never earned — to run the office that oversees federal housing programs in New York.

**Model output:**

Patton was appointed Wednesday to head up the U.S. Department of Housing and Urban Development's Region II, which includes New York and New Jersey, where she'll oversee distribution of billions of taxpayer dollars.

Patton's tight relationship with the Trump clan dates back to 2009, when she began serving as the family's "event planner." "Responsible for organizing, executing and assisting with upscale events and celebrity golf tournaments," her LinkedIn profile says. "Handle celebrity talent acquisition for various marketing projects, philanthropic events and golf tournaments."

From 2011 through January, she also helped run the Eric Trump Foundation, a charity that's now under investigation by state Attorney General Eric Schneiderman.

She also claims on her LinkedIn page to have obtained a juris doctorate degree in 2000 from Quinnipiac University School of Law in Connecticut. Next to the J.D. notation is written (N/A) without explanation.

On Thursday school registrar Jim Benson said Patton attended for two semesters but did not graduate. She also listed Yale University but HUD officials couldn't explain why that was there. Patton, who begins her Region II job July 5, did not return calls seeking comment.

As head of the biggest HUD regional office in the U.S., Patton will oversee distribution of billions in cash to public housing authorities — including NYCHA — as well as tens of thousands of rental vouchers and block grants that fund housing inspections and senior citizen programs.

Patton is one of the handful of African Americans within Trump's inner circle and a passionate Trump promoter. Last year she made a video entitled "I'm proof Donald Trump isn't a bigot."

Trump first placed her as a White House liaison at HUD in February. While there, she's fired off multiple

**Text from the New York Daily News:**

Patton was appointed Wednesday to head up the U.S. Department of Housing and Urban Development's Region II, which includes New York and New Jersey, where she'll oversee distribution of billions of taxpayer dollars. Patton's tight relationship with the Trump clan dates back to 2009, when she began serving as the family's "event planner." "Responsible for organizing, executing and assisting with upscale events and celebrity golf tournaments," her LinkedIn profile says. "Handle celebrity talent acquisition for various marketing projects, philanthropic events and golf tournaments." From 2011 through January, she also helped run the Eric Trump Foundation, a charity that's now under investigation by state Attorney General Eric Schneiderman. She also claims on her LinkedIn page to have obtained a juris doctorate degree in 2000 from Quinnipiac University School of Law in Connecticut. Next to the J.D. notation is written (N/A) without explanation. On Thursday school registrar Jim Benson said Patton attended for two semesters but did not graduate. She also listed Yale University but HUD officials couldn't explain why that was there. Patton, who begins her Region II job July 5, did not return calls seeking comment. As head of the biggest HUD regional office in the U.S., Patton will oversee distribution of billions in cash to public housing authorities — including NYCHA — as well as tens of thousands of rental vouchers and block grants that fund housing inspections and senior citizen programs. Patton is one of the handful of African Americans within inner circle and a passionate Trump promoter. Last year she made a video entitled "I'm proof Donald Trump isn't a bigot." Trump first placed her as a White House liaison at HUD in February. While there, she's fired off multiple

EXAMPLE 3: 'HE COULDN'T MOVE, AND THE RATS WERE CRAWLING ALL OVER HIM,' SAYS BROTHER OF MAN WHO PLUNGED INTO BRONX SIDEWALK SINKHOLE

https://www.nydailynews.com/new-york/nyc-crime/ny-bronx-man-sinkhole-rats-20201027-75a72h46hragbi5kte6zurc554-story.html

---

**Prompt (taken from article):**
    A Bronx man who plummeted 15 feet after a sinkhole opened underneath him had to

---

**Model output:**

deal with a swarm of scurrying rats as he waited for help, his brother told the Daily News.

Leonard Shoulders, 33, was waiting for a bus on Third Ave. near E. 183rd St. in Belmont Saturday afternoon when the concrete sidewalk suddenly cracked open and swallowed

**Text from the New York Daily News:**

deal with a swarm of scurrying rats as he waited for help, his brother told the Daily News.

Leonard Shoulders, 33, was waiting for a bus on Third Ave. near E. 183rd St. in Belmont Saturday afternoon when the concrete sidewalk suddenly cracked open and swallowed

EXAMPLE 4: NYC COPS FIND DECAPITATED, LIMBLESS MAN IN MILLION-DOLLAR CONDO; ELECTRIC SAW FOUND NEXT TO TORSO

https://www.nydailynews.com/new-york/nyc-crime/ny-headless-torso-found-manhattan-20200714-rz25uxzsejgrxnsk4rd22vf7hq-story.html

---

**Prompt (taken from article):**
The limbless, headless torso of a millionaire tech entrepreneur was found

---

**Model output:**

inside his swanky Manhattan condo Tuesday afternoon — an electric saw lying next to the remains, police said.

Police made the grisly discovery in a building on E. Houston St. at Suffolk St. on the Lower East side about 3:30 p.m. Cops found contractor bags near the torso, sources said, but didn't immediately open them to see if the body parts were inside.

The victim was identified as Fahim Saleh, 33, who bought the condo for $2.25 million last year. Saleh, a venture capitalist, was the CEO of a motorbike-hailing company in Nigeria, called Gokada.

Detectives were waiting for fingerprint and forensics tests on the body

**Text from the New York Daily News:**

inside his swanky Manhattan condo Tuesday afternoon — an electric saw lying next to the remains, police said.

Police made the grisly discovery in a building on E. Houston St. at Suffolk St. on the Lower East side about 3:30 p.m. Cops found contractor bags near the torso, sources said, but didn't immediately open them to see if the body parts were inside.

An NYPD official said investigators believe the victim is tech entrepreneur Fahim Saleh, 33, who bought the condo for $2.25 million last year. Saleh, a website developer turned venture capital, is the CEO of a motorcycle-sharing company in Lagos, Nigeria.

Fahim Saleh

NYPD spokesman Sgt. Carlos Nieves said all of the body parts were found at the scene but declined to give specifics on where.

"We have a torso, a head that's been removed, arms, and legs. Everything is still on the scene. We don't have a motive," he said.

Detectives were waiting for fingerprint and forensics tests on the body

EXAMPLE 5: A SPIKE IN NEW YORKERS INGESTING HOUSEHOLD CLEANERS FOLLOWING TRUMP'S CONTROVERSIAL CORONAVIRUS COMMENTS

https://www.nydailynews.com/coronavirus/ny-coronavirus-new-yorkers-household-cleaners-trump-20200425-rnaqio5dyfeaxmthxx2vktqa5m-story.html?fbclid=IwAR3B4mVVaTfC5eVswNBs2JQb9R1dD1i4vjEf_cXDUJ8OtbDAySd0TC4uxS0

---

**Prompt (taken from article):**
   An unusually high number of New Yorkers contacted city health authorities over fears that they had ingested bleach

---

**Model output:**

or other household cleaners in the 18 hours that followed President Trump's bogus claim that injecting such products could cure coronavirus, the Daily News has learned.

The Poison Control Center, a subagency of the city's Health Department, managed a total of 30 cases of possible exposure to disinfectants between 9 p.m. Thursday and 3 p.m. Friday, a spokesman said.

None of the people who reached out died or required hospitalization, but they had abnormal symptoms like difficulty breathing, burning sensations, vomiting, and even temporary loss of vision, the spokesman said.

In comparison, the Poison Control Center only handled 13 similar cases in the same 18-hour period last

**Text from the New York Daily News:**

or other household cleaners in the 18 hours that followed President Trump's bogus claim that injecting such products could cure coronavirus, the Daily News has learned.

The Poison Control Center, a subagency of the city's Health Department, managed a total of 30 cases of possible exposure to disinfectants between 9 p.m. Thursday and 3 p.m. Friday, a spokesman said.

None of the people who reached out died or required hospitalization, the spokesman said.  But compared to last year, the number of cases was worthy of a double-take.

According to data obtained by The News, the Poison Control Center only handled 13 similar cases in the same 18-hour period last  year.

Moreover, out of the cases reported between Thursday and Friday, nine were specifically about possible exposure to Lysol.  Ten were in regard to bleach and 11 about household cleaners in general, the spokesman said.

In

EXAMPLE 6: WEEK IN NEWS: REPEAT ROBBERS, CLASSES COMMENCE, OVERTIME OUTRAGE, TAWDRY TEACHER

https://www.nydailynews.com/new-york/ny-week-in-news-20201206-6v72gaqgsncchfnr2xj5tcxh2i-story.html

---

**Prompt (taken from article):**

No one covers the city like the Daily News. For nearly 100 years, New York's Hometown Newspaper has been your eyes and ears

---

**Model output:**

— and your voice.

Do you have a story you think we should tell? Call us at (212) 210-NEWS or email us at news@nydailynews.com. This is your paper, and we are committed to covering the issues that matter to you. Here are some of our top stories from

**Text from the New York Daily News:**

— and your voice.

Do you have a story you think we should tell? Call us at (212) 210-NEWS or email us at news@nydailynews.com. This is your paper, and we are committed to covering the issues that matter to you. Here are some of our top stories from

EXAMPLE 7: TRUMP EXPECTED TO SEND NEW FEDERAL FORCE TO CHICAGO THIS WEEK TO BATTLE VIOLENCE, BUT PLAN'S FULL SCOPE IS A QUESTION MARK

https://www.chicagotribune.com/2020/07/20/trump-expected-to-send-new-federal-force-to-chicago-this-week-to-battle-violence-but-plans-full-scope-is-a-question-mark/

**Prompt (taken from article):**
Chicago may see an influx of federal

**Model output:**

agents as soon as this week as President Donald Trump readies to make good on repeated pledges he would try to tamp down violence here, a move that would come amid growing controversy nationally about federal force being used in American cities.

U.S. Department of Homeland Security, for example, is crafting plans to deploy about 150 federal agents to the city this week, the Chicago Tribune has learned.

The Homeland Security Investigations, or HSI, agents are set to assist other federal law enforcement and Chicago police in crime-fighting efforts, according to sources familiar with the matter, though a specific plan on what the agents will be doing had not been made

**Text from the Chicago Tribune:**

agents as soon as this week as President Donald Trump readies to make good on repeated pledges he would try to tamp down violence here, a move that would come amid growing controversy nationally about federal force being used in American cities.

U.S. Department of Homeland Security, for example, is crafting plans to deploy about 150 federal agents to the city this week, the Chicago Tribune has learned.  The Homeland Security Investigations, or HSI, agents are set to assist other federal law enforcement and Chicago police in crime-fighting efforts, according to sources familiar with the matter, though a specific plan on what the agents will be doing — and what their limits would be — had not been made

EXAMPLE 8: LORI LIGHTFOOT ELECTED CHICAGO MAYOR, MAKING HER THE FIRST
AFRICAN-AMERICAN WOMAN TO LEAD THE CITY

https://www.chicagotribune.com/2019/04/02/lori-lightfoot-elected-chicago-mayor-making-her-the-first-african-american-woman-to-lead-the-city/

| **Prompt (taken from article):** |
| Lori Lightfoot won a resounding victory Tuesday |

**Model output:**

night to become both the first African-American woman and openly gay person elected mayor of Chicago, dealing a stinging defeat to a political establishment that has reigned over City Hall for decades.

After waging a campaign focused on upending the vaunted Chicago political machine, Lightfoot dismantled one of its major cogs by dispatching Cook County Board President Toni Preckwinkle, whose decades-long career in politics had been boosted by an army of public employees and labor unions.

With roughly 97% of the city's precincts reporting, Lightfoot had swept all 50 of Chicago's wards, winning 74% of the unofficial vote to 26% for Preckwinkle, a 28-year officeholder who prior to her eight years as the county's chief executive served 19 years as a Hyde Park alderman.

Lightfoot will be sworn in as Chicago's 56th mayor on May 20 while Preckwinkle will return to her third term running the county after a humiliating defeat that included losing her own ward.

"I'm not a person who decided I would climb the ladder of a corrupt political system, and I'm not a person who made backroom deals to gain power," Lightfoot said to the thunderous applause of supporters at her victory party. "We can and we will break this city's cycle of corruption. People said this day would never come. But it's here."

In her concession speech, Preckwinkle congratulated Lightfoot on her victory. "This may not be the outcome we wanted, but while I may be disappointed, I'm not disheartened," she said. "For one thing, this is clearly a historic night. Not long ago, two African-American women vying for this position would have been unthinkable. And while it may be true that we took different paths to get here, tonight is about the path

**Text from the Chicago Tribune:**

night to become both the first African-American woman and openly gay person elected mayor of Chicago, dealing a stinging defeat to a political establishment that has reigned over City Hall for decades. After waging a campaign focused on upending the vaunted Chicago political machine, Lightfoot dismantled one of its major cogs by dispatching Cook County Board President Toni Preckwinkle, whose candidacy had been hobbled in part by an anti-incumbent mood among voters and an ongoing federal corruption investigation at City Hall. Lightfoot's campaign, which started last May as a long-shot bid to replace the city's clouted politics with inclusive change, took the former federal prosecutor and first-time candidate from toiling in relative political obscurity to toppling the head of the Cook County Democratic Party. "Today, you did more than make history," Lightfoot told hundreds of supporters at the Hilton Chicago on Tuesday night. "You created a movement for change." With roughly 97 percent of the city's precincts reporting, Lightfoot had swept all 50 of Chicago's wards, winning 74 percent of the unofficial vote to 26 percent for Preckwinkle, a 28-year officeholder who prior to her eight years as the county's chief executive served 19 years as a Hyde Park alderman. Lightfoot will be sworn in as Chicago's 56th mayor on May 20 while Preckwinkle will return to her third term running the county after a humiliating defeat that included losing her own 4th Ward by 20 points. Results updated as of Apr. 3, 3:48 PM. 2029 of 2069 precincts reporting Click here for complete results "This may not be the outcome we wanted, but while I may be disappointed, I'm not disheartened," Preckwinkle told supporters at a Hyde Park nightclub. "For one thing, this is clearly a historic night. Not long ago, two African- American women vying for this position would have been unthinkable. And while it may be true we took different paths to get here, tonight is about the path

EXAMPLE 9: FINDING HOPE AFTER TRAGEDY: WIFE'S STROKE LEFT DAD WITH NEWBORN TRIPLETS A YEAR AGO

https://www.chicagotribune.com/2019/06/12/finding-hope-after-tragedy-wifes-stroke-left-dad-with-newborn-triplets-a-year-ago/

> **Prompt (taken from article):**
> Charlie Whitmer's red-headed, blue-eyed triplets giggle and crawl

**Model output:**

as they explore their West Town home. One stands up against a large front window, hands pressed to the glass, looking out on the street below.

There's no shortage of people to help Charlie — a stay-at-home dad — with the awesome and inherently chaotic responsibility of caring for three babies. His house is often filled with

**Text from the Chicago Tribune:**

as they explore their West Town home. One stands up against a large front window, hands pressed to the glass, looking out to the street below.  There's no shortage of people to help Charlie — a stay-at-home dad — with the awesome and inherently chaotic responsibility of caring for three babies. His house is often filled with

EXAMPLE 10: 'FORT LORI': CHICAGO POLICE BAN PROTESTS ON MAYOR LORI LIGHTFOOT'S BLOCK, ORDER ARRESTS FOR ANYONE WHO WON'T LEAVE

https://www.chicagotribune.com/2020/08/20/fort-lori-chicago-police-ban-protests-on-mayor-lori-lightfoots-block-order-arrests-for-anyone-who-wont-leave/

---

**Prompt (taken from article):**
The Chicago Police Department has effectively banned protesters from demonstrating on Mayor

---

**Model output:**
Lori Lightfoot's block in the Logan Square neighborhood, ordering officers to arrest anyone who refuses to leave, the Tribune has learned.
The directive surfaced in a July email from then-District Commander Melvin Roman to officers under his command. It did not distinguish between the peaceful protestors Lightfoot regularly says she supports and those who might intend to be destructive, but ordered that after a warning is given to demonstrators,

**Text from the Chicago Tribune:**
Lori Lightfoot's block in the Logan Square neighborhood, ordering officers to arrest anyone who refuses to leave, the Tribune has learned. The directive surfaced in a July email from then-Shakespeare District Commander Melvin Roman to officers under his command. It did not distinguish between the peaceful protesters Lightfoot regularly says she supports and those who might intend to be destructive, but ordered that after a warning is given to demonstrators,

EXAMPLE 11: SOUTH SUBURBAN MAYOR CHARGED IN RED-LIGHT CAMERA BRIBERY SCHEME

https://www.chicagotribune.com/2020/08/07/south-suburban-mayor-charged-in-red-light-camera-bribery-scheme/

**Prompt (taken from article):**

When red-light cameras came to Crestwood in 2016, the village quickly became the top-ticketing Chicago suburb, issuing more than $6 million in fines a year. Now four years later, its mayor has been indicted on federal charges that he accepted bribes to promote the cameras, the latest development in a wide- ranging political corruption probe. According to federal prosecutors, Lou Presta was caught on a March 2018 recording accepting an envelope with $5,000 cash from a representative of the red-light camera firm, and then lied to the FBI and IRS when asked about it that September. Presta, 69, is

**Model output:**

charged with three counts of using a facility in interstate commerce in aid of bribery and official misconduct, two counts of willfully filing a false income tax return, one count of willfully failing to file an income tax return, and one count of making false statements to the FBI and IRS.

**Text from the Chicago Tribune:**

charged with three counts of using a facility in interstate commerce in aid of bribery and official misconduct, two counts of willfully filing a false income tax return, one count of willfully failing to file an income tax return and one count of making false statements to the FBI and IRS.

EXAMPLE 12: MAYOR LORI LIGHTFOOT FIRES CHICAGO'S POLICE SUPERINTENDENT WEEKS BEFORE HIS RETIREMENT: 'EDDIE JOHNSON INTENTIONALLY LIED TO ME'

https://www.chicagotribune.com/2019/12/03/mayor-lori-lightfoot-fires-chicagos-police-superintendent-weeks-before-his-retirement-eddie-johnson-intentionally-lied-to-me/

**Prompt (taken from article):**

Mayor Lori Lightfoot fired police Superintendent Eddie Johnson effective immediately Monday for intentionally misleading her and the public about his conduct when he was found asleep in his running vehicle at a stop sign after a late weeknight out in October. "This moment needs to be a turning point for the Chicago Police Department and the way things are done in this city," said Lightfoot, emphasizing that a "culture change" must take place. The stunning announcement came just weeks after Lightfoot held what she referred to Monday as "a celebratory press conference" to announce Johnson's retirement by year's end after about 31/2 years at the helm. Former Los Angeles police Chief Charlie Beck, previously named Johnson's interim successor, took control of the beleaguered department after flying into Chicago on Monday afternoon. He and the mayor separately met with the department's top brass. Sources told the Chicago Tribune that the city

**Model output:**

's inspector general's office, which has been investigating the October incident, obtained video footage showing Johnson drinking for a few hours on the evening of Oct. 16 with a woman who was not his wife at the Ceres Cafe, a popular restaurant and bar at the Chicago Board of Trade building.

Lightfoot declined to go into specifics about the inspector general's ongoing investigation but said it revealed actions by Johnson that are "intolerable." She said Johnson "engaged in conduct that is not only unbecoming, but demonstrated a series of ethical lapses and flawed decision-making

**Text from the Chicago Tribune:**

inspector general's office, which has been investigating the October incident, obtained video footage showing Johnson drinking for a few hours on the evening of Oct. 16 with a woman who was not his wife at the Ceres Cafe, a popular restaurant and bar at the Chicago Board of Trade building.

Later that night, when officers responded to a 911 call near Johnson's home in the Bridgeport neighborhood about 12:30 a.m. Oct. 17, Johnson rolled down the window on his police vehicle partway, flashed his superintendent's badge and drove off, sources said. A Ceres employee who identified himself as a general manager declined to comment Monday. On Monday, Lightfoot told reporters she had reviewed the inspector general's report into the incident as well as videotaped evidence that left her with no choice but to fire Johnson. "I saw things that were inconsistent with what Mr. Johnson had told me personally and what he revealed to members of the public," she said. With the inspector general's report still not public, Lightfoot declined to be more specific about what the videotaped evidence showed but hinted that it would be hurtful to Johnson's family. "While at some point the IG's report may become public and those details may be revealed, I don't feel like it's appropriate or fair to Mr. Johnson's wife or children to do so at this time," she said. Sources said Lightfoot moved to fire Johnson before the superintendent had even been interviewed by the inspector general's office as part of its investigation. The mayor said she personally delivered the news Monday morning to Johnson, the fourth of the last six superintendents to be fired or resign amid scandal. She gave three reasons for dumping him: — That he "engaged in conduct that is not only unbecoming but demonstrated a series of ethical lapses and flawed decision-making

EXAMPLE 13: FLOOD INSURANCE REFORMS LOOM

http://www.orlandosentinel.com/classified/realestate/os-bz-flood-insurance-20170724-story.html

---

**Prompt (taken from article):**
  Florida wades deeper into hurricane season

---

**Model output:**
as the debate heightens over what to do with the deeply indebted National Flood Insurance Program and its coverage of properties prone to repeated flooding.
The Sunshine

**Text from the Orlando Sentinel:**
as the debate heightens over what to do with the deeply indebted National Flood Insurance Program and its coverage of properties prone to repeated flooding.
The Sunshine

EXAMPLE 14: FLORIDA FATHER KILLED IN ONLINE-DATING SETUP

https://www.orlandosentinel.com/news/breaking-news/os-murder-robbery-online-dating-20160822-story.html

---

**Prompt (taken from article):**
The night before police found Adam Hilarie

---

**Model output:**

dead in his kitchen, the 27-year-old Central Florida father went bowling with a woman he met through the online dating site PlentyOfFish, Auburndale police said Monday.

They went back to his place, and she texted him later: "I had a good time and would like to see you again." She saw him the following night, when on Friday she brought three men to rob Hilarie of TVs, an Xbox and an iPhone, and one of them shot him in the head, Deputy Chief Andy Ray said at a news conference.

"In cases like this, it's easy for us to put ourselves in the shoes of the victim," Ray said. "We see this person who was obviously murdered in cold blood and it's easy to feel for his family."

Investigators got a break in the case after a witness reported seeing Hilarie with a young woman Thursday night, and Winter Haven police picked up Bustos in a separate burglary over the weekend. After her arrest, Bustos told police that Hilarie had been shot, officials said.

Andre Warner, 26, Gary Gray, 31, and Joshua Ellington, 26, were also arrested on charges of conspiracy to commit robbery, robbery with a firearm and first-degree murder, the news release said.

During the robbery, one of the men allegedly shot Hilarie in the head. "Hilarie was begging for his life, he was not putting up any kind of fight, and was telling them that he had a 5-year-old

**Text from the Orlando Sentinel:**

dead in his kitchen, the 27-year-old Central Florida father went bowling with a woman he met through the online dating site PlentyOfFish, Auburndale police said Monday.

They went back to his place, and she texted him later: I had a good time and would like to see you again.

She saw him the next night, when on Friday she brought three men to rob Hilarie of TVs, an Xbox and an iPhone, and one of them shot him in the head, Deputy Chief Andy Ray said at a news conference.

"In cases like this, it's easy for us to put ourselves in the shoes of the family," Ray said, as he detailed the arrest of four people in connection with the killing — including 18-year-old Hailey Bustos, who went on the date with him.

Andre Warner, 26, Gary Gray, 31, and Joshua Ellington, 26, were also also arrested on charges of conspiracy to commit robbery, robbery with a firearm and first-degree murder. Ray said he didn't know how the robbery escalated.

"Hilarie was begging for his life, he was not putting up any kind of fight, and was telling them that he had a 5-year-old daughter," according to arrest reports.

Social media photos show Hilarie suited up in boxing gloves and a robe. He posted multiple photos of his daughter on his Facebook page, calling her "Princess." Friends and family set up a fundraiser to help pay for funeral expenses.

"Each and every one of you know he was fun to be around," Hilarie's brother said at a vigil held for him, which was videotaped and posted on Facebook. "No matter what we did, we always had a good time and he always had that smile. This isn't easy."

Investigators got a break in the case after a witness reported seeing Hilarie with a young woman Thursday night, and Winter Haven police picked up Bustos in a separate burglary over the weekend.

EXAMPLE 15: PRIVATE SCHOOLS' CURRICULUM DOWNPLAYS SLAVERY, SAYS HUMANS AND DINOSAURS LIVED TOGETHER

https://www.orlandosentinel.com/news/education/os-voucher-school-curriculum-20180503-story.html

---

**Prompt (taken from article):**

Some private schools in Florida that rely on public funding teach students that dinosaurs and humans lived together, that God's intervention prevented Catholics from dominating North America and that slaves who "knew Christ" were better off than free men who did not.

The lessons taught at these schools come from three Christian publishing companies whose textbooks are popular on many of about 2,000 campuses that accept, and often depend on, nearly $1 billion in state scholarships, or vouchers.

At the Orlando Sentinel's request, educators from Florida colleges

---

**Model output:**

and school districts reviewed textbooks and workbooks from these publishers, looking at elementary reading and math, middle school social studies and high school biology materials. They found numerous instances of distorted history and science lessons that are outside mainstream academics. The books denounce evolution as untrue, for example, and one shows a cartoon of men and dinosaurs together, telling students the Biblical Noah likely brought baby dinosaurs onto his ark. The science books, they added, seem to discourage students from

**Text from the Orlando Sentinel:**

and school districts reviewed textbooks and workbooks from these publishers, looking at elementary reading and math, middle school social studies and high school biology materials.

They found numerous instances of distorted history and science lessons that are outside mainstream academics. The books denounce evolution as untrue, for example, and one shows a cartoon of men and dinosaurs together, telling students the Biblical Noah likely brought baby dinosaurs onto his ark. The science books, they added, seem to discourage students from

EXAMPLE 16: LOCKHEED MARTIN GIVES FIRST LOOK INTO WHERE ASTRONAUTS MAY LIVE ON MISSIONS TO DEEP SPACE

http://www.orlandosentinel.com/business/os-lockheed-space-habitat-20180815-story.html

---

**Prompt (taken from article):**
    KENNEDY SPACE CENTER — A massive cylindrical habitat may one day house up to four astronauts as they make the trek to

---

**Model output:**
deep space. Lockheed Martin gave a first look at what one of these habitats might look like on Thursday at the Kennedy Space Center, where the company is under contract with NASA to build a prototype of the living

**Text from the Orlando Sentinel:**
deep space.

Lockheed Martin gave a first look at what one of these habitats might look like Thursday at the Kennedy Space Center, where the aerospace giant is under contract with NASA to build a prototype of the living

Example 17: Kayla, the orca at SeaWorld Orlando, died from lung disease

https://www.orlandosentinel.com/business/tourism/os-cfb-seaworld-kayla-cuse-20190520-jzrjtc7dargjtnx7gp3okrl3nu-story.html

**Prompt (taken from article):**
Kayla, the 30-year-old killer whale at SeaWorld Orlando that unexpectedly died

**Model output:**
in January, succumbed to lung disease, the theme park company said Monday.
SeaWorld released the cause of death following an investigation into what had suddenly killed the orca. She had seemed healthy until over the weekend of January 26 when her appetite began to decrease. Despite receiving round-the-clock care from animal health experts, Kayla died on January 28.
"Kayla died of lung disease, which presented very quickly in her case," SeaWorld said in a statement. "Despite her care team's efforts, her condition progressed rapidly and she passed away."
The company said that lung disease is a common cause of illness and death

**Text from the Orlando Sentinel:**
in January, fell victim to lung disease, the theme park company said Monday.
SeaWorld released the cause of death following an investigation into what had suddenly killed the orca. She had seemed healthy until over the course of one weekend when her condition worsened. Veterinarians who gave round-the-clock care couldn't save her.
"We determined Kayla died of lung disease, which presented very quickly in her case," said Dr. Chris Dold, SeaWorld's Chief Zoological Officer in a statement Monday. "Lung disease is a common cause of illness and death seen in marine mammals in the wild, in human care and in those we rescue. It remains the leading cause of death for dolphins and whales throughout the world."
Her death leaves SeaWorld Orlando park with five other orcas.
Kayla was born into captivity.
"As with all animals in our care, we will try to learn from Kayla's death," Dold said in a statement

EXAMPLE 18: A DISNEY WORLD TOURIST DIDN'T HAVE A FASTPASS TO TOWER OF TERROR, SO SHE PUNCHED AN EMPLOYEE AND STARTED PRESSING BUTTONS

https://www.orlandosentinel.com/business/tourism/os-bz-disney-tourist-terror-20190722-bf3kpc65ezhftixb4pbyzq5hem-story.html

**Prompt (taken from article):**
A Chicago tourist who was angry she didn't have a FastPass to Tower of

**Model output:**

Terror punched a Disney World cast member in the face and began pushing buttons, which the employee warned could have affected the ride, according to a sheriff's report.

The 23-year-old woman wasn't charged; the Disney worker didn't want to press charges, said the Orange County Sheriff's Office report.

The incident began July 13 when the Chicago woman and her group were upset their FastPasses weren't valid for the popular ride at Hollywood Studios, the sheriff's report said.

A 23-year-old Disney worker offered to help them with the FastPasses, but

**Text from the Orlando Sentinel:**

Terror ended up punching a Disney World cast member in the face and began pushing buttons, which the employee warned could have affected the ride, according to a sheriff's report.

The 23-year-old woman wasn't charged; the Disney worker didn't want to press charges, said the Orange County Sheriff's Office report.

The attack began in the evening of July 13 when the Chicago woman and her group were upset their FastPasses weren't valid for the popular ride at Tower of Terror that often draws a long wait at Hollywood Studios.

The incident did not happen in the elevator shaft portion of the ride but in the pre-show area where visitors are ushered into the creepy library to watch "The Twilight Zone" host Rod Serling's introduction.

A 23-year-old Disney worker offered to help them with the FastPasses, but the group only became more angry.

On her podium phone, the worker called for a supervisor to request security.

That's when the Chicago woman "began pushing buttons on her ride podium," the report said.

The Disney worker asked the Chicago woman to stop and when she was ignored, she pushed the tourist's hand away from the buttons. She got a punch in the face, the report said.

The scene kept escalating.

"The family continued to yell profanities and record her with their phones," the report said.

The woman and her group left Tower of Terror as the worker spoke with security. But they were soon found by security.

When the sheriff's office responded to the call, the worker's eye was swelling, although she declined treatment.

Disney has issued a lifetime ban on the Chicago woman.

"We don't tolerate unsafe behavior," a Disney spokeswoman said when reached for comment.

A man answered and said it was the wrong number when the Sentinel attempted to reach the Chicago woman through a phone number listed in the sheriff's report

EXAMPLE 19: SCHOOLS' CULTURE OF TOLERANCE LETS STUDENTS LIKE NIKOLAS CRUZ SLIDE

https://www.sun-sentinel.com/local/broward/parkland/florida-school-shooting/fl-florida-school-shooting-discipline-20180510-story.html

---

**Prompt (taken from article):**
Broward Schools have grown so tolerant of

---

**Model output:**
misbehavior that students like Nikolas Cruz are able to slide by for years without strict punishment for conduct that could be criminal.   The culture of leniency allows children to engage in an endless loop of violations and second chances, creating a system where kids who commit the same offense for the 10th time may be treated like it's the first, according to records and interviews with

**Text from the Sun Sentinel:**
misbehavior that students like Nikolas Cruz are able to slide by for years without strict punishment for conduct that could be criminal.

The culture of leniency allows children to engage in an endless loop of violations and second chances, creating a system where kids who commit the same offense for the 10th time may be treated like it's the first, according to records and interviews with

EXAMPLE 20: UNPREPARED AND OVERWHELMED: DETAILED TIMELINE SHOWS 58 MINUTES OF CHAOS IN PARKLAND | INVESTIGATION

http://www.sun-sentinel.com/local/broward/parkland/florida-school-shooting/fl-sfl-ne-parkland-school-shooting-critical-moments-20181227-story.html

---

**Prompt (taken from article):**
Failures by the Broward County Sheriff's Office and school district cost children their

---

**Model output:**

lives at Marjory Stoneman Douglas High School.
A gunman with an AR-15 fired the bullets, but a series of blunders, bad policies, sketchy training,and poor leadership helped him succeed. Information reported over 10 months by the South Florida Sun Sentinel reveals 58 minutes of chaos on campus marked by no one taking charge, deputies dawdling, false information spreading, communications paralyzed and children stranded with nowhere to hide.
To be sure, a number of teachers and police officers performed heroically. But an examination of the day's events reveals that the sheriff's office and school district were unprepared for the

**Text from the Sun Sentinel:**

lives at Marjory Stoneman Douglas High School.
A gunman with an AR-15 fired t he b ullets, but a series of blunders, bad policies, sketchy training and poor leadership helped him succeed. Information reported over 10 months by the South Florida Sun Sentinel reveals 58 minutes of chaos on campus marked by no one taking charge, deputies dawdling, false information spreading, communications paralyzed and children stranded with nowhere to hide.
To be sure, a number of teachers and police officers performed heroically. But an examination of the day's events reveals that the sheriff's office and school district were unprepared for the

Example 21: GEO Group closes $360 million acquisition of Community Education Centers

http://www.sun-sentinel.com/business/fl-bz-geo-360m-nj-acquisition-close-20170406-story.html

---

**Prompt (taken from article):**
  GEO Group Inc. announced the closing

---

**Model output:**
of its $360 million acquisition of Community Education Centers  (CEC), a national provider of rehabilitative services in reentry and in-prison treatment facilities as well as management services for county, state, and federal correctional and detention facilities.

**Text from the Sun Sentinel:**
of its $360 million acquisition of Community Education Centers, a national provider of rehabilitative services in reentry and in-prison treatment facilities as well as management services for county, state, and federal correctional and detention facilities.

EXAMPLE 22: NORWEGIAN AIR HIRING U.S. PILOTS FOR FORT LAUDERDALE BASE

https://www.sun-sentinel.com/business/fl-norwegian-air-hires-us-pilots-20161010-story.html

---

**Prompt (taken from article):**
To shore up growth in the United States in coming years, Norwegian Air Shuttle announced Monday it is recruiting

---

**Model output:**
and hiring American pilots for its crew base at Fort Lauderdale-Hollywood International Airport

**Text from the Sun Sentinel:**
and hiring American pilots for its crew base at Fort Lauderdale-Hollywood International Airport

EXAMPLE 23: FORMER DOCTOR PLEADS GUILTY TO MANSLAUGHTER IN 2013 OVERDOSE DEATHS

https://www.sun-sentinel.com/local/palm-beach/fl-former-doctor-plea-20160908-story.html

---

**Prompt (taken from article):**

A former pain doctor facing manslaughter charges over the 2013 overdose deaths of two Palm Beach County patients reached a plea deal Thursday.

John Christensen — who had offices in West Palm

---

**Model output:**

Beach, Port St. Lucie and Daytona Beach — pleaded guilty to two counts of manslaughter and one count of conspiracy to commit health care fraud.

**Text from the Sun Sentinel:**

Beach, Port St. Lucie and Daytona Beach — pleaded guilty to two counts of manslaughter and one count of conspiracy to traffic oxycodone. He faces up to five years in prison, under the terms of the plea, according to the State Attorney's Office. Christensen also agreed to never practice medicine again.

His sentencing is scheduled for Dec. 6.

Christensen, 64, initially faced first-degree murder charges before they were changed to manslaughter. The trial was set to begin Oct. 25, but that changed with the agreement reached Thursday.

The charges involved the deaths of West Palm Beach residents Florence Faye Garrett, 47, on Sept. 26, 2007, and Pawel Staniszewski, 31, on Aug. 7, 2008. Christensen had been prescribing Garrett oxycodone as well as an anti-anxiety drug and he was prescribing methadone and Xanax to Staniszewski, according to prosecutors.

The prosecution had argued in court filings that Christensen overprescribed pills in "bad faith and without medical necessity."

According to the investigation, Christensen wrote prescriptions for high doses of pain medicines without examining patients and ignored "serious drug-addict warning signs."

The defense had argued that Garrett died with multiple drugs in her body, most of which were not prescribed by Christensen. His attorney, Richard Lubin, also had argued that Christensen wasn't to blame for Staniszewski's death, saying there wasn't proof that Christensen wrote the prescriptions during the time prosecutors specified.

Rubin also questioned the legality of the warrants used to seize evidence from Christensen's home, offices and car.

In addition to this case, Christensen on Aug. 18 pleaded guilty to a federal charge of conspiracy to commit health care fraud.

EXAMPLE 24: VIDEO DELAYS MISLED COPS AT STONEMAN DOUGLAS SHOOTING

https://www.sun-sentinel.com/local/broward/parkland/florida-school-shooting/fl-florida-school-shooting-response-20180221-story.html

| **Prompt (taken from article):** |
| --- |
| Nearly a half-hour after Nikolas Cruz dropped his rifle and fled |

| **Model output:** | **Text from the Sun Sentinel:** |
| --- | --- |
| Marjory Stoneman Douglas High School, police thought they were seeing him live on security cameras, still in the building. They were actually | Marjory Stoneman Douglas High School, police thought they were seeing him live on security cameras, still in the building. They were actually |

27

EXAMPLE 25: HE THOUGHT HE SNAGGED A VILLA FOR $9,100. HE GOT A FOOT-WIDE STRIP OF LAND.

https://www.sun-sentinel.com/local/broward/fl-ne-tax-auction-leaves-buyer-hurting-20190615-d573l2aw7nbk7hgf4y2d36qcoy-story.html

---

**Prompt (taken from article):**
Kerville Holness thought he'd done a great job snapping up a $177,000 Tamarac villa for only $9,100. But that's not what he actually bought during a Broward

---

**Model output:**

County online auction of properties that had de-faulted on their taxes. Instead, Holness ended up with a 1-foot-wide, 100-foot-long strip of land on Northwest 100th Way — valued at $50.

The strip starts at the curb where two mailboxes have been installed, goes under a wall separating the garages of two adjoining villies, and extends out to the back of the lot.

"It's deception," said Holness, a first-time auction participant from Tamarac who thought he'd just made a savvy investment. "There was no demarca-tion to show you it's just a line going through [the villa duplex], even after you've done your research." Broward officials say the information was there, and it was accurate. The appraiser's site and informa-tion on the county's tax site show the negligible value of the property, that there is no building value, that the land takes up only 100 square feet and that the property is one-foot

**Text from the Sun Sentinel:**

online auction of properties that had defaulted on their taxes.

He got a 1-foot-wide, 100-foot-long strip of land on Northwest 100th Way — valued at $50.

It starts at the curb where two mailboxes have been installed, goes under the wall separating the garages of two adjoining Spring Lake villas, then extends out to the back of the lot.

And officials say he's stuck with the deal.

So what can Holness do now? Make the people living there get their mailboxes off his grass? Remove the water meters that are in his ground? Maybe try to charge rent to both villas for the joint wall and roof that sit on his land?

"If I'm vindictive enough, I can cut right through the garage wall and the home to get to my air space, but what use would that be to me?" Holness said.

What he wants is for the county to void the deal and give him his money back.

"It's deception," said Holness, a first-time auction bidder from Tamarac. "There was no demarcation to show you it's just a line going through [the villa duplex], even though they have the tools to show that."

Holness said that property appraiser pictures linked to the auction site showed the villa as being the parcel he was bidding on.

But the appraiser's site and information on the county's tax site also show the negligible value of the property, that there is no building value, that the land takes up only 100 square feet and that the property is one-foot

EXAMPLE 26: WHAT'S HAPPENING SPORTS BRIEFS FOR JULY 5

https://www.mercurynews.com/2019/07/03/whats-happening-sports-briefs-for-july-5/

> **Prompt (taken from article):**
>    To submit an item to the What's Happening calendar, email ccnsports@bayareanewsgroup.com to request a form. Put "What's Happening" in the

**Model output:**
subject line. Nonprofit organizations only. You might be asked to submit a copy of your 1099 or 501(c) 3 to verify nonprofit status. Entries are edited for content and are published as space is

**Text from the Mercury News:**
subject line. Nonprofit organizations only. You might be asked to submit a copy of your 1099 or 501(c) 3 to verify nonprofit status. Entries are edited for content and are published as space is

EXAMPLE 27: MALICIOUS APPS INFECT 25 MILLION ANDROID DEVICES WITH "AGENT SMITH" MALWARE

https://www.mercurynews.com/2019/07/10/malicious-apps-infect-25-million-android-devices-with-agent-smith-malware/

**Prompt (taken from article):**
Malicious apps from a campaign called "Agent Smith"

**Model output:**
have been downloaded to 25 million Android devices, according to new research by cyber-security firm Check Point.
The apps, most of them games, were distributed through third-party app stores by a Chinese group with a legitimate business helping Chinese

**Text from the Mercury News:**
have been downloaded to 25 million Android devices, according to new research by cyber-security firm Check Point. The apps, most of them games, were distributed through third-party app stores by a Chinese group with a legitimate business helping Chinese

EXAMPLE 28: UBER SHOWS A BIG RISE IN GOVERNMENT REQUESTS FOR RIDER INFORMATION

https://www.mercurynews.com/2019/11/20/uber-says-its-had-a-big-rise-in-government-requests-for-rider-information/

---
**Prompt (taken from article):**
    Uber said on Wednesday the
---

**Model output:**

number of requests for data on its riders from government officials in the United States and Canada rose sharply last year due, in part, to a "rising interest" in information on the ride-hailing company's users.

In its latest transparency report, Uber said the number of requests from U.S. regulators climbed

**Text from the Mercury News:**

number of requests for data on its riders from government officials in the United States and Canada rose sharply last year due, in part, to a "rising interest" in information on the ride-hailing company's users.  In its latest transparency report, Uber said the number of requests from U.S. regulators climbed

EXAMPLE 29: FEDERAL JUDGE ASKS PG&amp;E: SHOULD I 'LET YOU KEEP KILLING PEOPLE?' RULES
UTILITY VIOLATED ITS FELONY PROBATION

https://www.mercurynews.com/2019/01/30/federal-judge-to-decide-whether-to-toughen-pges-probation-terms-today/

| **Prompt (taken from article):** |
|---|
| SAN FRANCISCO — A day after PG&E filed for bankruptcy protection from what |

**Model output:**

could be multi-billion dollar wildfire liability costs, a federal judge Wednesday declared the beleaguered utility in violation of its probation for the 2010 San Bruno gas pipeline

**Text from the Mercury News:**

could be multi-billion dollar wildfire liability costs, a federal judge Wednesday declared the beleaguered utility in violation of its probation for the 2010 San Bruno gas pipeline

EXAMPLE 30: TV THIS WEEK: STEPH AND AYESHA CURRY HAVE NEW REALITY SHOWS

https://www.mercurynews.com/2019/06/16/tv-this-week-34/

---

**Prompt (taken from article):**

Chuck Barney's TV and streaming picks for June 16-22 DON'T MISS: "City on a Hill" — Kevin Bacon and Aldis Hodge lead the cast in this new drama series set in 1990s Boston. It follows ambitious

---

**Model output:**

District Attorney Decoury Ward (Hodge) who arrives from Brooklyn and forms an unlikely alliance with corrupt yet venerated FBI veteran Jackie Rohr (Bacon). Together, they take on a family of armored car robbers from Charlestown in a case that grows to involve, and ultimately subvert, the entire criminal justice system

**Text from the Mercury News:**

Assistant District Attorney Decoury Ward (Hodge), who arrives from Brooklyn and forms an unlikely alliance with corrupt FBI veteran Jackie Rohr (Bacon). Together, they take on a family of armored car robbers from Charlestown in a case that grows to involve, and ultimately subvert, the city's entire criminal justice system

EXAMPLE 31: OAKLAND REQUIRES LANDLORDS TO RETROFIT 'SOFT-STORY' BUILDINGS

https://www.mercurynews.com/2019/01/02/oakland-requires-landlords-to-retrofit-soft-story-buildings/

---

**Prompt (taken from article):**

Clickhere if you are unable to view this gallery on a mobile device.  OAKLAND — To prevent hundreds of multi-story, wood-frame apartment

---

**Model output:**

buildings from collapsing as they did in the 1989 Loma Prieta earthquake, Oakland is requiring seismic upgrades of all those at risk in the next big shaker.

There are 1,479 such "soft-story" apartment buildings in the city constructed before 1991 — when the building code changed — that stand two to seven stories tall and contain five or more apartments, according to a

**Text from the Mercury News:**

buildings from collapsing as they did in the 1989 Loma Prieta earthquake, Oakland is requiring seismic upgrades of all those at risk in the next big shaker.   There are 1,479 such "soft-story" apartment buildings in the city constructed before 1991 — when the building code changed — that stand two to seven stories tall and contain five or more apartments, according to a

EXAMPLE 32: TV THIS WEEK: 'STAR TREK: PICARD' TAKES FLIGHT

https://www.mercurynews.com/2020/01/19/tv-this-week-star-trek-picard-takes-flight/

---

**Prompt (taken from article):**

Chuck Barney's TV and streaming picks for Jan. 19-25 DON'T MISS: "Star Trek: Picard" — Patrick Stewart reprises his iconic role as Jean-Luc Picard, the character he played for seven seasons on "Star Trek: The Next Generation." In this latest chapter of the "Trek" franchise, it's the end of the 24th century and, 14 years after his retirement from Starfleet, Picard is living a quiet life on his vineyard in France. But when he is sought out by a

---

**Model output:**

mysterious young woman, Dahj (Isa Briones), in need of his help, he soon realizes she may have personal connections to his own past. The series also stars Alison Pill, Michelle Hurd, Evan Evagora, Isa Briones, Santiago Cabrera, and Harry Treadaway. (Thursday, CBS All Access)

Other bets:

SUNDAY: "Avenue 5" is a new comedy series set 40 years in the future when traveling the solar system is no longer the stuff of sci-fi fantasy, but a booming, multibillion-dollar business. Hugh Laurie stars as the captain of a luxury space cruise ship that encounters technical difficulties. (10 p.m.,

**Text from the Mercury News:**

mysterious young woman, Dahj (Isa Briones), in need of his help, he soon realizes she may have personal connections to his own past. (Thursday, CBS All Access). Other bets: SUNDAY: Rob Lowe headlines "9-1-1: Lone Star," a spin-off of the turbocharged hit, "9-1-1." He plays Owen Strand, a New York City firefighter who takes on the daunting task of rebuilding a station in Austin, TX. that has been devastated by tragedy. (7 p.m. PT; 10 p.m. ET, Fox). SUNDAY: From "Veep" creator Armando Iannucci, "Avenue 5" is a new comedy set 40 years in the future when traveling the solar system is no longer the stuff of sci-fi fantasy, but a booming, multibillion-dollar business. Hugh Laurie plays the captain of a luxury cruise ship that encounters technical difficulties. (10 p.m.,

EXAMPLE 33: WITH PETE DEBOER LOSING PATIENCE, SHARKS GOALIE TRIES TO RESET SEASON

https://www.mercurynews.com/2019/11/12/with-pete-deboer-losing-faith-aaron-dell-hits-reset-button/

---

**Prompt (taken from article):**

SAN JOSE — Sharks coach Pete DeBoer entered this season with the hope that he could start Aaron Dell in net on a more consistent basis. With the way Dell has struggled in recent appearances, that initial plan has gone by the wayside. Martin Jones will make his fourth consecutive start and his sixth in seven games Tuesday when the Sharks host the Edmonton Oilers to close out a six-game homestand. Jones backstopped the Sharks to wins over Chicago, Minnesota and Nashville and is now 5-7-1 this year with a .3.31 goals against average and a .888 save percentage. Not necessarily sparkling numbers for Jones, but he has played better than Dell, who struggled mightily his last two appearances. Dell allowed four goals on 22 shots and was pulled after two periods in the Sharks' 5-2 loss to the Ottawa Senators on Oct. 27. On Nov. 2 against the Vancouver Canucks, Dell allowed five goals on 28 shots, including three in the first 20 minutes and 45 seconds. Dell, in the second year of a two-year, $3.8 million contract he signed in Feb.2018, is carrying a 2-3-0 record, a 3.83 goals against average and a .878 save percentage — fourth-worst among all goalies who have played at least five games. SEASON PASS DIGITAL OFFER If you

---

**Model output:**

have not already, we strongly encourage you to sign up for a digital subscription, which gives you access to all content on the Mercury News and East Bay Times websites. With your support, we can continue bringing these stories — and much more — to your screens. Here's where to sign up for the season pass: Mercury News, East Bay

**Text from the Mercury News:**

have not already, we strongly encourage you to sign up for a digital subscription, which gives you access to all content on the Mercury News and East Bay Times websites. With your support, we can continue bringing these stories — and much more — to your screens. Here's where to sign up for the season pass: Mercury News, East Bay

EXAMPLE 34: OAKLAND-SET 'BLINDSPOTTING' TO BECOME A TV SERIES

https://www.mercurynews.com/2020/09/10/oakland-set-blindspotting-to-become-a-tv-series/

---

**Prompt (taken from article):**

The cable network Starz on Thursday announced it has greenlit a series inspired by the 2018 Oakland-based feature film "Blindspotting." Daveed Diggs and Rafael Casal, who wrote, produced and starred in the critically acclaimed movie, will be involved with the half-hour dramedy. They'll both serve as writers and executive producers, and Casal will be the series showrunner, in addition to having a recurring role. The series will be produced for Starz by Lionsgate Television. ## Related Articles * 'Snowpiercer': Oakland's Daveed Diggs chats up sci-fi thriller * 'Blindspotting' is bold, fresh, exciting — it does Oakland proud The movie "Blindspotting," which had its world premiere at the 2018 Sundance Film Festival, explores racism, police violence and gentrification as viewed through the eyes of an ex-con on parole (Diggs) and his best friend (Casal). The show will center on Ashley, played by Emmy nominee Jasmine Cephas Jones, who will reprise her role from the film. Ashley was nipping

---

**Model output:**

at the heels of a middle-class life in Oakland until Miles (Casal), her partner of 12 years and the father of their son, is suddenly incarcerated, leaving her to navigate a chaotic and humorous existential crisis when she's forced to move in with Miles' mother and half-sister.

**Text from the Mercury News:**

at the heels of a middle class life in Oakland until Miles (Casal), her partner of 12 years and father of their son, is suddenly incarcerated, leaving her to navigate a chaotic and humorous existential crisis when she's forced to move in with Miles' mother and half-sister.

EXAMPLE 35: MEET THE NEW 'BATWOMAN' – SHE'S JAVICIA LESLIE

https://www.mercurynews.com/2020/07/08/meet-the-new-batwoman-shes-javicia-leslie/

---

**Prompt (taken from article):**

"Batwoman" will have a whole new look when the superhero drama series returns for its second season next winter on The CW. The network, along with Warner Bros. Television and Berlanti Productions, announced on Wednesday that Javicia Leslie will take on the iconic

---

**Model output:**

role, becoming the first Black actress to portray Batwoman in a live-action television series.

Leslie will portray a new character on the show named Ryan Wilder. She is described as likable, messy, a little goofy and untamed. She's also nothing like Kate Kane, the woman who wore the Batsuit before her, with no one in her life to keep her on track, Ryan spent years as a drug-runner, dodging the GCPD and masking her pain with bad habits. Today Ryan lives in her van with her plant. A girl who would steal milk for an alley cat and could also kill you with her bare hands, Ryan is the most dangerous type of fighter: highly skilled and wildly undisciplined. An out lesbian. Athletic. Raw. Passionate. Fallible. And very much not your stereotypical all-American hero.

"I am extremely proud to be the first Black actress to play the iconic role of Batwoman on television, and as a bisexual woman, I am honored to join this groundbreaking show which has been such a trailblazer for the LGBTQ+ community," Leslie said in a

**Text from the Mercury News:**

cape and cowl in the series. With her casting, Leslie becomes the first Black actress to portray Batwoman in a live-action television or film production. "I am extremely proud to be the first Black actress to play the iconic role of Batwoman on television, and as a bisexual woman, I am honored to join this groundbreaking show which has been such a trailblazer for the LGBTQ+ community," Leslie said in a statement. She also acknowledged her hiring in an Instagram post, writing: "For all of the little Black girls dreaming to be a superhero one day... it's possible!" Leslie takes over the series lead from Ruby Rose, who played Kate Kane and her superhero alter ego, Batwoman, in Season 1 of the series inspired by the DC Comics saga. Rose stunned fans when she announced her departure from the show in May. Leslie will play a new character named Ryan Wilder. She is described as "likable, messy, a little goofy and untamed." She's also nothing like Rose's Kate Kane, said The CW. With no one in her life to keep her on track, Ryan spent years as a drug-runner, dodging the GCPD and masking her pain with bad habits. These days, Ryan lives in her van with her plant. She's "a highly skilled and wildly undisciplined fighter — a girl who would steal milk for an alley cat and could also kill you with her bare hands

EXAMPLE 36: COLORADO PROPOSES RUNNING PUBLIC HEALTH CARE OPTION THROUGH PRIVATE INSURERS

https://www.denverpost.com/2019/10/07/colorado-public-insurance-option-draft/

| **Prompt (taken from article):**<br>When Colorado's public health insurance option rolls out on the individual market |
| --- |

**Model output:**

in a few years, the state won't be running the plans. Instead, the coverage will be administered by private insurance companies, which also will bear the brunt of the costs, according to

**Text from the Denver Post:**

in a few years, the state won't be running the plans offered to consumers. Instead, the coverage will be administered by private insurance companies, which also will bear the brunt of the costs, according to

EXAMPLE 37: SCIENTISTS DISCOVER IT'S "RAINING PLASTIC" FROM METRO DENVER TO HIGH IN ROCKY MOUNTAIN NATIONAL PARK

https://www.denverpost.com/2019/08/16/raining-plastic-colorado/

| **Prompt (taken from article):** |
| Scientists testing rainwater around metro Denver and high in the |

**Model output:**

Front Range mountains found microscopic bits of colored plastic in more than 90% of their samples, adding to growing evidence that plastics have contaminated the

**Text from the Denver Post:**

Front Range mountains found microscopic bits of colored plastic in more than 90% of their samples — adding to growing evidence that plastics have contaminated the

EXAMPLE 38: DENVER AREA SEES MORE SCHOOL SHOOTINGS BY POPULATION THAN NATION'S LARGEST
METRO AREAS, ANALYSIS SHOWS

https://www.denverpost.com/2019/05/12/denver-colorado-school-shootings/

---

**Prompt (taken from article):**
During a 6 a.m. news conference the day after Colorado's latest school

---

**Model output:**
shooting, District Attorney George Brauchler made
a point of declaring the tragedies that have rocked
the area in recent years

**Text from the Denver Post:**
shooting, District Attorney George Brauchler made
a point of declaring the tragedies that have rocked
the area in recent years

EXAMPLE 39: COLORADO SUED OVER LIMITS ON SIZE OF RELIGIOUS GATHERINGS DURING PANDEMIC

https://www.denverpost.com/2020/09/28/colorado-covid-religious-gatherings-limits-lawsuit/

---

**Prompt (taken from article):**
A legal organization representing Andrew Wommack Ministries sued Gov. Jared Polis on Monday in

---

**Model output:**
an effort to halt Colorado's COVID-19 public health orders that limit the size of religious and other gatherings ahead of a conference the ministry is planning to host.
The lawsuit, filed in U.S. District Court in Denver

**Text from the Denver Post:**
an effort to halt Colorado's COVID-19 public health orders that limit the size of religious and other gatherings ahead of a conference the Woodland Park ministry is holding next week. The lawsuit, filed in U.S. District Court in Denver

EXAMPLE 40: DENVER FIRST IN U.S. TO DECRIMINALIZE PSYCHEDELIC MUSHROOMS

https://www.denverpost.com/2019/05/08/denver-psychedelic-magic-mushroom/

---

**Prompt (taken from article):**

Denver is poised to become the first city in the nation to effectively decriminalize psychedelic mushrooms. After closing an early vote deficit Tuesday night and

---

**Model output:**

early Wednesday, final unofficial results posted late in the afternoon showed a reversal of fortune — with Initiative 301 set to pass narrowly with 50.6 percent of the vote. The total stands at 89,320 votes in favor and 87,341 against, a margin of 1,979.

The Denver Elections Division will continue accepting military and overseas ballots, but typically those numbers are small. Results will be certified May 16.

"It's been one hell of a 21 and a half hours," Initiative 301 campaign manager Kevin Matthews said. "If these results hold, this is an example of the absurd comedy of the great metaphor. Against all odds, we prevailed. This is what happens when a small team of dedicated and passionate people unite under a single idea to create

**Text from the Denver Post:**

early Wednesday, final unofficial results posted late in the afternoon showed a reversal of fortune — with Initiative 301 set to pass narrowly with 50.6 percent of the vote. The total stands at 89,320 votes in favor and 87,341 against, a margin of 1,979. The Denver Elections Division will continue accepting military and overseas ballots, but typically those numbers are small. Results will be certified May 16. "It's been one hell of a 21 and a half hours," Initiative 301 campaign manager Kevin Matthews said. "If these results hold, this is an example of the absurd comedy of the great metaphor. Against all odds, we prevailed. This is what happens when a small team of dedicated and passionate people unite under a single idea to create

EXAMPLE 41: COLORADO'S MARIJUANA BUSINESSES SHOULD BE ELIGIBLE FOR FEDERAL CORONAVIRUS AID, POLIS TELLS CONGRESS

https://www.denverpost.com/2020/04/14/colorado-marijuana-businesses-cares-act/

---

**Prompt (taken from article):**

   Colorado's cannabis industry is allowed to remain open to provide "critical" services during the coronavirus pandemic, but because marijuana is a federally controlled substance, dispensaries and other businesses are ineligible to receive stimulus funds to help offset the economic impacts caused by COVID-19. Many say they're struggling. Gov. Jared Polis, however, is hoping to lend a helping hand.

---

**Model output:**

Polis sent a letter to Rep. Jason Crow, D-Aurora, a member of the House Small Business Committee, on Tuesday urging the committee to reconsider allowing cannabis businesses to apply for federal

**Text from the Denver Post:**

On Monday, Polis sent a letter to Rep. Jason Crow, D-Aurora, a member of the House Small Business Committee, urging the committee to reconsider allowing cannabis businesses to apply for federal

EXAMPLE 42: COLORADO BECOMES FIRST STATE IN NATION TO CAP PRICE OF INSULIN

https://www.denverpost.com/2019/05/23/colorado-insulin-price-cap/

---

**Prompt (taken from article):**
   Diabetics in Colorado who use insulin to control their blood sugar levels won't

---

**Model output:**

pay more than $100 per month for the drug starting in January thanks to a bill signed into law by Gov. Jared Polis on Wednesday.

The law doesn't limit how much insulin companies can charge insurance companies, and it's expected those insurers will pay the difference. Rep. Dylan Roberts, D-Avon, told The Denver Post earlier this year that the projected cost to insurers is $1.2 million to $1.6 million per year. That's less than 1% of what the companies say they're paying for the drug now.

"Today, we will declare that the days of insulin price gouging are over in Colorado," Polis said in his office as he signed the bill, according to CBS Denver.

Insulin has been around for nearly a century, but the price that patients with Type 1 and Type 2 diabetes pay for the drug has doubled since 2012, according to the Healthcare Cost Institute. The cost of insulin can creep up toward $1,000 for those who have high-deductible health plans.

The sudden spike in insulin prices lead to congressional inquiry and public outrage. The new Colorado law is expected to provide some relief to those who have felt the financial strain of the price increase.

The law also requires the attorney general to investigate why drug manufacturers started rapidly raising the price of insulin in recent years, and

**Text from the Denver Post:**

pay more than $100 per month for the drug starting in January thanks to a bill signed into law by Gov. Jared Polis on Wednesday. "Today, we will declare that the days of insulin price gouging are over in Colorado," Polis said in his office as he signed the bill, according to CBS Denver. Insulin has been around for nearly a century, but the price that patients with Type 1 and Type 2 diabetes pay for the drug has doubled since 2012, according to the Healthcare Cost Institute. The cost of insulin can creep up toward $1,000 for those whose health care coverage requires significant cost-sharing. The sudden spike in insulin prices lead to congressional inquiries and public outrage, but Colorado is the first state to implement a cap on what its residents can be charged for the medication. The law doesn't limit what insulin manufacturers can charge insurance companies, and it's expected those insurers will pay the difference. Rep. Dylan Roberts, D-Avon, told The Denver Post earlier this year that the projections he saw showed the price of health care plans increasing by "a couple of cents, per person, per month." The new law also requires Attorney General Phil Weiser to investigate why drug manufacturers started rapidly raising the price of insulin in recent years, and

EXAMPLE 43: A PLOT OF LAND GIVEN TO DENVER URBAN GARDENS FOR $1 TO HOUSE A COMMUNITY GARDEN WILL BE SOLD TO DEVELOPERS FOR $1.2 MILLION

https://www.denverpost.com/2020/10/01/denver-urban-gardens-el-oasis-sale/

---

**Prompt (taken from article):**

Alan Olds is more accustomed to nurturing things

---

**Model output:**

than fighting them. As a former garden leader and member at El Oasis Community Garden for the last five years, he has helped dozens of Lower Highland residents find and cultivate plots at the roughly 22,000-square-foot green space at 1847 W. 35th

**Text from the Denver Post:**

than fighting them. As a former garden leader and member at El Oasis Community Garden for the last five years, he has helped dozens of Lower Highland residents find and cultivate plots at the roughly 22,000-square-foot green space at 1847 W. 35th

EXAMPLE 44: WHAT'S GOING ON WITH ALL THE DEAD BIRDS ACROSS COLORADO AND THE
SOUTHWEST?

https://www.denverpost.com/2020/09/24/dead-birds-colorado-new-mexico-migration/

---

**Prompt (taken from article):**

As wildfires roared from California to Colorado and a historic cold snap rushed through the Rocky Mountain region earlier this month, a strange thing started happening: Huge numbers of migratory birds began dropping dead. Normally, birds don't just die in plain sight. But the winged creatures are being found on bike paths and roads, hiking trails and driveways as if they plopped down from the sky. So what's going on? Researchers are scrambling to explain why hundreds

---

**Model output:**
of thousands, if not millions, of birds are suddenly being found dead across wide swaths of New Mexico, Colorado, Nebraska, Arizona and Texas in recent weeks — an event that could be one of region's largest bird die-offs in recent

**Text from the Denver Post:**
of thousands, if not millions, of birds are suddenly being found dead across wide swaths of New Mexico, Colorado, Nebraska, Arizona and Texas in recent weeks — an event that could be one of region's largest bird die-offs in recent

EXAMPLE 45: MANY DAILY CANNABIS USERS BELIEVE IT'S SAFE TO DRIVE UNDER THE INFLUENCE, CDOT STUDY SAYS

https://www.denverpost.com/2020/06/10/cannabis-driving-attitudes-cdot-survey/

---

**Prompt (taken from article):**

Many Coloradans who use cannabis daily believe it is safe to drive under the influence and say they would like to see empirical evidence that proves otherwise before changing their behavior. That's according to the results of a survey of 18,000 residents conducted by the Colorado Department of Transportation from 2017 to 2019. CDOT aimed to gauge the perception of driving under the influence of cannabis in hopes of building a campaign to reduce the number of traffic crashes and fatalities involving the substance. In 2018, 13.5% of drivers involved in fatal crashes tested positive for cannabis, according to the agency. In 2017, The Denver Post independently analyzed state

---

**Model output:**

and federal data and found that the number of drivers involved in fatal crashes in Colorado who tested positive for marijuana had risen sharply each year since 2013, more than doubling in that time.

**Text from the Denver Post:**

and federal data and found the number of drivers involved in fatal crashes in Colorado who tested positive for marijuana rose sharply each year since 2013, more than doubling in that time.

EXAMPLE 46: SUIT: TBN BOARD DIVERTED MILLIONS FROM 'CHARITABLE ASSETS'

https://www.ocregister.com/2012/02/09/suit-tbn-board-diverted-millions-from-charitable-assets/?share=email

**Prompt (taken from article):**
The granddaughter of Trinity Broadcasting Network's Paul

**Model output:**
and Jan Crouch has accused the world's largest Christian broadcaster of unlawfully distributing charitable assets worth more than $50 million to the company's directors. The charges are part of a lawsuit filed by Brittany Koper last week in Orange County Superior Court against her former lawyers, who also do legal work for TBN.

Koper had been the chief financial officer, director of finance, corporate treasurer and director of human resources for Trinity Christian Center of Santa Ana, which does business as

**Text from the Orange County Register:**
and Jan Crouch has accused the world's largest Christian broadcaster of unlawfully distributing charitable assets worth more than $50 million to the company's directors.

The charges are leveled in a federal lawsuit filed by Crouch granddaughter Brittany Koper (far left) last week against her former lawyers, who also do legal work for TBN.

"Observers have often wondered how the Crouches can afford multiple mansions on both coasts, a $50 million jet and chauffeurs," said Tymothy MacLeod, Koper's attorney. "And finally, with the CFO coming forward, we have answers to those questions."

Koper had served as chief financial officer, director of finance, corporate treasurer and director of human resources for Trinity Christian Center of Santa Ana, which does business as Trinity Broadcasting Network (TBN), according to the suit. Koper's complaint is not directed against her grandparents or TBN — but against the two attorneys who handle some TNB legal work, and who once worked for Koper herself. She accuses them of professional negligence, breach of fiduciary duty and other transgressions in the suit.

Koper was using these attorneys for her personal affairs, and she went to them with her suspicions over the legality of the payments to TBN's directors, only to be told to shut up, return everything she had earned through TBN to the company, and be gone, according to the suit.

Douglass S. Davert of Davert & Loe in Long Beach is one of the attorneys targeted in Koper's suit. "Her assertions are outright fiction and wholly without merit," he said. "The allegations are defamatory and to the extent they get printed we are going to defend ourselves vigorously."

Davert said he couldn't comment fully on pending litigation, but that there's a great deal more going on here. To wit:

Koper and her husband were actually the ones doing the misdeeds, according to a suit originally filed by Davert & Loe in Orange County Superior Court

EXAMPLE 47: SUIT ALLEGES TBN COVERED UP RAPE OF 13-YEAR-OLD

https://www.ocregister.com/2012/06/21/suit-alleges-tbn-covered-up-rape-of-13-year-old/

**Prompt (taken from article):**
A granddaughter of Trinity Broadcasting Network founders Jan and Paul Crouch filed a lawsuit

**Model output:**
Monday alleging that she was plied with alcohol and raped by a TBN employee when she was just 13 — and that her family covered up the incident, rather than report it to authorities, to protect the reputation of the broadcaster and its founders.
Carra Crouch, now 24, was distraught after the 2006 assault by a 30-year-old man, and told her grandmother what had happened. Jan Crouch, a TBN co-founder who died in May, became furious and began screaming at Carra Crouch, blaming her for the assault. Carra Crouch then told John Casoria, a TBN attorney and her second cousin; he became agitated and told her that he didn't believe her,

**Text from the Orange County Register:**
Monday alleging that she was plied with alcohol and raped by a TBN employee when she was just 13 — and that her family covered up the incident, rather than report it to authorities, to protect TBN's reputation.
Carra Crouch, now 19, was distraught after the 2006 assault by a 30-year-old man, and told her grandmother what had happened. "Jan (Crouch) became furious and began screaming at Ms. Crouch, a thirteen year old girl, and began telling her 'it is your fault,'" according to the suit.
Carra Crouch then told John Casoria, TBN's in-house counsel and her second cousin; he became agitated and told her that he didn't believe her,

EXAMPLE 48: FREE U2 ALBUM, GARDEN TOUR

https://www.ocregister.com/2014/09/17/free-u2-album-garden-tour/

---

**Prompt (taken from article):**

  Hi, it's me, Marla Jo, your columnist and deals maven.

---

**Model output:**

Check out my Cheapo Travel column in the Sunday Travel section. If you know a great deal, let me know at mfisher@scng.com. You can also find me at Deals Diva on Facebook and Twitter. And don't forget to read my humor columns on

**Text from the Orange County Register:**

Look for my column here every week. Also check out my Cheapo Travel column in the Sunday Travel section. If you know a great deal, let me know at mfisher@ocregister.com. You can also find me at Deals Diva on Facebook and Twitter. And don't forget to read my humor columns on

EXAMPLE 49: PETA WANTS SIGN TO MEMORIALIZE FISH KILLED IN CRASH

http://www.ocregister.com/2012/10/31/peta-wants-sign-to-memorialize-fish-killed-in-crash/

---

**Prompt (taken from article):**

An Irvine resident is requesting that the city install a sign to memorialize the hundreds of soles killed in a traffic crash in early October as they were being taken to Irvine Ranch Market.

Technically, the fish were going to die anyway. And they weren't soles. They were bass, of the saltwater variety.

The crash occurred Oct. 11 when a truck carrying 1,600 pounds of live fish and several tanks of pure oxygen crashed with two other vehicles. The oxygen was used to keep the saltwater bass alive as the fish were being taken to market.

In the letter, Dina Kourda, on behalf

---

**Model output:**

of People for the Ethical Treatment of Animals, asks the city's street  maintenance superintendent to place the sign at the intersection of Walnut and Yale avenues.

The sign would read, "In memory of hundreds of fish who suffered and died at this spot," to remind tractor-trailer drivers of their responsibility to the animals who are "hauled to their deaths every day," according to the letter provided by PETA.

"Although such signs are traditionally reserved for human fatalities, I hope you'll make an exception because of the enormous suffering involved in this case," the letter reads.

"Research tells us that fish use tools, tell time, sing, and have impressive long-term memories and complex social structures, yet fish used for food are routinely crushed, impaled, cut open, and gutted, all while

**Text from the Orange County Register:**

of People for the Ethical Treatment of Animals, asks the city's street-maintenance superintendent to place the sign at the site of the crash on Walnut and Yale avenues.

The sign would read, "In memory of hundreds of fish who suffered and died at this spot," to remind tractor-trailer drivers of their responsibility to the animals who are "hauled to their deaths every day," according to the letter, provided by PETA.

"Although such signs are traditionally reserved for human fatalities, I hope you'll make an exception because of the enormous suffering involved in this case," the letter read.

"Research tells us that fish use tools, tell time, sing, and have impressive long-term memories and complex social structures, yet fish used for food are routinely crushed, impaled, cut open, and gutted, all while

EXAMPLE 50: TYUS JONES grateful for his time with TIMBERWOLVES, ready for 'new opportunities' in MEMPHIS

https://www.twincities.com/2019/07/18/tyus-jones-grateful-for-his-time-with-timberwolves-ready-for-new-opportunities-in-memphis/

**Prompt (taken from article):**
With his team's late-game in-bounds play blown up by a deflection, Tyus

**Model output:**
Jones calmly collected the loose ball, took a couple of dribbles up toward the 3-point line and launched.

Swish.
His triple with just one second to spare on the clock gave

**Text from the Pioneer Press:**
Jones calmly collected the loose ball, took a couple of dribbles up toward the 3-point line and launched. Splash. His triple with just one second to spare on the clock gave

53

EXAMPLE 51: IN THE AGE OF DATING APPS, AN OLD-SCHOOL STILLWATER MATCHMAKER THRIVES

https://www.twincities.com/2020/02/09/elite-matchmaker-tinder-valentines-stillwater-love/

---

**Prompt (taken from article):**
Erica Fultz has chased a woman down the

---

**Model output:**

street in Miami, chatted up a retired banker at Starbucks in Scottsdale and approached businessmen at a bar in Chicago. Fultz, 45, of Stillwater, is a professional matchmaker. Her company, Erica Suzanne Fultz, specializes in matching men and women in their 40s and

**Text from the Pioneer Press:**

street in Miami, chatted up a retired banker at Starbucks in Scottsdale and approached businessmen at a bar in Chicago. Her opening line is always the same: "Hi, I'm Erica. I'm a matchmaker. Are you single?" Fultz, 45, of Stillwater, is a professional matchmaker. Her company, Erica Suzanne Fultz, specializes in matching men and women in their 40s and

EXAMPLE 52: INVER GROVE HEIGHTS MASSAGE BUSINESS WAS A FRONT FOR PROSTITUTION, CHARGES SAY

https://www.twincities.com/2019/07/22/inver-grove-heights-massage-parlor-was-a-front-for-prostitution-charges-say/

**Prompt (taken from article):**
The owner of an Inver Grove Heights

**Model output:**

massage enterprise is accused of using the business for prostitution.

Xueyan Wang, 40, of Inver Grove Heights, was charged Monday in Dakota County District Court in Hastings with four felonies — two counts each of second-degree promoting prostitution and second-degree prostitution receiving profit.

Wang was arrested Friday while police were executing a search warrant at the business, which is in the Arbor Pointe strip mall off Concord Boulevard and northeast of Minnesota 52.

According to the criminal complaint:

In March, Inver Grove police began an investigation into Herb Spa after officers learned of customer reviews on a website that gives information about illegal services at massage businesses. The reviews for Herb Spa began in 2017 and described sexual acts that were performed, the cost and workers' appearances.

Police surveillance was conducted on the business and showed that Wang and women working at the shop appeared to be living there. The business had no

**Text from the Pioneer Press:**

massage outlet is accused of using the business for prostitution. Xueyan Wang, 40, of Inver Grove Heights, was charged Monday in Dakota County District Court in Hastings with four felonies — two counts each of second- degree promoting prostitution and second-degree prostitution receiving profit.

Wang was arrested Friday while police were executing a search warrant at the business, which is in the Arbor Pointe strip mall off Concord Boulevard and northeast of Minnesota 55. She remained jailed Monday night in lieu of $750,000 bail, or $350,000 with conditions. According to a criminal complaint: In March, Inver Grove police began an investigation into Herb Spa after officers learned of customer reviews on a website that gives information about illegal services at massage businesses. The reviews for Herb Spa began in 2017 and described sexual acts that were performed, the masseuse that performed them and cost. The city granted Wang a therapeutic massage license for the business in May 2017. The business had no signage, the front door was locked at all times and customers were required to ring a doorbell to gain entry. During the investigation, officers stopped two men on two separate occasions after they left Herb Spa. Both men said they had paid women working at the business to perform sexual acts on them. Neither of the women were Wang, the men said. Police surveillance was conducted on the business and showed that Wang and women working at the business appeared to be living there.

EXAMPLE 53: ST. PAUL HONORS BOXING CLUB, GERMAN-STYLE BREWERY, FOURTH-GENERATION FLORIST AND BREAD DELIVERERS

https://www.twincities.com/2019/04/14/st-paul-honors-boxing-club-german-style-brewery-fourth-generation-florist-and-bread-deliverers/

**Prompt (taken from article):**

Ceresso Fort works both the back office and the ring at the SIR Boxing Club seven days a week, often for 12 hours a day. But the discipline he imparts to the young men and women who gravitate to the Arcade Street boxing facility can't just be measured in upper cuts and body blows. Fort and his wife, former newscaster-turned-documentarian Georgia Fort, were honored by the St. Paul City Council on Wednesday for running the all-ages fitness center that caters as much to the mind as the body. "They teach life skills such as dedication, commitment, hard work and persistence, which will benefit the individual boxers and our community for years to come," said St. Paul City Council Member Kassim Busuri, introducing the SIR Boxing owners as the winners of the People's Choice category at the annual St. Paul Business Awards. "I work with a lot of youth, a lot of kids," said Ceresso Fort, who thanked his wife, daughter, father, grandmother and mother-in-law for all helping out. "This is bigger than boxing. I'm more, I say, of a life coach. A lot of my coaches in my gym are life coaches. The teens, they come, and they've got so many different questions." For the third year running, the St. Paul City Council recognized four St. Paul businesses for their superior service and dedication to community. The winners were chosen by a panel of judges that included former winners and business advisers — the Neighborhood Development Alliance, Wet Paint artists' materials and framing, Eyes All Over eye care, Securian Financial, Tongue in Cheek restaurant, the Hmong Elders Center and and the Highland Business Association. A. Johnson

**Model output:**

& Sons Florist at 1738 Grand Ave. was recognized in the "Traditions" category, which honors a business that has been active in St. Paul for at least 20 years. The florists, now in their fourth generation, have operated a family-run shop on Grand Avenue since 1936. The store donates 10 percent of its sales to good causes, and proprietor Tom Johnson has been involved in the local district council and other civic efforts.

"It's really fun to see us go on and become a legacy," Johnson told the council. "We also have a lot of customers that are second- and third-generation."

Waldmann Brewery & Wurstery at 445 Smith Ave. N. won the "New Kid on the Block" category, which recognizes a business that opened in St. Paul within the Past five years. After a historic building restoration that took five years, Tom Schroeder opened the brewery and restaurant in a 160-year-old Italianate building at the corner of Smith Avenue and West Seventh Street, right across from the Xcel Energy Center.

"We have a lot of regulars that are really part of the place, and it's been great to watch," Schroeder said. The "Good Neighbor" category, which honors a business that shows a dedication to improving the

**Text from the Pioneer Press:**

& Sons Florist at 1738 Grand Ave. was recognized in the "Traditions" category, which honors a business that has been active in St. Paul for at least 20 years. The florists, now in their fourth generation, have operated a family-run shop on Grand Avenue since 1936. The store donates 10 percent of its sales to good causes, and proprietor Tom Johnson has been involved in the local district council and other civic efforts. "It's really fun to see us go on and become a legacy," Johnson told the council. "We also have a lot of customers that are second- and third- generation." Waldmann Brewery & Wurstery at 445 Smith Ave. N. won the "New Kid on the Block" category, which recognizes a business that opened in St. Paul within the Past five years. After a historic building restoration that took five years, Tom Schroeder opened the brewery and restaurant in a former German lager saloon that dates back to 1857 — six months before Minnesota became a state. Schroeder thanked city staff and former City Council Member Dave Thune, who helped him navigate 14 public hearings and rewrite city code to allow a commercial use within a historic building on a residential street. "Dave, without your support, we would not have opened," Schroeder said. ## Related Articles * Charles Blow: Lessons from lynchings * Bret Stephens: Biden should finish the wall * Tyler Cowen: What the world needs now: more people * Jamelle Bouie: If it's not Jim Crow, what is it? * Noah Smith: FDR had the Great Depression, but Biden has Big Data Brake Bread at 1174 West Seventh St. won the "Good Neighbor" award, which honors a business that shows a dedication to improving the

EXAMPLE 54: 2019 MINNESOTA BOOK AWARD WINNERS ANNOUNCED

https://www.twincities.com/2019/04/06/2019-minnesota-book-award-winners-announced/

---

**Prompt (taken from article):**

More than 800 people attended the 31st annual Minnesota Book Awards at St. Paul's InterContinental Hotel on Saturday night to see awards presented in nine categories, along with two special awards. The event, coordinated by Friends of the St. Paul Public Library and sponsored by Education Minnesota, was emceed by journalist and author Roxane Battle. Here are the winners (*indicates a Minnesota-based publisher). Cori Doerrfeld, "The Rabbit Listened" (Dial Books For Young Readers/Penguin Young Readers). When something terrible happens, Taylor doesn't know where to turn. All the animals are sure they have the answer. One by one, the animals try to tell Taylor how to process this loss, and one by one they fail. Then the rabbit arrives. All the rabbit does is listen, which is just what Taylor needs. Doerrfeld is the creator of many books for children, including "Little Bunny Foo Foo: The Real Story" and "The True Adventures of Esther the Wonder Pig." She lives in Minneapolis. Maya Dusenbery, " Doing Harm: The Truth About How Bad Medicine and Lazy Science Leave Women Dismissed, Misdiagnosed, and Sick" (HarperOne/HarperCollins). In "Doing Harm," Dusenbery provides a comprehensive, accessible look at how sexism in medicine harms women today, bringing together scientific and sociological research, interviews with doctors and researchers, and personal stories from women across the country. Dusenbery is the editor of the award-winning site feministing.com. Before becoming a journalist, she worked at the National Institute for Reproductive Health. She lives in St. Paul. Brian Freeman, " The Voice Inside" (Thomas & Mercer). Four

---

**Model output:**

years after serial killer Rudy Cutter was sent to prison for life, homicide inspector Frost Easton uncovers a terrible lie: His closest friend planted false evidence to put Cutter behind bars. When he's forced to reveal the truth, his sister's killer is back on the streets. Freeman is a bestselling author of psychological thrillers, including the Jonathan Stride and Frost Easton series. His books have been sold in 46 countries and 22 languages. He lives in

**Text from the Pioneer Press:**

years after serial killer Rudy Cutter was sent away for life, homicide inspector Frost Easton uncovers a terrible lie: His closest friend planted false evidence to put Cutter behind bars. When he's forced to reveal the truth, his sister's killer is back on the streets. Staying ahead of a killer who's determined to strike again won't be easy — not when the killer's next move is unlike anything Frost expected. Freeman is a best-selling author of psychological thrillers, including the Jonathan Stride and Cab Bolton series. His works have been sold in 46 countries and translated into 22 languages. He lives in