AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Daily News, LP, Chicago Tribune Co., LLC et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Microsoft Corporation, OpenAI, Inc. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Daily News, LP; Chicago Tribune Company, LLC, et al                         .

Date:  04/30/2024

/s/ Steven Lieberman
*Attorney's signature*

Steven Lieberman (Bar No. SL8687)
*Printed name and bar number*

Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
*Address*

slieberman@rfem.com
*E-mail address*

(202) 783-6040
*Telephone number*

(202) 783-6031
*FAX number*