UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Daily News, LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications Company, LLC, Sun-Sentinel Company, LLC, San Jose Mercury-News, LLC, DP Media Network, LLC, ORB Publishing, LLC, and Northwest Publications, LLC

Plaintiff(s)

- v -

Microsoft Corporation, OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC

Defendant(s)

_____

**RULE 7.1 STATEMENT**

1:24-cv-03285
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Orlando Sentinel Communications Company, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Tribune Enterprises, LLC
Tribune Publishing Company, LLC
Tribune Publishing Company
Tribune Intermediate Holdco, LLC
Tribune Holdco, LLC

No publicly held corporation owns 10 percent or more of its stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

4/30/24

Date

/s/ Steven Lieberman

Signature of Attorney

SL8687

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022