AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Daily News, LP, Chicago Tribune Co., LLC et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-3285 |
| Microsoft Corporation, OpenAI, Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All of the Plaintiffs.

Date: 04/30/2024

s/ Jeffrey A. Lindenbaum
*Attorney's signature*

Jeffrey A. Lindenbaum  (Bar No. JL1971)
*Printed name and bar number*

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
*Address*

jlindenbaum@rfem.com
*E-mail address*

(914) 941-5668
*Telephone number*

(914) 941-6091
*FAX number*