AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Daily News, LP, Chicago Tribune Co., LLC et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-3285 |
| Microsoft Corporation, OpenAI, Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Daily News, LP; Chicago Tribune Company, LLC, et al            .

Date: 04/30/2024

/s/ Jennifer B. Maisel
*Attorney's signature*

Jennifer B. Maisel (Bar No. 5096995)
*Printed name and bar number*

Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
*Address*

jmaisel@rfem.com
*E-mail address*

(202) 783-6040
*Telephone number*

(202) 783-6031
*FAX number*