# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jenny Leigh Colgate

was duly qualified and admitted on February 9, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 15, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

April 24, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNY LEIGH WORKMAN, #240917 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 2005; that at their request, on December 5, 2011, their name was changed to JENNY LEIGH COLGATE on the records of the State Bar of California; that from the date of admission to February 9, 2009, they were an ACTIVE licensee of the State Bar of California; that on February 9, 2009, they transferred at their request to the INACTIVE status; that from that date to February 14, 2020, they were an INACTIVE licensee of the State Bar of California; that on February 14, 2020, they transferred at their request to the ACTIVE status; that from that date to December 6, 2021, they were an ACTIVE licensee of the State Bar of California; that on December 6, 2021, they transferred at their request to the INACTIVE status; that from that date to May 31, 2023, they were an INACTIVE licensee of the State Bar of California; that on May 31, 2023, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records