IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORP., OPENAI, INC., OPEN AI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORP., LLC, and OPENAI HOLDINGS, LLC,<br><br>*Defendants..* | Case No. 1:24-cv-03285-SHS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, _____Robert P. Parker_____ hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC</u> in the above-captioned action.

I am a member in good standing of the bar(s) of the ___District of Columbia_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: May 6, 2024                 Respectfully Submitted,

Applicant Signature: */s/Robert P. Parker*

Applicant's Name: Robert P. Parker

Firm Name: Rothwell, Figg, Ernst & Manbeck P.C.

Address: 901 New York Ave., NW, Suite 900 East

City/State/Zip: Washington D.C. 20001

Telephone/Fax: 202-483-6040, 202-783-6031

Email: rparker@rfem.com