Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __OPENAI OPCO LLC__
was received by me on *(date)* __05/01/2024__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __OFFICE SECRETARY__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__CORPORATE SERVICES COMPANY__ on *(date)* __05/06/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __05/06/2024__

_____
Server's signature

__Dean Smith, President__
Printed name and title

__125 N. Rt. 73, W. Berlin, NJ 08091__
Server's address

Additional information regarding attempted service, etc: