Case 1:24-cv-03285-HA   Document 30   Filed 05/03/24   Page 2 of 3

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OPENAI, LLC

was received by me on *(date)* 05/01/2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* OFFICE SECRATARY , who is

designated by law to accept service of process on behalf of *(name of organization)*

CORPORATE SERVICES COMPANY on *(date)* 05/06/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: 05/06/2024

*Server's signature*

Dean Smith, PRESIDENT
*Printed name and title*

125 N. Rt. 73, W. Berlin, NJ 08091
*Server's address*

Additional information regarding attempted service, etc: