IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORP., OPENAI, INC., OPEN AI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORP., LLC, and OPENAI HOLDINGS, LLC,<br><br>*Defendants.* | Case No. 1:24-cv-03285-SHS<br><br>**ORDER FOR ADMISSION**<br><br>**PRO HAC VICE** |

The motion of _____Kristen Logan_____, for admission to practice Pro Hac Vice to appear as in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _District of Columbia_____; and that his/her contact information is as follows (please print):

    Applicant's Name: Kristen Logan _____

    Firm Name: Rothwell, Figg, Ernst & Manbeck, P.C.

    Address: 901 New York Ave., NW. Suite 900

    City / State / Zip: Washington D.C., 20001

    Telephone / Fax: 202-783-6040, 202-783-6031 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _ Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media

<u>Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC</u> in the above-captioned action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____      _____
                   United States District / Magistrate Judge