N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORP., OPENAI, INC., OPEN AI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORP., LLC, and OPENAI HOLDINGS, LLC,<br><br>*Defendants..* | Case No. 1:24-cv-03285-SHS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, _____Mark T. Rawls_____ hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC in the above-captioned action.

I am a member in good standing of the bar(s) of the District of Columbia and The Commonwealth of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Date:  May 9, 2024				Respectfully Submitted,

								Applicant Signature: */s/Mark T. Rawls*_____

								Applicant's Name: Mark T. Rawls_____

								Firm Name: Rothwell, Figg, Ernst & Manbeck P.C.

								Address: 901 New York Ave., NW, Suite 900 East

								City/State/Zip: Washington D.C. 20001

								Telephone/Fax: 202-483-6040, 202-783-6031_____

								Email: mrawls@rfem.com_____