UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICROSOFT CORPORATION; OPENAI, INC.; OPENAI LP; OPENAI GP, LLC; OPENAI, LLC; OPENAI OPCO, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION, LLC; and OPENAI HOLDINGS, LLC,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-03285-SHS |

**AFFIDAVIT OF ANNETTE HURST IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

COUNTY OF SAN FRANCISCO)
　　　　　　　　　　　　):ss
STATE OF CALIFORNIA　　　)

Annette Hurst, being duly sworn, deposes and says as follows:

　　1.　　I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

　　2.　　I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

　　3.　　As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

　　4.　　There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Annette L. Hurst, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

_____
Annette L. Hurst

Sworn to before me
this 14th day of May, 2024

_____
Notary Public

CHRISTINE J. FLORES
Notary Public - California
San Francisco County
Commission # 2451678
My Comm. Expires Jun 25, 2027