AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DAILY NEWS, LP et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:24-cv-03285-SHS |
| MICROSOFT CORP. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation.

Date:   05/14/2024

/s/ Christopher J. Cariello
*Attorney's signature*

Christopher J. Cariello 5176821
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019

*Address*

ccariello@orrick.com
*E-mail address*

(212) 506-3778
*Telephone number*

(212) 506-5151
*FAX number*