May 15, 2024

**MEMO ENDORSED**

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.,
New York, New York 10007

    Re: *Daily News, LP et al v. Microsoft Corp. et al*
          <u>Case No. 1:24-cv-03285-SHS</u>

Dear Judge Stein:

    Counsel for Defendant Microsoft Corporation, together with counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, LLC, and OpenAI Holdings, LLC submit this letter in accordance with section 1.E. of Your Honor's Individual Practice to respectfully request a two-week extension of the deadline for Defendants' motions to dismiss.

    Plaintiffs filed their Complaint on April 30, 2024 and served Defendants on May 6, 2024. Defendants' current deadline to respond to Plaintiffs' Complaint is May 28, 2024. *See* Fed. R. Civ. P. 12(a)(1). A two-week extension would make the motions to dismiss due June 11, 2024.

    Plaintiffs consent to the extension requested herein. This is Defendants' first request to extend the deadline to respond to the Complaint. Defendants respectfully request the additional time for internal consultation and preparation of motion papers.

    Thank you for your consideration and your attention to this matter.

                                     Respectfully submitted,

                                     <u>/s/ Christopher J. Cariello</u>

                                     Christopher J. Cariello
                                     51 West 52nd Street
                                     New York, NY 10019
                                     Telephone: (212) 506-3778
                                     Facsimile: (212) 506-5151

The Honorable Sidney H. Stein
May 15, 2024
Page 2

ccariello@orrick.com

*Counsel for Microsoft Corporation*

/s/ Joseph R. Wetzel

Joseph R. Wetzel
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
joseph.wetzel@lw.com

*Counsel for OpenAI Defendants*

cc: All Counsel of record (via ECF)

**Request granted.**

Dated:  New York, New York
        May 20, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.