UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, <br><br>                Plaintiffs, <br><br>v. <br><br>MICROSOFT CORPORATION; OPENAI, INC.; OPENAI LP; OPENAI GP, LLC; OPENAI, LLC; OPENAI OPCO, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION, LLC; and OPENAI HOLDINGS, LLC, <br><br>                Defendants. | Case No. 1:24-cv-03285-SHS |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Laura Najemy for admission to appear *pro hac vice* in the above captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

>Laura Najemy
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>222 Berkeley Street
>Suite 2000
>Boston, MA 02116
>Tel. (617) 880-1802
>Fax. (617) 880-1801
>lnajemy@orrick.com

Laura Najemy, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Microsoft Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Laura Najemy is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: May __, 2024

_____
Hon. Sidney H. Stein
United States District Judge