**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAILY NEWS, LP; CHICAGO TRIBUNE
COMPANY, LLC; ORLANDO SENTINEL
COMMUNICATIONS COMPANY, LLC;
SUN-SENTINEL COMPANY, LLC; SAN
JOSE MERCURY-NEWS, LLC; DP MEDIA
NETWORK, LLC; ORB PUBLISHING, LLC;
AND NORTHWEST PUBLICATIONS, LLC,

          Plaintiffs,

       v.

MICROSOFT CORPORATION; OPENAI,
INC.; OPENAI LP; OPENAI GP, LLC;
OPENAI, LLC; OPENAI OPCO, LLC;
OPENAI GLOBAL, LLC; OAI
CORPORATION, LLC; and OPENAI
HOLDINGS, LLC,

          Defendants.

Case No. 1:24-cv-03285-SHS

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Sheryl Garko hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned action.

I am a member in good standing of the Bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached an affidavit pursuant to Local Rule 1.3.

Dated: May 30, 2024

By:  */s/ Sheryl Garko*

Sheryl Garko
ORRICK, HERRINGTON & SUTCLIFFE LLP

222 Berkeley Street
Suite 2000
Boston, MA 02116
Telephone (617) 880-1802
sgarko@orrick.com

*Attorneys for Defendant*
*Microsoft Corporation*