## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, <br><br>　　　　　Plaintiffs, <br><br>　　　v. <br><br> MICROSOFT CORPORATION; OPENAI, INC.; OPENAI LP; OPENAI GP, LLC; OPENAI, LLC; OPENAI OPCO, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION, LLC; and OPENAI HOLDINGS, LLC, <br><br>　　　　　Defendants. | Case No. 1:24-cv-03285-SHS |

### AFFIDAVIT OF SHERYL GARKO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COUNTY OF SUFFOLK　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　):ss
COMMONWEALTH OF MASSACHUSETTS )

Sheryl Garko, being duly sworn, deposes and says as follows:

　　1.　　I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

　　2.　　I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

　　3.　　As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

　　4.　　There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Sheryl Garko, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

_____
Sheryl Garko

Sworn to before me
this 30th day of May, 2024

_____
Notary Public

Lynne P. Sollis
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
June 3, 2027