**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, <br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>      Defendants. | Civil Action No. 1:24-cv-03285-SHS<br><br>Hon. Sidney H. Stein<br><br>**DECLARATION OF R. JAMES SLAUGHTER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

2710738

I, R. James Slaughter, pursuant to 28 U.S.C § 1746, declares under penalty of perjury as follows:

1. I am a member of the law firm of Keker, Van Nest & Peters LLP.

2. I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of California since December 9, 1997.

4. I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as Exhibit A to my Motion to Admit Counsel *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 4, 2024x

                                                  */s/ R. James Slaughter*
                                                  R. JAMES SLAUGHTER

2710738