# EXHIBIT A



## Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

### THOMAS EDWARD GORMAN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Thomas Edward Gorman, #279409 was on the 3rd day of December 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 4th day of June 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
Karissa Castro, Deputy Clerk