UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>                 Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                 Defendants. | Civil Action No. 1:24-cv-03285-SHS<br><br>Hon. Sidney H. Stein<br><br>**NOTICE OF APPEARANCE** |

2710208

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Katie Lynn Joyce of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC in the above-captioned matter.  She is admitted or otherwise authorized to practice in this Court. Her address, telephone, facsimile, and email are as follows:

>   Katie Lynn Joyce
>   KEKER, VAN NEST & PETERS LLP
>   633 Battery Street
>   San Francisco, CA 94111
>   Telephone:    (415) 391-5400
>   Facsimile:    (415) 397-7188
>   Email: kjoyce@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated:  June 5, 2024

KEKER, VAN NEST & PETERS LLP

By:  */s/ Katie Lynn Joyce*
KATIE LYNN JOYCE (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile:  415 397 7188
kjoyce@keker.com

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

1

2710208

2

2710208