**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, | Case No. 1:24-cv-03285-SHS-OTW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC., OpenAI Global, LLC., OAI Corporation, LLC., OpenAI Holdings, LLC., (together, "OpenAI"):

> Sarang V. Damle
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email: sy.damle@lw.com

*[Signature on following page]*

2

Dated: June 5, 2024
      New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Sarang V. Damle*
Sarang V. Damle
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: sy.damle@lw.com

*Attorneys for OpenAI*