**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, <br><br>                    Plaintiffs, <br><br>           v. <br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br>                    Defendants. | Case No. 1:24-cv-03285-SHS-OTW <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL** <br> **_PRO HAC VICE_** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elana Nightingale Dawson, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for **Defendants** OpenAI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC., OpenAI Holdings, LLC (together, "OpenAI").

I am a member in good standing of the Bar of the State of Illinois and the District of Columbia, and certificates of good standing are attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

*[Signature on following page]*

| | |
|---|---|
| Dated: June 6, 2024<br>  Washington, D.C. | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>*/s/ Elana Nightingale Dawson*<br>Elana Nightingale Dawson<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: elana.nightingaledawson@lw.com<br><br>*Attorneys for OpenAI* |