UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>               Plaintiffs,<br><br>       v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>               Defendants. | Case No. 1:24-cv-03285-SHS-OTW<br><br>**DECLARATION OF ELANA NIGHTINGALE DAWSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Elana Nightingale Dawson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins LLP.

2. I submit this declaration in support of my Motion to Admit Counsel *pro hac vice* in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of Illinois since November 10, 2011, and the Bar of the District of Columbia since May 13, 2016.

4. I attach Certificates of Good Standing from the State of Illinois and the District of Columbia, which were issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *pro hac vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.  I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of **Defendants** OpenAI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC., OpenAI Holdings, LLC (together, "OpenAI").

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C.

Dated: June 6, 2024

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson