**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY- NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; and NORTHWEST PUBLICATIONS, LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>            Defendants. | Case No. 1:24-cv-03285-SHS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant Microsoft Corporation, before the Honorable Sidney H. Stein in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Counts IV, V, VI, and VIII for failure to state a claim upon which relief can be granted.

Dated:  New York, New York              Respectfully submitted,
    June 11, 2024


By: */s/ Annette L. Hurst*

 ORRICK, HERRINGTON & SUTCLIFFE LLP
 Annette L. Hurst (admitted *pro hac vice*)
 The Orrick Building
 405 Howard Street
 San Francisco, CA  94105-2669
 Telephone:  (415) 773-5700
 Facsimile:  (415) 773-5759
 ahurst@orrick.com

 Christopher J. Cariello
 51 West 52nd Street
 New York, NY 10019
 Telephone: (212) 506-3778
 Facsimile: (212) 506-5151
 ccariello@orrick.com

 Sheryl Koval Garko (Pro Hac Vice)
 222 Berkley Street
 Boston, MA 02116
 Telephone: (617) 880-1800
 Facsimile: (617) 880-1801
 sgarko@orrick.com

 Laura Brooks Najemy (Pro Hac Vice)
 222 Berkley Street
 Boston, MA 02116
 Telephone: (617) 880-1800
 lnajemy@orrick.com

 *Attorneys for Defendant*
 *Microsoft Corporation*

2