**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAILY NEWS, LP; CHICAGO TRIBUNE
COMPANY, LLC; ORLANDO SENTINEL
COMMUNICATIONS COMPANY, LLC; SUN-
SENTINEL COMPANY, LLC; SAN JOSE
MERCURY-NEWS, LLC; DP MEDIA
NETWORK, LLC; ORB PUBLISHING, LLC;
and NORTHWEST PUBLICATIONS, LLC,

                Plaintiffs,

      v.

MICROSOFT CORPORATION; OPENAI, INC.;
OPENAI LP; OPENAI GP, LLC; OPENAI, LLC;
OPENAI OPCO, LLC; OPENAI GLOBAL, LLC;
OAI CORPORATION, LLC; and OPENAI
HOLDINGS, LLC,

            Defendants.

Case No. 1:24-cv-03285-SHS-OTW

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

---

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew M. Gass, dated

June 11, 2024, and the accompanying Memorandum of Law, the undersigned hereby moves this

Court on behalf of Defendants Open AI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C.,

OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings,

L.L.C. (collectively, the "OpenAI Defendants"), by and through counsel, before the Honorable

Sidney H. Stein, United States District Judge for the United States District Court for the Southern

District of New York, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, for

an order (1) partially dismissing Counts I, IV, and V to the extent they are based on activity that

occurred more than three years prior to the filing of this action, *see* 17 U.S.C. § 507(b);

(2) dismissing Counts IV and VII in full for failure to allege facts sufficient to state a claim for

relief pursuant to Fed. R. Civ. P. 12(b)(6); (3) dismissing Count V in full for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to allege facts sufficient to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6); and (4) dismissing Count VI on grounds of Copyright Act preemption, *see* 17 U.S.C. § 301.

Dated:  June 11, 2024

Respectfully Submitted,

By:  /s/ *Andrew M. Gass*

**LATHAM & WATKINS LLP**
 Andrew M. Gass (*pro hac vice*)
  andrew.gass@lw.com
 Joseph R. Wetzel
  joseph.wetzel@lw.com
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 Telephone: 415.391.0600

 Sarang V. Damle
  sy.damle@lw.com
 Elana Nightingale Dawson (*pro hac vice*)
  elana.nightingaledawson@lw.com
 555 Eleventh Street, NW, Suite 1000
 Washington, D.C. 20004
 Telephone: 202.637.2200

 Allison L. Stillman
  alli.stillman@lw.com
 1271 Avenue of the Americas
 New York, NY 10020
 Telephone: 212.906.1200

By:  /s/ *Joseph C. Gratz*

**MORRISON & FOERSTER LLP**
 Joseph C. Gratz (*pro hac vice*)[*]
  jgratz@mofo.com
 425 Market Street
 San Francisco, CA 94105
 Telephone: 415.258.7522

 Allyson R. Bennett (*pro hac vice*)
  abennett@mofo.com
 707 Wilshire Boulevard, Suite 6000
 Los Angeles, CA 90017-3543
 Telephone: 213.892.5454

By:  /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
 Robert A. Van Nest (*pro hac vice*)
  rvannest@keker.com

Paven Malhotra (*pro hac vice*)[*]
  pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
  mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
  ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
  tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
  kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.