# Exhibit 2

**<u>Representative examples from Exhibit J in full context</u>**

The following takes representative examples from Publishers' Exhibit J and provides the full articles to demonstrate that, despite the instruction to "[c]omplete the article" (Compl. Ex. J at 1), GPT-4 did no such thing.

- The prompt provided by Publishers to GPT-4 is depicted in blue (bolded) text.
- The red text in Exhibit J that allegedly depicts identical text from Publishers' articles is depicted in red (underlined) text.
- The rest of the article, from the URL provided by Publishers in Exhibit J, is depicted in green (italicized) text. Publishers do not allege that this content was contained in a GPT-4 output.

EXAMPLE 9: FINDING HOPE AFTER TRAGEDY: WIFE' STROKE LEFT DAD WITH NEWBORN TRIPLETS A YEAR AGO

https://www.chicagotribune.com/2019/06/12/finding-hope-after-tragedy-wifes-stroke-left-dad-with-newborn-triplets-a-year-ago/

Charlie Whitmer's red-headed, blue-eyed triplets giggle and crawl as they explore their West Town home. One stands up against a large front window, hands pressed to the glass, looking out to the street below.

There's no shortage of people to help Charlie — a stay-at-home dad — with the awesome and inherently chaotic responsibility of caring for three babies. His house is often filled with visitors: friends, family and nannies. But someone is missing.

Charlie's wife, Kathryn, died June 8, 2018, at age 31 from complications of a hemorrhagic stroke that she suffered a week before the triplets' birth June 4, 2018. Charlie spent his first Father's Day in the neonatal intensive care unit, watching over his premature babies. It was the day after his wife's funeral.

He has since left his job as an options trader to focus solely on his kids. It's not the life he had planned, "but my dreams changed when Kathryn passed."

Through devastation, Charlie, 33, said he's trying to find good. This spring he joined about 100 relatives, friends and staff members who cared for his wife and children at Northwestern Memorial and Prentice Women's hospitals at the March of Dimes March for Babies walk in Grant Park, raising about $80,000 for causes close to his heart: maternal, fetal and neonatal health. Team Kathryn was the second highest fundraising team at the event.

A spiritual man who is used to working with numbers, Charlie said he doesn't believe in bad luck, and that there must be a reason for his family's profound loss. "You have to find hope, and you have to find some kind of joy," he said. "All of this happened for a reason. It's my job to find that."

He said to do so he's transformed his life, channeling the giving, loving and outgoing spirit of his late wife as a way to honor her memory and be a good father.

Northwestern physicians and nurses say they think of Kathryn often. Some attended her funeral and would visit the triplets in the NICU during their more-than-two-months stay. They reunited for the walk, and some are still in touch, checking in on the family in person or by text, or following the babies' growth on Instagram.

Who treated Kathryn and wrote about grief and why she attended her funeral in an essay published in April in JAMA. "People talk about Kathryn a lot. She is very much alive in our memories."

'It's three'

Photos of a smiling Kathryn sit in frames around the Whitmer living room, and close-up shots of the triplets hang on the wall. The boys — who are also identical twins — are Bobby and J.P.; their sister is Arden.

2

Charlie scoops up Arden when she fusses, instantly calming her. Later, he swings one of his sons by the feet — the move of an experienced dad.

"If I look back a year ago, my life is so different," he said.

Charlie's job as a partner at a trading firm required long days, but he loved it. Kathryn was an operations manager at SmithBucklin, working with associations for genetic counselors and pediatric nurses. They met in January 2013 at a Wrigleyville bar.

The two eventually became engaged and planned their August 2016 wedding. A few weeks before, Charlie felt winded during a workout. Then he noticed a large bruise after bumping into a door, and found another bruise he didn't remember getting. They were familiar signs.

When Charlie was 15, he'd had the same symptoms and was diagnosed with aplastic anemia, a condition that develops when the body stops producing enough new blood cells. A bone marrow transplant treated the condition, he said, and

until he noticed the reemerging symptoms in 2016, he had been healthy. Charlie consulted several doctors and decided to treat the reappearance of the condition with medication.

The couple married but canceled their honeymoon to Greece so Charlie could begin treatment right away, he said. They also decided to speed up their plans for a family. Because of the drug Charlie was prescribed, the couple had to undergo fertility treatments to conceive.

They learned Kathryn was pregnant the day after Christmas 2017, Charlie said. "She called and said, 'We're pregnant.'" Because they had implanted two embryos, he asked his wife if it was one baby or twins.

"She said, 'It's three.'"

Even though the couple had decided to implant two embryos, one egg had split (into twins), making three babies.

'My entire family is in the ICU'

The pregnancy started off well, Charlie said. But on Memorial Day morning

2018, at 27 weeks, 6 days pregnant, Kathryn woke up with a horrible headache, he said. They were in Lake Geneva for the holiday weekend and headed back to Chicago to the hospital.

"I was in the waiting room … and someone came out and said, 'Your wife has a big bleed in her brain,'" Charlie said. "At that time, I didn't know anything about what a brain bleed meant. I didn't know what a stroke was.

"And I had been sick twice, and I had beat it, so … we're going to get through this," he added.

At first it seemed they would. Kathryn woke up the next day, talking and joking, Charlie said. Doctors used medication and inserted drains to manage the swelling while also giving the babies more time to grow inside her. Kathryn's water eventually broke, labor began a few days later and doctors performed a cesarean section.

Bobby and J.P. were 3 pounds each, Charlie said, and Arden was 2 pounds, 6 ounces. They needed CPR and were taken to the

NICU. A doctor told Charlie his children would have medical problems. "I was in that waiting room again and thought, what the heck is going on? My entire family is in the ICU," he said. "All four of them could die."

He sat with his brother and cried. "Then I decided, no matter what happens, if Kathryn's alive, I can do this."

That night, Kathryn awoke from anesthesia. But two days after the babies were born, her headache returned. Doctors determined she needed emergency brain surgery to relieve the pressure on her brain. She never woke up.

Before Kathryn was declared brain dead, Charlie got word that his babies were well enough to travel across the hospital to see their mother. First the boys lay across their mother's chest. The next day, Arden came to see her mom.

Tears poured down Kathryn's face.

'The fragility of life'

"I can't explain that medically," said Dr. Kim,

Kathryn's neurologist who was in the room. But being unconscious and "near brain death …doesn't mean she doesn't feel" the babies' presence, Kim said.

Kathryn was a special patient, Kim said, one she'd think about when she went home after work, and still does. When they met, Kim was a new mom, so she related to her and the family.

"Kathryn's passing was really tragic for a lot of us," she said. "I cannot compare it to what the family is going through … but many things about her case are still really hard to process for a lot of us involved."

Kim said she wrestles with the mystery surrounding Kathryn's stroke. It could've been a complication from the pregnancy, but doctors aren't sure. She also struggled with whether or not to attend Kathryn's funeral.

"I think, first and foremost, I felt like me being there represents the failure of us as a medical team. Despite all the things we did and we tried, we couldn't save her," Kim said. "I was

wondering … how can I dare show up?"

Kim decided to attend after talking with her sister, a physician at another hospital, she said. "I wanted to say goodbye."

At the funeral, Kim said, she saw photos of Kathryn in happier times. "It is hard to imagine what our patients' lives were like before they come to the ICU," she said. "Just seeing (Kathryn) full of life in all the photos, and all the people who came from all over the place to the funeral — I was just very struck by that."

Dr. Alan Peaceman, chief of maternal fetal medicine, was also there — the only time he's attended a funeral for a patient. "I just felt like I needed to be there."

Peaceman said Kathryn represents a greater lesson: "We can never take maternal health for granted."

About 700 women die each year from pregnancy-related complications in the U.S., most of them preventable, according to the Centers for Disease Control and Prevention.

*And African American and American Indian/Native Alaskan women are about three times more likely to die from pregnancy than white women, according to the CDC.*

*"We've become shocked that this can happen, but it still does," Peaceman said.*

*Charlie said he told Kathryn's doctors in the weeks following her death that he didn't blame them. "They are making the best decisions they can."*

*Through organ donation, Kathryn saved six lives, Charlie said — a silver lining that fits with his wife's character. "And she got to give life to three babies."*

*'Saying yes'*

*For the triplets' first birthday and the one-year anniversary of Kathryn's death, Charlie said he and the babies spent time together as a family, with friends. He planned to do the same for Father's Day.*

*One day he'll likely return to working, but for now, Charlie said he works on fatherhood. Despite troubling beginnings, all three babies are thriving, he said.*

*Before Kathryn died, Charlie was an introvert. He said he knew how to succeed at work or in personal goals, but Kathryn was the one who related best to people and putting others first. "She wasn't happy unless the people around her were happy."*

*Charlie said that in the past year he's let more people in his life, "saying yes" to those who want to help him. His family, Kathryn's parents and others come routinely to visit. It has also led to new friendships he calls "a blessing."*

*Like NICU nurse Kelli Snider, whom Charlie nominated for a nurses award. In the nominating letter, Charlie credited Snider for teaching him "how to be a dad." Even after the babies left the NICU, Snider remains in their lives.*

*"I always feel like after such a tragedy, people just go away," Snider said. "I'll probably talk to them forever."*

*Charlie said that when he saw the scores of people mourning Kathryn at her funeral, and read cards from people telling him how much Kathryn meant to them, he realized what his wife was doing when she was alive: "She was investing in her friends and investing in her family."*

*"She had figured out the important things in life," he said. "There's still more for me to figure out."*

EXAMPLE 12: MAYOR LORI LIGHTFOOT FIRES CHICAGO'S POLICE SUPERINTENDENT WEEKS
BEFORE HIS RETIREMENT: 'EDDIE JOHNSON INTENTIONALLY LIED TO ME'

https://www.chicagotribune.com/2019/12/03/mayor-lori-lightfoot-fires-chicagos-police-superintendent-weeks-before-his-retirement-eddie-johnson-intentionally-lied-to-me/

Mayor Lori Lightfoot fired police Superintendent Eddie Johnson effective immediately Monday for intentionally misleading her and the public about his conduct when he was found asleep in his running vehicle at a stop sign after a late weeknight out in October.

"This moment needs to be a turning point for the Chicago Police Department and the way things are done in this city," said Lightfoot, emphasizing that a "culture change" must take place.

The stunning announcement came just weeks after Lightfoot held what she referred to Monday as "a celebratory press conference" to announce Johnson's retirement by year's end after about 31/2 years at the helm.

Former Los Angeles police Chief Charlie Beck, previously named Johnson's interim successor, took control of the beleaguered department after flying into Chicago on Monday afternoon. He and the mayor separately met with the department's top brass.

Sources told the Chicago Tribune that the city inspector general's office, which has been investigating the October incident, obtained video footage showing Johnson drinking for a few hours on the evening of Oct. 16 with a woman who was not his wife at the Ceres Cafe, a popular restaurant and bar at the Chicago Board of Trade building.

Later that night, when officers responded to a 911 call near Johnson's home in the Bridgeport neighborhood about 12:30 a.m. Oct. 17, Johnson rolled down the window on his police vehicle partway, flashed his superintendent's badge and drove off, sources said.

A Ceres employee who identified himself as a general manager declined to comment Monday.

On Monday, Lightfoot told reporters she had reviewed the inspector general's report into the incident as well as videotaped evidence that left her with no choice but to fire Johnson.

"I saw things that were inconsistent with what Mr. Johnson had told me personally and what he revealed to members of the public," she said.

With the inspector general's report still not public, Lightfoot declined to be more specific about what the videotaped evidence showed but hinted that it would be hurtful to Johnson's family.

"While at some point the IG's report may become public and those details may be revealed, I don't feel like it's appropriate or fair to Mr. Johnson's wife or children to do so at this time," she said.

Sources said Lightfoot moved to fire Johnson before the superintendent had even been interviewed by the inspector general's

6

office as part of its investigation.

The mayor said she personally delivered the news Monday morning to Johnson, the fourth of the last six superintendents to be fired or resign amid scandal. She gave three reasons for dumping him:

— That he "engaged in conduct that is not only unbecoming but demonstrated a series of ethical lapses and flawed decision-making" in the October incident.

— That the superintendent called a news conference later the day of the incident in which he communicated "a narrative replete with false statements, all seemingly intended to hide the true nature of his conduct from the evening before."

— That Johnson intentionally lied to the mayor several times, "even when I challenged him about the narrative that he shared with me."

Johnson, 59, a 31-year department veteran, did not return calls or texts seeking comment Monday, and no one answered at his residence. He was paid about $260,000 a year.

Just last month, in announcing Johnson's impending retirement, Lightfoot had praised him for his calming influence after taking over a department reeling from the court-ordered release of police dashboard camera video showing a white officer shoot black teen Laquan McDonald 16 times.

Johnson had been plucked from relative obscurity as chief of patrol in April 2016 when then-Mayor Rahm Emanuel bypassed three finalists chosen by the Chicago Police Board and appointed him superintendent.

In his initial remarks on the night of Oct. 17 about falling asleep at the wheel early that same morning, Johnson blamed his failure to take his blood pressure medication, saying he felt ill as he drove home from dinner with friends.

The superintendent said he removed old medication from his weekly pillbox after his cardiologist had recently changed his dosage but that he had not yet obtained the new prescription.

"How can I explain it? It's just your body kind of gives you a warning with the high blood pressure thing that you may pass out, so I pulled over, stopped and I just rested myself until that feeling passed," said Johnson, who underwent a successful kidney transplant in August 2017.

He did not explain, however, why he was driving home from a dinner engagement at 12:30 a.m., particularly on a day he said he felt fatigued.

He also defended his driving home without being tested for whether he had been drinking, saying, "Someone asleep in a car doesn't mean they're impaired."

Johnson's chief spokesman, Anthony Guglielmi, issued a statement that same day saying that the officers who responded to the 911 call did not notice "any signs of impairment" on the superintendent's part and that Johnson drove himself home. Guglielmi also said the superintendent had called for an internal

investigation on himself "because of the optics."

The next day, though, Lightfoot said Johnson had admitted to her that he had "a couple of drinks" that night.

At Monday's news conference, Lightfoot said that she would not have taken part in the celebratory news conference Nov. 7 announcing Johnson's retirement if she knew what she now knows.

In her opening remarks, Lightfoot said that rank-and-file police officers have been held accountable for wrongdoing "time and again" while supervisors got "a pass even when the supervisors were aware of or directed the conduct at issue."

"The old Chicago way must give way to the new reality," the mayor said. "Ethical leadership, integrity, accountability, legitimacy and yes, honesty must be the hallmarks of city government."

Lightfoot pushed a similar message in an email — obtained by the Tribune — that she sent to the department's 13,400 sworn and civilian members.

"While I recognize this news comes as a surprise to most of you, this was a decision I felt was absolutely necessary to preserve the legitimacy and honor of the Chicago Police Department. I deeply respect the work that each of you undertake every day and you deserve a superintendent who lives up to the ideals that I expect each of you to exemplify."

In his own departmentwide memo, Beck, who was LA's police chief for about nine years, called it "an honor and privilege" to serve as CPD's interim superintendent.

"I know that the events of this morning likely caused a great deal of unease, but rest assured this department is stable, strong and headed in the right direction," the memo said.

Johnson marks the second consecutive superintendent to be fired and the fourth of the last six to leave under a cloud. Johnson's predecessor, Garry McCarthy, was dismissed in late 2015 amid public outrage over the release of the graphic video of 17-year-old McDonald's fatal shooting by police. Philip Cline was forced to resign in 2007 after a succession of scandals, including criminal charges against several officers in the department's then-elite Special Operations Section as well as an off-duty officer's videotaped beating of a female bartender. Matt Rodriguez resigned under pressure in 1997 a day after the Chicago Tribune questioned his 30-year friendship with a convicted felon.

Key aldermen contacted by the Tribune appeared to back Lightfoot's firing, even though some praised Johnson's leadership during a turbulent period for the department.

Northwest Side Ald. Ariel Reboyras, 30th, who chaired the City Council's Public Safety Committee at the time of Johnson's appointment as superintendent, called it unfortunate that Lightfoot had to fire him. He said the mayor called him Monday morning to inform him of her decision.

"It's just a shame because I think the world of Eddie Johnson. And this is just another hit on the Police Department, which is doing better than it gets credit for," he said. "Crime stats have been trending in the right direction, and then something like this happens. It's just too bad. But as mayor, sometimes you have to act abruptly based on the information you get, and this was evidently one of those times."

Ald. Jason Ervin, 28th, said Johnson would be remembered most for the successes on his watch in spite of the dismissal.

"I think that he came in at a tough time and provided some stability and some leadership," said Ervin, chairman of the City Council Black Caucus.

Ervin said he didn't believe that Johnson's dismissal would hurt efforts to reform the Police Department.

"The superintendent was set to leave anyway, so I don't foresee that changing anything about the city moving forward on reform," he said.

Ald. Chris Taliaferro, 29th, Lightfoot's handpicked chairman of the Public Safety Committee, said the mayor's decision to fire

Johnson strengthens her case to lead the city as the Police Department reform efforts gain momentum.

"Anyone who wants the job of superintendent will have to take it knowing this mayor will not tolerate dishonesty in the department," he said.

EXAMPLE 26: WHAT'S HAPPENING SPORTS BRIEFS FOR JULY 5

https://www.mercurynews.com/2019/07/03/whats-happening-sports-briefs-for-july-5/

To submit an item to the What's Happening calendar, email ccnsports@bayareanewsgroup.com to request a form. Put "What's Happening" in the subject line. Nonprofit organizations only. You might be asked to submit a copy of your 1099 or 501(c) 3 to verify nonprofit status. Entries are edited for content and are published as space is available.

Adult sports

Albany Recreation: Registration open for the following sports: softball (men's and coed), soccer, kickball, basketball, pickleball leagues held at Ocean View Park and Albany High School. To register and for more details, visit albanyca.org/adultsports or call (510) 524-9283

Berkeley Tai Chi: Drop-in classes on Wed. and Fri. mornings. Tai Chi at 8:30 a.m. and NejGong at 9:30 a.m. both at Hillside Club, 2286 Cedar St., Berkeley. $12 members, $15 non-members. For more info. contact 415-250-0375, jjshelfer@yahoo.com or visit sites.google.com/a/hillside club.org/hillsideclub/programs/chi-gong.

Baseball

Golden State Grind: Registration is open for Antioch based 7U-18U player development tryouts by appointment. Beginner to competitive

opportunities with availability for players, coaches and teams. Register at www.goldenstategrind.com or for more information contact (925) 255-5536.

Basketball

Alameda HS Boosters Camp: Registration open for boys going into grades 3-9. July 29-Aug. 1 from 9 a.m.-3 p.m. at SoldierTown in Oakland (formerly Jamtown). $275 per camper. To register or for more information contact alamedabball@gmail.com or 510-432-7856.

Fundraisers

BAWPVA Tournament: Aug. 12 at Palo Alto Hills Golf & CC. Registration at 11 a.m., shotgun start at noon. Box lunch provided to golfers and awards dinner to follow 18-hole scramble. Proceeds raised through BAWPVA (Paralyzed Veterans of America Bay Area Western Chapter) golf event go towards wheelchair athletes and finding a cure for paralysis. $240 per golfer, $880 foursome, $50 spectator ticket,

$200 tee sponsor, $240 sponsor a veteran. To register, visit bawpva9thgolf.eventbrite.com or for more info, contact Kory Amaral (650)

858-3936, golf@bawpva.org.

CVSF Day on the Greens: Sept. 14 at Redwood Canyon Golf Course. 7 a.m. check-in, followed by 8 a.m. shotgun start (scramble format).

$150 per golfer, $550 foursome. Includes gift bag, cart, golf, post-tournament dinner awards, and silent auction. Hosted by Castro Valley Sports Foundation and Rowell Ranch Rodeo with

proceeds going towards local and community organizations. Sponsorships also available. Register at www.castrovalleysportsfoundation.org or for more information, contact Cal Sakamoto (510) 774-5205.

East Bay ALZ Walk: Join East Bay Walk to End Alzheimer's on Oct. 26 at Bishop Ranch in San Ramon. Free. Proceeds benefit Alzheimer's Association. To register, visit act.alz.org/eastbay2019 or for more details contact Brittany Harrit (408) 372-9912, eastbaywalk@alz.org.

Green Tee Golf Tournament: July 15 at Metropolitan Links. Registration begins at 6:30 a.m., followed by shotgun start at 8:30 a.m. $125 each golfer ($40 lunch without golf), $400 foursome, which includes range balls, cart, lunch, chip n' challenge and other contests. Proceeds benefit Oakland Parks and Recreation Youth Development. To register, visit www.eventbrite.com/e/green-tee-golf-tournament-

tickets-60487430533 or for more information contact Karis Griffin at (510) 238-7259 or Ron Scarborough at (510) 773-7679.

San Jose High School Tournament: Aug. 8 at San Jose Country Club. $150 early bird, $175 after July 8. Includes green fees, range balls, cart, and dinner. For other info, e-mail hpnakashima@gmail.com. For more information: www.sanjosehighfoundation.org.

VFW District 12 California Fundraiser: July 12 at Bayonet & Black Horse Golf Course. Registration at 11 a.m., followed by a shotgun start at 1 p.m. $125 per golfer, includes golf, cart, tee prizes (as well as longest drive, putting contest), awards, raffle, and banquet. $40 banquet only ticket. Proceeds directly support Veteran programs and activities in five counties (San Mateo, Santa Clara, Santa Cruz, Monterey and San Benito). To register, visit https://www.vfwcadist12.org/golf-1 or for more information contact Ermelindo Puente at (408) 836-4697, Steve Curtin

(831) 247-0743 or Thomas Peavey (831) 801-5385.

31st Father Berris Golf Classic: Sept. 16 at Silver Creek Valley Country Club in San Jose. Registration and putting contest begin at 10 a.m. Four-person scramble shotgun start. $190 per golfer or $720 foursome. Includes green fees, practice balls, lunch, cart, tee gifts, on-course refreshments, dinner, awards and prizes. Proceeds benefit the youth at St. Nicholas Greek Orthodox Church. Sponsorships are available with and without golf. To register, visit FrBerrisGolf.org or for questions or more information, email FrBerrisGolf@comcast.net.

Golf

Alameda Jr. Golf Club: Registration open for the upcoming tournament season and clinics for boys and girls, ages 7-18. Tournaments run through August on Wednesdays at Corica Park Golf Course. $50 per player. For more information, call 510-521-4737 or email alamedajrgolf@gmail.com.

*The First Tee of Contra Costa Summer Golf Classes: Through August 5. Kids ages 5-17 can register for classes at five different golf courses in Contra Costa County and Solano. During classes, kids learn important life skills such as respect and courtesy while having fun playing golf. The First Tee is an international non-profit organization teaching kids life skills through the game of golf. Cost for 8 weeks of classes: $129 for ages 5-6, and $139 for ages 7 and above. Financial aid available. Register at thefirstteecontracosta.org.*

*Hall of Fame*

*Piedmont Sports Hall of Fame: The PSHOF, founded in 2003, honors and enshrines Piedmont HS and Millennium HS athletes, coaches, administrators and community members for outstanding and extraordinary contributions to Piedmont High athletics. The PSHOF accepts nominations on a year-round basis for their biennial induction ceremony. For nomination criteria and forms, visit piedmontathletics.com/hall_of_fame/.*

*Jobs*

*Alameda HS: Seeking assistant football coaches. Contact head coach Paulo Sunia at Paulo_sunia@yahoo.com.*

*Alameda Girls Softball Association: Looking for coaches for Alameda Blaze competitive travel teams during summer and fall leagues, for ages 8U, 1OU and 12U. Former softball players and current/former coaches wanted for the opportunity to develop players and grow the program. For more information visit alamedagsa@gmail.com or contact Heather at 510-316-7299.*

*Berkeley HS: Seeking assistants for varsity and junior varsity girls soccer programs. For more information, contact Alejandro Mendoza at amen51Ogs@gmail.com. Also seeking boys varsity water polo coach and boys and girls junior varsity water polo coaches. For more information, contact Britta Fjelstrom at brittafjelstrom@berkeley.net.*

*Bishop O'Dowd HS: Seeking girls water polo coach at all levels for Fall 2019 season. For more information, contact Michael Bowler at 510-553-8640 or dragons@bishopodowd.org.*

*Freedom HS: Looking for junior varsity head football coach and assistant varsity football offensive coordinator for 2019 school year. Apply on edjoin and/or email Andrew Cotter at cottera@luhsd.net.*

*Holy Names HS: Seeking JV and assistant varsity girls volleyball coaches for 2019-2020 school year. Contact Tamara Herendeen at 510- 910-0468 or athletics@hnhsoakland.org.*

*Piedmont HS: Seeking football coaches for varsity offensive line, varsity wide receivers and junior varsity defensive coordinator for 2019 season. Contact John Trotman at 510-861-4735 or Jtrotman74@yahoo.com for additional information.*

*St. Joseph Notre Dame HS: Seeking athletic director. For more information, contact Julie Guevara at 510-523-1526 or*

hiring@sjnd.org. Also seeking varsity boys soccer coach. Contact Chris Pondok at 510-995-9434.

St. Mary's HS: Seeking a varsity head coach for women's softball for the 2020 season. Also, looking for JV football offensive coordinator. Contact Casey Filson at 510-559-6218 or by email at cfilson@stmchs.org.

Pickleball

NorCal Courts Pickleball: Open gym for adults +16 and up from 10 a.m.-noon Monday, Wednesday and Fridays at NorCal Courts, 360 Ferry St., Martinez. $4 per person. (925) 457-5081, www.norcalcourts.com.

Walnut Creek Recreation: Drop-in play for adults +18 every Monday, Wednesday and Friday from 9 a.m.-noon at Tice Valley Gym, 2055

Tice Valley Blvd., Walnut Creek. $4. (925) 256-3572.

Rugby

Health Shape I Sponsored

Berkeley Rhinos Rugby Club: Have started training for 2019 season. Practices are held at Gilman Fields at the Tom Bates Regional Sports Complex in Berkeley each Tuesday and Thursday from 5-7 p.m. and are open to all high school-aged players. Cost ranges from $100-$300 based on financial ability. For more information, call Bhu Muhler (510-295-7092) or visit www.berkeleyrhinos.org.

Berkeley Rugby Football Club: Looking for players for 2019 season. Practices are Mondays and Thursdays at Gilman Fields at Tom Bates

Regional Sports Complex in Berkeley from 7-9 p.m. Open to anyone 18+ that wants to play rugby. For more information, visit www.berkeleyrugby.org or email berkeleyrfc@yahoo.com.

Soccer

Orinda Adult Drop-in: For men and women ages 30 and up, every Sunday from 9:30-11:30 a.m. at Wilder fields, Wilder Road, Orinda. For more information, 925-254-7688.

Pleasant Hill Recreation: Registration open for monthly lessons for kids (6-12) and adults and teens (+13). Tuesdays or Wednesdays at 6:30 p.m. or Thursdays at 7:30 p.m. Also offering Summer Youth Camp one-week sessions Monday-Friday, for ages 6-12. Register at www.phrecsports.com/tennis.html, (925) 682-0896.

Track and field

Castro Valley Track Club: Online registration open for year-round boys and girls track and field club, for ages 8-18. $275. (510) 409-9308, mail@jamesjphillips.com, www.cvtrackclub.com.

EXAMPLE 37: SCIENTISTS DISCOVER IT'S "RAINING PLASTIC" FROM METRO DENVER TO HIGH IN ROCKY MOUNTAIN NATIONAL PARK

https://www.denverpost.com/2019/08/16/raining-plastic-colorado/

**Scientists testing rainwater around metro Denver and high in the** <u>Front Range mountains found microscopic bits of colored plastic in more than 90% of their samples — adding to growing evidence that plastics have contaminated the</u> *planet far more deeply than people can see.*

*This research led by U.S. Geological Survey research chemist Greg Wetherbee is raising questions about the possible impact on people and ecosystems. It's unclear, for example, whether metro Denver drinking water treatment plants remove these tiny plastic fibers and shards.*

*"People might be seeing a lot of plastic in the oceans, on the ground, at the supermarket. But there is more plastic in the environment than meets the eye," Wetherbee said in an interview Thursday. "Plastic is everywhere. It is in the rain and snow."*

*The findings are summarized in a federal research report titled "It Is Raining Plastic" that was*

*published in July after passing a four-stage, peer-review process. It's based on analysis of 300 rainwater samples collected weekly in 2017 at six urban sites in the Denver-Boulder area and two in the mountains, including a seemingly isolated site in Rocky Mountain National Park.*

*Lab analysis using microscopes found water from the Colorado collection sites contaminated with blue, red, silver, purple and green fragments from the breakdown of larger pieces of plastic.*

*There are no limits in place, or standards, for this type of pollution, and federal scientists suggested the "microplastics" come from clothing through laundry drier vents, household materials such as tarps, and packaging that degrades, releasing bits that blow in the wind and wash into water — and presumably are evaporated into the atmosphere.*

*USGS scientists found more plastic particles in water samples drawn from the urban sites — which followed a line from the National Jewish Hospital in east Denver through downtown to Arvada, the Rocky Flats National Wildlife Refuge, the University of Colorado's Boulder campus and Boulder Canyon.*

*But Wetherbee and his team also found frequent plastics contamination in water samples drawn at a mountain site near Nederland and at a relatively isolated Loch Vale site at an elevation of 10,364 feet above sea level beneath towering peaks in Rocky Mountain National Park — a watershed that scientists have monitored for more than 20 years for chemical contamination from wind and rain.*

*The scientists concluded that plastics contamination of water "is ubiquitous and not just an urban condition," the report said.*

*These results fit into recent research by European*

14

scientists who detected plastics contamination of water in the Arctic. A Utah State University scientist has been conducting studies focused on pollutants inside U.S. national parks.

Plastics fragments often are so small that they slip through water-cleaning filters and spread into rivers and oceans.

After revelations that many U.S. personal care products including soaps and toothpastes contained plastic "micro-beads" for scouring, Congressional lawmakers in 2015 began trying to prevent companies from making those projects in the United States. A phase-out was to begin in 2017. Several states, including California and New Jersey, passed laws requiring a total phase-out of micro-bead products by 2020. These are but one source of plastics pollution. Oceans around the world contain floating heaps of plastics, and larger pieces splinter over time into tiny bits.

The fragments detected in Colorado water are considerably smaller, scientists said. The

consequences for human health and ecosystems are largely un-studied.

"An emerging contaminant issue"

Drinking water impacts are "a good question," said Denver-based USGS research hydrologist William Battaglin, founder of the Consortium for Research and Education on Emerging Contaminants, a group of metro water professionals and scientists who meet regularly to discuss water pollutants that remain mostly uncontrolled.

"This is an emerging contaminant issue. It is something we should be aware of," Battaglin said. "It is another impact of human society on the landscape that we were unaware of until recently."

When Wetherbee began his research, he was looking for nitrogen pollution of water as part of a four-decade National Atmospheric Deposition Program that began with investigations of acid rain and broadened in 1978 to encompass other pollutants that spread from people into the natural environment.

Water samples were sent to a central lab in Wisconsin. Wetherbee asked to have filters sent back after testing. He wanted to see whether they'd caught heavy metals from possible industrial sources in Denver.

"I thought I'd better look at these things just to see what is on them. Then the data will make more sense." He photographed each filter to preserve a record.

"I started to notice there were these pieces of plastic. Was it that surprising to see these plastics in the urban environment? Then, when I saw them in Rocky Mountain National Park, it started to be very surprising."

Depending on funding, future USGS research in Denver, where the agency's national water quality lab is located, will focus on measuring how much microplastic is spreading around the planet.

"Second, it is up to the ecological community to find out what the effects on ecosystems might be,"

Wetherbee said. "It might not matter as much as we might suspect. It may be something we really need to worry about."

Denver Water to monitor research

At Denver Water on Thursday, utility officials familiar with the federal findings said they didn't know whether microplastics are present in drinking water but would monitor research

and adjust treatment processes accordingly.

"Denver Water is fortunate to have watersheds that are in great health, consisting of more remote mountain sites that provide us with high-quality snow runoff. Denver's drinking supply does not come from the metro Denver area that the USGS study sampled," utility spokesman Travis Thompson said in an emailed response to

queries from The Denver Post.

"As Denver Water's scientists learn more about emerging issues like this, we use that to inform monitoring programs, management of our watersheds and treatment processes to ensure Denver's tap water always meets or goes above and beyond the strict federal regulations and water quality standards."

EXAMPLE 46: SUIT: TBN BOARD DIVERTED MILLIONS FROM 'CHARITABLE ASSETS'

https://www.ocregister.com/2012/02/09/suit-tbn-board-diverted-millions-from-charitable-assets/?share=email

**The granddaughter of Trinity Broadcasting Network's Paul and Jan Crouch has accused the world's largest Christian broadcaster of unlawfully distributing charitable assets worth more than $50 million to the company's directors.**

*The charges are leveled in a federal lawsuit filed by Crouch granddaughter Brittany Koper (far left) last week against her former lawyers, who also do legal work for TBN.*

*"Observers have often wondered how the Crouches can afford multiple mansions on both coasts, a $50 million jet and chauffeurs," said Tymothy MacLeod, Koper's attorney. "And finally, with the CFO coming forward, we have answers to those questions."*

*Koper had served as chief financial officer, director of finance, corporate treasurer and director of human resources for Trinity Christian Center of Santa Ana, which does business as Trinity Broadcasting Network*

*(TBN), according to the suit. Koper's complaint is not directed against her grandparents or TBN — but against the two attorneys who handle some TNB legal work, and who once worked for Koper herself. She accuses them of professional negligence, breach of fiduciary duty and other transgressions in the suit.*

*Koper was using these attorneys for her personal affairs, and she went to them with her suspicions over the legality of the payments to TBN's directors, only to be told to shut up, return everything she had earned through TBN to the company, and be gone, according to the suit.*

*Douglass S. Davert of Davert & Loe in Long Beach is one of the attorneys targeted in Koper's suit. "Her assertions are outright fiction and wholly without merit," he said. "The allegations are defamatory and to the extent they get printed we*

*are going to defend ourselves vigorously."*

*Davert said he couldn't comment fully on pending litigation, but that there's a great deal more going on here. To wit:*

*Koper and her husband were actually the ones doing the misdeeds, according to a suit originally filed by Davert & Loe in Orange County Superior Court in October (the original and amended complaints are here).*

*Though apparently crafted to avoid mentioning TBN, that suit accused Koper and her husband — both of whom worked for TBN and were on its board of directors — of forging documents and misappropriating funds to the tune of some $400,000. The suit was dismissed without settlement in January.*

*Koper's lawyer says that suit was a preemptive strike, an attempt to discredit Koper, because Koper was going to blow the whistle.*

17

Redemption Strategies Inc. — a corporation formed by Loe on Oct. 17 — sued the Koperts on Oct. 18, charging embezzlement, fraud, intentional misrepresentation and other misdeeds. At the time, Davert & Loe were still representing Koper, MacLeod said.

"It's kind of a sordid affair," said MacLeod, Koper's attorney. "Many layers. But at the heart is the wrongful termination. She was terminated for insider whistleblowing."

MacLeod is getting to be something of an old hand at suing TBN: He represented Brian

Dugger, a gay broadcast engineer who sued Trinity in 2009, claiming he was harassed and discriminated against by employees of the world's largest Christian broadcasting empire. Paul Crouch Jr. allegedly taunted Dugger with pornography, said TBN was no place for fairies and declared that 'Brian has a man-gina!' "

In court paperwork, Crouch said those things never happened. The case was settled in 2010, but its terms were confidential.

We asked TBN to comment directly on these new cases, and will let you know if and when we hear back.

TBN, a nonprofit, reported revenues of $175.6 million, expenses of $193.7 million, and net assets of $827.6 million at the end of 2010, according to its tax returns. Its highest-paid officer was Paul Crouch, with compensation of $400,000. Its officers, directors and key employees included Paul and Jan Crouch, Paul Couch Jr., Matthew Crouch, Koper and her husband, among others, according to TBN's most recent tax returns.

MacLeod said that Koper is readying documentation regarding her charges and will submit a package to the Internal Revenue Service for its review.

We'll keep you posted on how all this shakes out.

EXAMPLE 51: IN THE AGE OF DATING APPS, AN OLD-SCHOOL STILLWATER MATCHMAKER THRIVES

https://www.twincities.com/2020/02/09/elite-matchmaker-tinder-valentines-stillwater-love/

**Erica Fultz has chased a woman down** the street in Miami, chatted up a retired banker at Starbucks in Scottsdale and approached businessmen at a bar in Chicago.

*Her opening line is always the same: "Hi, I'm Erica. I'm a matchmaker. Are you single?"*

Fultz, 45, of Stillwater, is a professional matchmaker. Her company, Erica Suzanne Fultz, specializes in matching men and women in their 40s and *50s.*

*If the people she approaches are single and willing, Fultz will add them to her company's database. She has collected the names and contact information of an estimated 6,500 singles; most aren't paying clients, but are willing to be set up.*

*"I have no shame in my game when I'm scouting," Fultz said during a recent interview at Hotel Crosby in downtown Stillwater, which sometimes serves as*

*her de facto office. "My daughter sprained her ankle, and I approached the ortho at Tria. He was married; he couldn't wear a ring. Mary absolutely was under the table. She was, like, 'Are you kidding me?' I'm, like, 'What? Love never rests.'"*

*With Valentine's Day nearing and love in the air, one of the nation's foremost experts in matchmaking sat down with the Pioneer Press to talk about her business and offer advice.*

*MAKING IT PERSONAL*

*Yes, everyone with a cellphone has access to online dating sites like Tinder, Match.com and Bumble, Fultz said, but her clients "crave a more personalized experience."*

*The dating apps are "so impersonal," she said. "It's an order-up kind of thing. You have this menu, and then you swipe your selections. They're not people anymore; they're just swipe, swipe, swipe, and they're not even paying attention. It's a*

*constant flow. Nobody ever invests in each other.*

*"I met someone recently — she's cute, late 30s, professional — and she said, 'Erica, I went on Bumble, and I had a thousand messages in my inbox over the weekend.' A thousand! Who can manage that? It's overwhelming."*

*Fultz thoroughly vets all of her client's potential matches. She does background checks, scours court records and conducts in-person interviews.*

*She likes to meet potential matches at restaurants, putting them to the test as soon as they approach. "Do they make eye contact?" she said. "Do they open doors? How do they treat staff?"*

*HOW IT WORKS*

*Fultz works with about 15 to 20 paying clients at a time. A six-month membership fee starts at $8,800, but can cost as much as $15,000 if a client needs more attention, she said. "It's an investment.*

You have to be willing to invest in yourself — and your future."

The fee includes a lengthy consultation with Fultz, fashion advice, beauty tips and a professional photoshoot.

"I'm confidante, coach and encourager," she said. "If there is something that is not working, your best friends aren't really going to tell you. They want you to be happy. I want to set my clients up for success, so if there's something that I see, I will definitely point it out. People are hiring me to be honest with them and to help them find love."

In order to find love, clients must first be happy with their own lives, according to Fultz.

"If you aren't loving yourself and happy with yourself, there is no way I can create any kind of match that is going to work. Ever," she said.

Fultz then turns to physical and cosmetic improvements.

"Look good, feel good," she said. "You've got to put yourself out there in the best light — the best self that you can be. You have to show that you're wanting to be there. If you dress a certain way, and you're caring about your looks, you're showing that you want to be there."

Fultz creates Pinterest boards for her clients and "pins" ideas for hairstyles, hair color, outfits and dental veneers on the digital scrapbooking site.

A board she made for a Minneapolis client showed photos of women with long, layered hair; the woman, who is in her early 40s, has short brown hair and bangs, Fultz said. "I want her to grow out her bangs, and put some layers in there, put in some highlights. ... It's a simple,

simple change."

Another Pinterest board — created for a 45-year-old client in Houston — featured a photo of a woman wearing white jeans, a blue-and-white striped shirt and cork wedge sandals. "We were looking at summer-date outfits," Fultz said. "She's younger. I wanted her to show her figure. She does not like to do that, but she has a great figure. She's in Texas, so you can get

away with white jeans longer."

QUESTIONS AND FEEDBACK

In her initial interview with potential clients, Fultz asks if they are open to feedback and suggestions. "If you're not, you know, that's kind of defeating the purpose," she said. "Why would you go to a personal trainer at the gym if you're not going to follow the recommendations?"

Among Fultz's feedback: No swearing. No chewing with your mouth open. Don't show too much skin. Don't have more than three drinks on a date. Don't move too fast physically.

Fultz's clients are guaranteed at least three dates during each six-month session, but they often go on multiple dates with their match. If clients begin dating a match, they can put their membership "on hold" for as long as they want, she said.

Clients fill out a lengthy questionnaire that covers everything from favorite color to religious and political beliefs to income preference to birth order. Among them: If you had a

choice, would you rather go dancing or have a quiet night at home? What was the most significant accomplishment you've had in the last five years? Celebrity you find most attractive? Do you appreciate giving or receiving gifts?

She pairs people with like interests and values and coordinates their first meeting.

"I try to get them doing activities that are side-by-side," she said. "Ice skating. Bowling. Walking around the lakes. Topgolf is a great one."

She once arranged for a couple to run a 5-K race on their first date. "Of course they're still together!" she said. "Because why would anybody do a first-date 5K unless they were meant to be together?"

On average, Fultz's clients work with her for 12 to 18 months, but she matched Pete Hayes and Denielle Mehr on the first try. "One and done," she said. "That's my favorite. I had a good feeling about them. They just clicked. They had very similar lifestyles and similar personalities and dispositions.

"But I can never predict chemistry," she said. "I wish I had some magic juju that I could tell whether someone is going to match. I would be retired and living in Fiji right now if I could."

'WE'RE STILL TOGETHER'

Hayes, 52, who lives in western Wisconsin, and Mehr, 45, of Minneapolis, met in August after Hayes hired Fultz to find him a match. Mehr, a corporate recruiter and self-proclaimed "hater" of online dating, had approached Fultz last winter and asked to be included in her database.

"I'd been on multiple dating apps," said Hayes, the owner of a construction company. "At first, they seem kind of fun, but then you realize they're a lot of work, and I really didn't have time for it."

Fultz did an extensive interview with Hayes — they met for coffee several times — before announcing that she had a "great fit" for him, he said. "We met, and we're still together now."

Said Mehr: "Erica found someone who had all of my most-important qualities. She's really good at what she does. Pete calls her 'the world's best matchmaker.'"

Fultz's client list has included professional athletes, TV personalities and Hollywood actresses. She once worked on-air with a cast member from "The Real Housewives of Orange County."

"Everyone needs help finding love," she said. "I'm a connector. It's just all about connecting. I use my gut, and I say, 'I think these people are going to be a good connection.' That's what I do."

FROM FAX MACHINES TO MATCHMAKING

Fultz grew up in Stillwater, graduated from Stillwater Area High School in 1993 and got a bachelor's degree in family social science from the University of Minnesota.

Her first post-college job was "selling fax machines because that's what all young 20- somethings should do, for sure, to get into sales," she said.

In 1998, she was recruited to apply for a sales job at It's Just Lunch, a new

matchmaking service in downtown Minneapolis.

"I was one of 10 people applying for the job, and I actually begged for it," she said. "I looked the owner in the face and I said, 'What do I need to get this job? I need this job, and I will do a tremendous job for you, so please hire me.' Literally, I wouldn't let him go."

In those days, clients filled out a questionnaire on paper and submitted a Polaroid photo.

"It sounded so romantic to be a matchmaker, but I had no idea what the job entailed," she said. "There was a cart of profiles, and there was a stack that I had to match. I'm, like, 'Hey, these people look good together.' I had no idea who those people were."

Her first assignment involved setting up a lunch date for a male client. She sorted through the profiles and found a photo of a woman "who was super-cute," Fultz said. "She was on a lake — in a bikini, wearing sunglasses."

Fultz arranged for them to meet for lunch. When she walked in the next day, her phone "was ringing off the hook," she said.

"I picked up, and this man was yelling at me. I said, 'What did I do?'

"He said: 'The least you could have done was tell me she was blind!'

"I'm, like, 'I didn't know! She was wearing sunglasses!'" she said.

"From that day forward, I made a deal that I would actually talk and meet everyone that I matched," she said. "It was good to learn that lesson right off the bat."

After two years at It's Just Lunch, Fultz launched Love In Style, a boutique matchmaking business based in downtown Stillwater; she sold it in 2004.

Fultz, who has three children, returned to full-time matchmaking in 2015, teaming up with a woman matchmaker in St. Louis Park. She launched Erica Suzanne Fultz in 2018.

SEARCHING FOR MATCHES

She and her assistant, Katie Walker, mine dating sites and LinkedIn, Instagram and other social-media sites for potential matches.

"Facebook is like the White Pages. This is Zoosk right here," she said, pointing to her laptop screen. "Look, this is a stereotypical profile pic of a man in Minnesota. He's holding up a fish. Here's my advice: Don't hold up dead animals. Seriously, women don't like it."

But Fultz thought he might be a good fit for a client, so she messaged him.

"Hello!" she wrote. "I hope you are having a good day. I reached out because I'm a matchmaker and feel like you might be someone that my client might be interested in. Would you care to chat with me and learn more? This message is hopefully met with flattery! Truly, Erica."

Certain personalities can be difficult to match, she said. "They tend to be really, really picky, and they're not open to change at all, and they're not introspective. They feel like they're just fine. That they're perfect, and that a perfect match needs to come along."

*One woman refused to meet a potential match because he was wearing a polo shirt in his profile picture. "That's the kind of person you're never going to get anywhere with," she said.*

*Fultz, who is divorced, advises clients to be clear of "baggage" from previous relationships before looking for a "forever match."*

*"Take time to heal and learn the lessons needed to be learned from the experience," she said. "Then, make sure to focus on the positive attributes of those people and what they brought to your life — rather than the negative."*

*FINDING HER OWN PARTNER*

*Over the summer, Fultz met her "forever partner" when she marched up to him at a lacrosse tournament at Stillwater High School and asked if he was single.*

*Fultz's line about being a professional matchmaker scouting for her clients didn't fly with Tom McKay, who lives in Lake Elmo.*

*"He turned it around, and he said, 'Well, what's your story?'" she said. "I said,*

*'I'm just the matchmaker,' and he said, 'No, what's your story?' We are just two peas in a pod. We're the perfect match. When you know, you know."*

*The two became engaged in December.*

*"Really at their core, everyone wants to find love," Fultz said. "People who are feeling discouraged about being alone or are feeling like they're not ever going to meet their person, you have to envision them coming in. You have to have that energy. The law of attraction, right?"*