1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM & WATKINS LLP

June 11, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re: *Daily News, LP et al. v. Microsoft Corp. et al. (24-cv-03285-SHS)* – Oral Argument Request

Dear Judge Stein:

On behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (together, the "OpenAI Defendants"), we write pursuant to Rule 2.F of Your Honor's Individual Practices to request that oral argument be held with respect to the OpenAI Defendants' motion to dismiss.

Thank you for your consideration.

Respectfully submitted,

/s/      *Andrew M. Gass*
Andrew M. Gass (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:      All Counsel of Record (via ECF)