UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,

      Plaintiffs,

v.

MICROSOFT CORPORATION; OPENAI, INC.; OPENAI LP; OPENAI GP, LLC; OPENAI, LLC; OPENAI OPCO, LLC; OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,

      Defendants.

Case No. 1:24-cv-03285-SHS-OTW

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

  Defendants OpenAI, Inc., OpenAI L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (together, the "OpenAI Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

  1.  OpenAI, Inc. states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

  2.  OpenAI L.P. changed its name in January 2023 to OpenAI OpCo, L.L.C. OpenAI OpCo, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

3. OpenAI GP, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

4. OpenAI, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

5. OpenAI Global, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

6. OAI Corporation, LLC converted in September 2023 from a limited liability company to a corporation named OAI Corporation. OAI Corporation states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

7. OpenAI Holdings, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

Dated: June 11, 2024                                Respectfully Submitted,

By: /s/ *Andrew M. Gass*

**LATHAM & WATKINS LLP**
    Andrew M. Gass (*pro hac vice*)
     andrew.gass@lw.com
    Joseph R. Wetzel
     joseph.wetzel@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: 415.391.0600

    Sarang V. Damle
     sy.damle@lw.com
    Elana Nightingale Dawson (*pro hac vice*)
     elana.nightingaledawson@lw.com
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    Allison L. Stillman
     alli.stillman@lw.com
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.906.1200

By: /s/ *Joseph C. Gratz*

**MORRISON & FOERSTER LLP**
    Joseph C. Gratz (*pro hac vice*)[*]
     jgratz@mofo.com
    425 Market Street
    San Francisco, CA 94105
    Telephone: 415.268.7000

    Allyson R. Bennett (*pro hac vice*)
     abennett@mofo.com
    707 Wilshire Boulevard, Suite 6000
    Los Angeles, CA 90017-3543
    Telephone: 213.892.5200

By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
    Robert A. Van Nest (*pro hac vice*)
     rvannest@keker.com

Paven Malhotra[*]
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
 ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
 tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
 kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.