AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Daily News, LP, Chicago Tribune Co., LLC et al | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:24-cv-03285-SHS |
| Microsoft Corporation, OpenAI, Inc. et al | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Daily News, LP; Chicago Tribune Company, LLC, et al.

Date: 06/12/2024

/s/ Bryan B. Thompson
*Attorney's signature*

Bryan B. Thompson (Bar No. 6004147)
*Printed name and bar number*

Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
*Address*

bthompson@rfem.com
*E-mail address*

(202) 783-6040
*Telephone number*

(202) 783-6031
*FAX number*