UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action  1:24-cv-3285 (SHS)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Jeffrey S. Jacobson of the law firm of Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, New York, New York 10036, hereby enters his appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated:  June 13, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By:  /s/ Jeffrey S. Jacobson
      Jeffrey S. Jacobson
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Tel:  212-248-3140
jeffrey.jacobson@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*