UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　　　　　　　　Defendants. | Civil Action 1:24-cv-3285 (SHS)<br><br>AFFIDAVIT OF JARED B. BRIANT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

STATE OF COLORADO　　　　)
　　　　　　　　　　　　　) ss:
COUNTY OF DENVER　　　　 )

　　　　Jared B. Briant, of full age, being duly sworn, hereby deposes and says as follows:

　　　1.　　I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Microsoft Corporation in the above-captioned action.

　　　2.　　I am admitted to practice in the highest court of the State of Colorado. I am a member in good standing of the highest court of the State of Colorado. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of Colorado, dated June 6, 2024.

　　　3.　　I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Jared B. Briant

Sworn and subscribed to before
me this 13th day of June, 2024

_____
Notary Public

ROBIN L ROLD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214034910
MY COMMISSION EXPIRES SEPTEMBER 01, 2025

2