# EXHIBIT A



# SUPREME COURT
## State of Colorado.

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JARED B. BRIANT**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **25th**

day of **October** A.D. **2004** and that at the date

hereof the said **JARED B. BRIANT** is in good standing

at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **June** A.D. **2024**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk