**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAILY NEWS, LP; CHICAGO TRIBUNE
COMPANY, LLC; ORLANDO SENTINEL
COMMUNICATIONS COMPANY, LLC; SUN-
SENTINEL COMPANY, LLC; SAN JOSE
MERCURY-NEWS, LLC; DP MEDIA
NETWORK, LLC; ORB PUBLISHING, LLC, and
NORTHWEST PUBLICATIONS, LLC,

                    Plaintiffs,

          v.

MICROSOFT CORPORATION, OPENAI, INC.,
OPENAI LP, OPENAI GP, LLC, OPENAI, LLC,
OPENAI OPCO LLC, OPENAI GLOBAL LLC,
OAI CORPORATION, LLC, and OPENAI
HOLDINGS, LLC,

                    Defendants.

Civil Action  1:24-cv-3285 (SHS)

**[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE***

---

The motion of Jared B. Briant for admission to practice *Pro Hac Vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of

Colorado; and that his contact information is as follows:

> Jared B. Briant
> Faegre Drinker Biddle & Reath LLP
> 1144 15th Street, Suite 3400
> Denver, Colorado 80202
> Telephone (303) 607-3588
> jared.briant@faegredrinker.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Microsoft Corporation, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge
Sidney H. Stein