**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC, | Civil Action  1:24-cv-3285 (SHS) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Jared B. Briant of the law firm of Faegre Drinker Biddle & Reath LLP, 1144 Fifteenth Street, Suite 3400, Denver, Colorado 80202, hereby enters his appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated: June 17, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By:  _/s/ Jared B. Briant_
    Jared B. Briant
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Tel:  303-607-3500
jared.briant@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*