

901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001

Telephone (202) 783-6040
Facsimile   (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols
Daniel L. Shores
Brett A. Postal
Aydin H. Harston, Ph.D.

Jennifer B. Maisel
Jess M. Collen
Jeffrey A. Lindenbaum*
Mark T. Rawls
Monica Chin Kitts
Nicole M. DeAbrantes
Davide F. Schiavetti
Patrick Moon
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
An Nguyen
James T. Pawlowski
Bryan B. Thompson
Melissa C. Santos, Ph.D.
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus*

G. Franklin Rothwell
(1928-2011)

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Harry F. Manbeck, Jr.
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

June 25, 2024

**<u>VIA ECF</u>**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

      Re:    *Daily News, LP, et al. v. Microsoft Corporation, et al.*
                Case No.: 1:24-cv-03285-SHS

Dear Judge Stein,

      I write on behalf of Plaintiffs pursuant to Rule 2.F of Your Honor's Individual Practices. Plaintiffs respectfully request oral argument on the OpenAI Defendants' partial motion to dismiss. Dkt. 80. Plaintiffs believe that oral argument will assist the court in segregating the non-pertinent factual allegations raised in the OpenAI Defendants' moving papers from the otherwise straightforward issues on which they have actually moved.

                                      Respectfully submitted,

                                      /s/ *Steven Lieberman*
                                      Steven Lieberman

cc:      All Counsel of Record (via ECF)