UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; and NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-03285-SHS<br><br>**DECLARATION OF JENNIFER B. MAISEL IN SUPPORT OF PLAINTIFFS' RESPONSE TO OPENAI'S MOTION TO CONSOLIDATE** |

I, Jennifer B. Maisel, hereby declare and state as follows:

1. I am an attorney with the firm Rothwell, Figg, Ernst & Manbeck, P.C., counsel for Plaintiffs Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC (collectively, "Plaintiffs" and/or "Publishers"). I am a member in good standing of the bar of New York and the bar of the District of Columbia.

2. I am familiar with the facts and circumstances stated in this declaration and respectfully submit this declaration in support of Plaintiffs' Response to OpenAI's Motion to Consolidate. *See* Dkt. 87. The matters stated herein are based on my personal knowledge or based on existing litigation records, and if called as a witness, I could competently testify thereto.

3. On June 13, 2024, OpenAI Defendants filed a Motion to Consolidate the present action and *New York Times Co. v. Microsoft Corp.*, Case No. 1:23-cv-11195-SHS. Dkt. 87. On

1

June 14, 2024, Defendant Microsoft Corporation filed a Joinder Brief in Support of the OpenAI Defendants' Motion to Consolidate. Dkt. 94.

4. On June 14, 2024, the parties held their Rule 26(f) Conference.

5. Attached hereto as Exhibit A is a true and correct copy of email correspondence from Ian Crosby, counsel on behalf of The New York Times in *New York Times Co. v. Microsoft Corp.*, Case No. 1:23-cv-11195-SHS ("Crosby email dated June 18, 2024").

6. Attached hereto as Exhibit B is a true and correct copy of email correspondence from Paven Malhotra, counsel on behalf of the OpenAI Defendants ("Paven email dated June 25, 2024").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Washington, DC on June 27, 2024.

*/s/ Jennifer Maisel*

Jennifer B. Maisel