UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY- NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; and NORTHWEST PUBLICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | Case No. 1:24-cv-03285-SHS |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Microsoft Corporation respectfully submits this notice of supplemental authority in support of its motion to dismiss the Complaint. As explained in Microsoft's reply brief in support of its Motion, a recent decision from the Northern District of California conclusively rejected a DMCA § 1202 challenge to GitHub and Microsoft's Copilot generative AI coding tool. *See* ECF No. 105 at 5 & n.3 (citing *Doe 1 v. GitHub*, No. 22-cv-06823-JST (N.D. Cal. June 24, 2024), ECF No. 253). That order has now been unsealed and is attached hereto as Exhibit 1.

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 8, 2024 | Respectfully submitted,<br>Orrick, Herrington & Sutcliffe LLP |
| | By: | |

                                              */s/ Annette L. Hurst*

Annette L. Hurst (*Pro Hac Vice*)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
ahurst@orrick.com
Christopher J. Cariello
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3778
ccariello@orrick.com

Sheryl Koval Garko (*Pro Hac Vice*)
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
sgarko@orrick.com

Laura Brooks Najemy (*Pro Hac Vice*)
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
lnajemy@orrick.com

*Attorneys for Defendant*
*Microsoft Corporation*