**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,

                Plaintiffs,

     v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,

                Defendants.

Civil Action  1:24-cv-3285 (SHS)

**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE***

---

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kirstin L. Stoll-DeBell, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions. I am in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

2

**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated:  Denver, Colorado
       July 11, 2024

By:   */s/ Kirstin Stoll-DeBell*

Kirstin L. Stoll-DeBell
1144 15th Street, Suite 3400
Denver, Colorado 80202
(303) 927-5212
kirstin.stolldebell@faegredrinker.com

*Attorneys for Microsoft Corporation*