**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action 1:24-cv-3285 (SHS)<br><br><br>**AFFIDAVIT OF KIRSTIN STOLL-DEBELL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF COLORADO    )
                     ) ss:
COUNTY OF DENVER     )

        Kirstin Stoll-DeBell, of full age, being duly sworn, hereby deposes and says as follows:

    1.    I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Microsoft Corporation in the above-captioned action.

    2.    I am admitted to practice in the highest court of the State of Colorado and the highest court of the State of Arizona. I am a member in good standing of the highest court of the State of Colorado and highest court of the State of Arizona. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of Colorado, dated June 17, 2024.

Annexed hereto as Exhibit B is a Certificate of Good Standing from the Supreme Court of Arizona, dated June 18, 2024.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

*/s/ Kirstin Stoll-DeBell*
Kirstin Stoll-DeBell

Sworn and subscribed to before me this 8th day of July, 2024.

*/s/ Robin L Rold*
Notary Public

ROBIN L ROLD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214034910
MY COMMISSION EXPIRES SEPTEMBER 01, 2025

2