# EXHIBIT A



**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**KIRSTIN LEIGH STOLL-DEBELL**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **October** A.D. **1998** and that at the date hereof the said **KIRSTIN LEIGH STOLL-DEBELL** is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **17th** day of **June** A.D. **2024**

**Cheryl Stevens**
Clerk

By _Myra Sanchez_
Deputy Clerk