**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　　　　　　Defendants. | Civil Action  1:24-cv-3285 (SHS)<br><br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

　　　　The motion of Kirstin Stoll-DeBell for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

　　　　Applicant has declared that she is a member in good standing of the bar of the State of Colorado; and that her contact information is as follows:

　　　　Kirstin Stoll-DeBell
　　　　Faegre Drinker Biddle & Reath LLP
　　　　1144 15th Street, Suite 3400
　　　　Denver, Colorado 80202
　　　　Telephone (303) 927-5212
　　　　kirstin.stolldebell@faegredrinker.com

　　　　Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Microsoft Corporation, in the above-captioned action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                              United States District Judge
                                                    Sidney H. Stein