UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action  1:24-cv-3285 (SHS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kirstin L. Stoll-DeBell of the law firm of Faegre Drinker Biddle & Reath LLP, 1144 Fifteenth Street, Suite 3400, Denver, Colorado 80202, hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated: July 12, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Kirstin Stoll-DeBell*
Kirstin Stoll-DeBell
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Tel:  303-607-3500
kirstin.stolldebell@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*