UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-3285 (SHS)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Carrie A. Beyer of the law firm of Faegre Drinker Biddle & Reath LLP, 320 South Canal Street, Suite 3300, Chicago, IL 60606-5707, hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated: July 12, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Carrie A. Beyer
Carrie A. Beyer
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
(312) 569-1000
Carrie.beyer@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*