# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action 1:24-cv-3285 (SHS)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Elizabeth M.C. Scheibel of the law firm of Faegre Drinker Biddle & Reath LLP, 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402, hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated: July 16, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By: _/s/Elizabeth M.C. Scheibel_
Elizabeth M.C. Scheibel
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
(612) 766-7628
elizabeth.scheibel@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*