UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE NEW YORK TIMES COMPANY,       :      23-cv-11195 (SHS) (OTW)

             Plaintiff,     :      And the Related Cases:
                                  24-cv-3285 (SHS) (OTW)
      -v-              :      24-cv-4872 (SHS) (OTW)

MICROSOFT CORPORATION, ET AL.,    :      ORDER OF REFERENCE
                                  TO A MAGISTRATE JUDGE

             Defendants.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute\*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement\*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated:    New York, New York
           August 6, 2024

                            SO ORDERED:

                            _____
                            Sidney H. Stein, U.S.D.J.

\* Do not check if already referred for general pretrial