UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | Case No. 1:24-cv-03285-SHS-OTW <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI"):

> Rachel R. Blitzer
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email: *rachel.blitzer@lw.com*

*[Signature on the following page]*

Dated: September 4, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>/s/ *Rachel R. Blitzer*</u>
Rachel R. Blitzer
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: *rachel.blitzer@lw.com*

*Attorneys for OpenAI*