# EXHIBIT C

# Steven Lieberman

**From:** Michelle Ybarra <MYbarra@keker.com>
**Sent:** Friday, September 6, 2024 2:39 PM
**To:** Annette Hurst; Jennifer B. Maisel; Briant, Jared B.; Ranieri, Vera; Sexauer, Kenneth Edward; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright; KVP-OAI; #Microsoft.NYClassAction.FDBR; #NewYorkTimes-Microsoft-FDBR; NewYorkTimes_Microsoft_OHS
**Cc:** DailyNews-AI-RFEM
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

Jen,

I understand that you asked that someone on the OpenAI side reach out to you about the cross-production issue discussed below. OpenAI's position is the same as Microsoft's.

Thanks,

Michelle Ybarra
Keker Van Nest & Peters

---

**From:** Hurst, Annette L. <ahurst@orrick.com>
**Sent:** Wednesday, September 4, 2024 3:10 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Ranieri, Vera <VRanieri@mofo.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

[EXTERNAL]

We have no obligation to answer your question. We have served responses to discovery requests, and those responses as amended by any subsequent discussions frame the scope of our production in each case. You are fully apprised of our scope of intended production in each case. You are not entitled to a comparison from us.

You are simply attempting to make work for Defendants. It is burdensome and harassing to force us to make comparative analyses of our document productions across multiple cases and produce a report to you that does not exist and is not called for by any discovery request.

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Wednesday, September 4, 2024 2:08 PM
**To:** Hurst, Annette L. <ahurst@orrick.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Ranieri, Vera <VRanieri@mofo.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

1

**[EXTERNAL]**

You have not answered our question. We request, again, your availability for a meet and confer tomorrow and, if this matter cannot be resolved, intend to raise this issue with the Court on Thursday. Please provide your availability for such a call.

Thanks,
Jen

**From:** Hurst, Annette L. <ahurst@orrick.com>
**Sent:** Wednesday, September 4, 2024 4:52 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Ranieri, Vera <VRanieri@mofo.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

Jen:

The burden is not on us to ensure your clients' compliance with the protective orders. The burden is on you and your clients to comply with the orders. The fact that you represent more than one plaintiff does not excuse your noncompliance with the orders.

Microsoft uses bates prefixes that designate the case in which documents are being produced. We understand that this is customary practice used by parties in many litigations in order to be able to track documents and facilitate compliance with and enforcement of protective orders. The notion of "deeming" documents produced in another case violates the protective orders to the extent such documents are designated Confidential or Highly Confidential and is in our view totally inappropriate. It makes it far more difficult for us to enforce the order if a subsequent issue should arise.

Further, Plaintiffs opposed the consolidation motions yet seem to be simultaneously seeking what they perceive as the benefits of consolidation while abjuring any perceived burdens. This is also inappropriate.

Given the already lengthy agenda for next week we do not believe it is appropriate to manufacture new issues in this fashion.

Annette

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Wednesday, September 4, 2024 12:59 PM
**To:** Briant, Jared B. <jared.briant@faegredrinker.com>; Ranieri, Vera <VRanieri@mofo.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

**[EXTERNAL]**

Counsel,

We do not understand from your emails below what documents Microsoft and OpenAI are not agreeing to cross produce in the *Daily News* case that were also produced in *The New York Times* case. Can you please clarify each Defendant's position?

Please advise as to your availability to meet and confer on this issue tomorrow so that we can raise this issue with the Court next week if necessary.

Thanks,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

---

**From:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Sent:** Wednesday, September 4, 2024 12:55 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Ranieri, Vera <VRanieri@mofo.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

Jen –

We are checking schedules on our end with respect to the meet and confer you propose. In the meantime, Microsoft's position is that we plan to cross-produce documents in Daily News that were produced in New York Times, to the extent that the documents are both relevant and responsive to requests served in the Daily News case. But we do not agree that Daily News can unilaterally deem all documents Microsoft has produced in New York Times as cross-produced in Daily News.

**Jared B. Briant**
Partner

jared.briant@faegredrinker.com
Connect: vCard

+1 303 607 3588 direct / +1 303 520 5987 mobile / +1 303 607 3600 fax

**Faegre Drinker Biddle & Reath** LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Wednesday, September 4, 2024 10:33 AM
**To:** Ranieri, Vera <VRanieri@mofo.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

**This Message originated outside your organization.**

Hi Vera – That time does not work for my colleagues on the *Daily News* case. Please advise if the 10am-12:30pm window works for you tomorrow. We are also available 3-4pm (ET) tomorrow.

Thanks,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

4

**From:** Ranieri, Vera <VRanieri@mofo.com>
**Sent:** Wednesday, September 4, 2024 12:17 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

Jen,

There is the call tomorrow at 1:30 PT regarding model inspection. We propose we wrap this issue into that. Please let us know.

Thanks,

Vera

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Wednesday, September 4, 2024 8:24 AM
**To:** Ranieri, Vera <VRanieri@mofo.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

==External Email==

Vera,

Please advise as to your availability to meet and confer on this issue as soon as possible. We are available 1-2pm today and 10am-12:30pm tomorrow (ET).

BR,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C. 20001

5

Main Number: 202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Ranieri, Vera <VRanieri@mofo.com>
**Sent:** Wednesday, September 4, 2024 10:50 AM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

Jen,

At this time, OpenAI does not agree that Daily News can treat all documents produced in the NYT case as cross produced in the Daily News case.

Thanks,

Vera

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Tuesday, September 3, 2024 8:40 AM
**To:** Briant, Jared B. <jared.briant@faegredrinker.com>; Sexauer, Kenneth Edward <KSexauer@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

**External Email**

Counsel,

In light of our agreement as reflected below concerning Defendants' cross-production of documents between *The New York Times* litigation and the *Daily News* litigation, the Court's recent entry of the parties' stipulated protective order, and Magistrate Judge Wang's September 9 deadline to identify issues to be decided at the

September 12 status conference, we intend to treat the documents previously produced in *The New York Times* litigation as also having been produced in the *Daily News* case as of September 4.

If you disagree, please let us know in writing no later than noon ET tomorrow.

Best regards,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Sent:** Friday, July 26, 2024 2:59 PM
**To:** Sexauer, Kenneth Edward <KSexauer@mofo.com>; Jennifer B. Maisel <jmaisel@rothwellfigg.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

Jen –

We can discuss this further on the call, but once the parties agree on a protective order and the order is entered by the Court, Microsoft will plan to cross-produce documents it produced in New York Times as well.

Thanks,

**From:** Sexauer, Kenneth Edward <KSexauer@mofo.com>
**Sent:** Friday, July 26, 2024 12:15 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>

**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

**This Message originated outside your organization.**

Counsel,

==Provided that Plaintiffs do not oppose consolidation, OpenAI does not oppose cross-production once a protective order has been entered in the *Daily News* case.==

Best,
Ken

**Ken Sexauer**
Associate
ksexauer@mofo.com
T: +1 (212) 336-4090



**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Thursday, July 25, 2024 9:36 AM
**To:** openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; NewYorkTimes-Microsoft-FDBR@faegredrinker.com; NYT-OC_Microsoft <NewYorkTimes_Microsoft_OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

==External Email==

Further to my email below, please let us know OpenAI and Microsoft's position by COB today. We intend to raise this issue with the Court if we cannot come to an agreement.

**ROTHWELL FIGG**

**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com

8

Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Jennifer B. Maisel
**Sent:** Monday, July 22, 2024 5:10 PM
**To:** openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; NewYorkTimes-Microsoft-FDBR@faegredrinker.com; NewYorkTimes Microsoft <OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** Daily News v. Microsoft et al - Cross Production of Documents from NYT Litigation

Counsel,

In response to Plaintiffs' first set of requests for production, OpenAI takes the position that it will not cross-produce documents already produced in *The New York Times* litigation (RFP #75), and Microsoft takes the position that it will not "currently" be cross-producing documents but is willing to meet and confer as to the scope of the request (RFP # 73).

Timely cross production of the Defendants' documents between the two cases is critical in order to facilitate coordination of discovery, including single, coordinated depositions of Defendants' witnesses and overlapping fact witnesses. Cross production of documents is further responsive to the *Daily News* Plaintiffs' requests for production related to Defendants' use of journalism content. *See, e.g.*, Plaintiff's RFP #s 19, 20-21, 23-25 to OpenAI and RFP #s 18-20, 22-24 to Microsoft. Finally, cross production of documents is also warranted in view of Defendants' own characterizations of the scope of discovery between the two cases in connection with the Motion to Consolidate. Microsoft stated that "consolidation is warranted here as both *The Times* and the *Daily News* cases concern overlapping (if not completely identical) allegations about Microsoft (and the OpenAI Defendants') generative search technology." (Dkt. 94 at 3). OpenAI similarly stated that "the discovery sought from OpenAI by all the newspaper plaintiffs will no doubt be overlapping—not just written discovery but individual and corporate-representative depositions too." (Dkt. 88 at 6).

Because Defendants' position on this issue impacts the pending Motion to Consolidate (Dkt. 87), please confirm no later than Wednesday, July 24 that Defendants will cross produce documents from *The New York Times* case in this case immediately.

BR,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

11