# EXHIBIT D

**Nasri Hage**

| | |
|---|---|
| **From:** | Sexauer, Kenneth Edward <KSexauer@mofo.com> |
| **Sent:** | Monday, July 15, 2024 4:20 PM |
| **To:** | Jenny L. Colgate; Briant, Jared B.; Jennifer B. Maisel; Hurst, Annette L.; Elana.NightingaleDawson@lw.com; Cariello, Christopher J.; Najemy, Laura; Garko, Sheryl; Joe.Wetzel@lw.com |
| **Cc:** | Steven Lieberman; Jeffrey A. Lindenbaum; Mark T. Rawls; Kristen Logan; Robert P. Parker; Nasri Hage; NewYorkTimes_Microsoft_OHS; #Microsoft.NYClassAction.FDBR; KVPOAI@keker.com; OpenAICopyright; openaicopyrightlitigation.lwteam@lw.com; DailyNews-AI-RFEM |
| **Subject:** | RE: Daily News v. Microsoft et al - Rule 26(f) Conference |
| **Attachments:** | 2024.07.14 Proposed Protective Order (OAI edits).docx |

Counsel:

Thank you for sharing these proposals. We do not object to the parties' latest modifications to the protective order but have attached a slightly revised version for your review. ==As to Plaintiffs' proposed ESI order, OpenAI proposes that the parties add language to ¶4 providing that, absent a showing of good cause by the Requesting Party, each Producing Party shall be required to collect from no more than 10 custodians. However, in the interest of preserving the parties' and the Courts' time and resources, we would propose that the parties table the issue until Judge Stein decides the motion on custodians in the New York Times case.==

Best,
Ken

**Ken Sexauer**
Associate
ksexauer@mofo.com
T: +1 (212) 336-4090

**MORRISON FOERSTER**