# EXHIBIT E

# Nasri Hage

| | |
|---|---|
| **From:** | Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com> |
| **Sent:** | Friday, August 16, 2024 3:39 PM |
| **To:** | Mark T. Rawls; Nasri Hage |
| **Cc:** | DailyNews-AI-RFEM; NewYorkTimes_Microsoft_OHS@orrick.com; #NewYorkTimes-Microsoft-FDBR |
| **Subject:** | RE: Daily News, LP et al v Microsoft Corp. et al Case No. 24-3285 |

Counsel-

We are evaluating the issues in your letter. As you are aware, given the overlap in representation between plaintiffs in this case and in the New York Times' case, we are currently addressing many of these same issues with The Times. Indeed, much of your letter is identical to a letter Microsoft received from The Times, as were many of your document requests. Accordingly, in the interests of efficiency and consistency for all parties, Microsoft will respond to your letter once it has concluded its evaluation of The Times' letter and related meet and confers.

Thank you,
Liz

**From:** Mark T. Rawls <MRawls@rothwellfigg.com>
**Sent:** Friday, August 16, 2024 8:15 AM
**To:** Nasri Hage <Nhage@rothwellfigg.com>; Jacobson, Jeffrey S. <jeffrey.jacobson@faegredrinker.com>; Briant, Jared B. <jared.briant@faegredrinker.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; Beyer, Carrie <carrie.beyer@faegredrinker.com>; Stoll-DeBell, Kirstin L. <kirstin.stolldebell@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; Hurst, Annette L. <ahurst@orrick.com>; Cariello, Christopher J. <ccariello@orrick.com>; Sheryl Koval Garko (sgarko@orrick.com) <sgarko@orrick.com>; Najemy, Laura <lnajemy@orrick.com>; NewYorkTimes Microsoft <OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** RE: Daily News, LP et al v Microsoft Corp. et al Case No. 24-3285

**This Message originated outside your organization.**

Counsel,

I'm following up on our letter from last week. As we requested, please let us know if you will agree in writing to remedy the deficiencies identified in the letter or offer a time to meet and confer.

Best regards,
-Mark

**Mark Rawls**
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W. Suite 900 East, Washington, D.C. 20001
Direct: 202.772.5679  |  Email: mrawls@rfem.com

1

**From:** Nasri Hage <Nhage@rothwellfigg.com>
**Sent:** Thursday, August 8, 2024 7:30 PM
**To:** jeffrey.jacobson@faegredrinker.com; jared.briant@faegredrinker.com; elizabeth.scheibel@faegredrinker.com; carrie.beyer@faegredrinker.com; kirstin.stolldebell@faegredrinker.com; NewYorkTimes-Microsoft-FDBR@faegredrinker.com; MicrosoftNYClassActionFDBR@faegredrinker.com; Hurst, Annette L. <ahurst@orrick.com>; Cariello, Christopher J. <ccariello@orrick.com>; Sheryl Koval Garko (sgarko@orrick.com) <sgarko@orrick.com>; Najemy, Laura <lnajemy@orrick.com>; NewYorkTimes Microsoft <OHS@orrick.com>
**Cc:** DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>
**Subject:** Daily News, LP et al v Microsoft Corp. et al Case No. 24-3285

Counsel,

See attached correspondence in connection with the above referenced litigation.

Thank you,

Nasri V. B. Hage

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W. Suite 900 East
Washington, DC 20001
Main No: (202) 783-6040
Fax No: (202) 783-6031
www.rfem.com

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at nhage@rfem.com, and destroy all copies of this message and any attachments.