# EXHIBIT F

# Nasri Hage

| | |
|---|---|
| **From:** | Garko, Sheryl <sgarko@orrick.com> |
| **Sent:** | Wednesday, September 4, 2024 5:35 PM |
| **To:** | Alter-AI-TT@simplelists.susmangodfrey.com; Davida  Brook; NYT-AI-SG-Service@simplelists.susmangodfrey.com; Ian B. Crosby; RNath@susmangodfrey.com; rgeman@lchb.com; wdozier@lchb.com; rstoler@lchb.com; mrichter@ghsklaw.com; Steven Lieberman; Jennifer B. Maisel; DailyNews-AI-RFEM; Bryan B. Thompson; Kristen Logan; Jeffrey A. Lindenbaum; Jenny L. Colgate; Mark T. Rawls; Robert P. Parker; matt@loevy.com; kayes@loevy.com; mike@loevy.com; match@loevy.com; jon@loevy.com; steve@loevy.com; cyoung@saverilawfirm.com; jsaveri@saverilawfirm.com; czirpoli@saverilawfirm.com; kmcmahon@saverilawfirm.comp; aCera@saverilawfirm.com; hbenon@saverilawfirm.com; wcastillo@saverilawfirm.com; mb@butticklaw.com; bclobes@caffertyclobes.com; dmuller@venturahersey.com |
| **Cc:** | KVPOAI@keker.com; OpenAICopyright@mofo.com; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS; MicrosoftNYClassActionFDBR@faegredrinker.com |
| **Subject:** | Deposition Coordination - MSFT/OAI: NY Class Cases + Individual Cases Before Judge Stein; CA Class Cases |
| **Attachments:** | Deposition Coordination Proposal Chart 9.4.2024 MSFT.docx |

Hello everyone,

Attached is Microsoft's proposal regarding deposition coordination across the NY consolidated class cases and NY individual cases pending before Judge Stein, and the CA consolidated class cases.  Given the schedules in these matters and the inevitable overlap in discovery that will be sought from defendants, for the sake of efficiency, we believe coordination across all these matters is necessary and appropriate, and wanted to raise this for discussion in advance of the upcoming status conference set in the New York matters.  The proposals for the NY and CA consolidated class actions are intended to largely adopt the proposal sent over by OpenAI a little while back.

Please review and we ask that by Friday, September 6 each Plaintiff identify who will be point on this issue so we can convene a call early next week to discuss in advance of the September 12 status conference.

Thank you.

Best,

Sheryl

**Sheryl Koval Garko**
Partner - Intellectual Property

Orrick
Boston  Ⓥ
T 617-880-1919
M 617-519-8063
sgarko@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.