UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
DAILY NEWS, LP; CHICAGO TRIBUNE            :
COMPANY, LLC; ORLANDO SENTINEL             :    No. 1:24-cv-03285-SHS-OTW
COMMUNICATIONS COMPANY, LLC;               :
SUN-SENTINEL COMPANY, LLC; SAN             :
JOSE MERCURY-NEWS, LLC; DP MEDIA           :
NETWORK, LLC; ORB PUBLISHING,              :
LLC; AND NORTHWEST                         :
PUBLICATIONS, LLC,                         :
                                           :
                 Plaintiffs,               :
                                           :
          v.                               :
                                           :
MICROSOFT CORPORATION, OPENAI,             :
INC., OPENAI LP, OPENAI GP, LLC,           :
OPENAI, LLC, OPENAI OPCO LLC,              :
OPENAI GLOBAL LLC, OAI                     :
CORPORATION, LLC, OPENAI                   :
HOLDINGS, LLC,                             :
                                           :
                 Defendants.               :
                                           :
------------------------------------------------------- X
```

## ORDER GRANTING WITHDRAWAL OF ALLYSON R. BENNETT

Upon the finding of good cause, the motion by Morrison & Foerster LLP to withdraw Allyson R. Bennett as counsel for Defendants OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC is **GRANTED.** Defendants will continue to be represented by Morrison & Foerster LLP in this matter.

The Clerk of Court is respectfully directed to reflect this termination on the docket and to terminate the motion at ECF No. XXX.

**SO ORDERED.**

Dated:

                                            Honorable Sidney H. Stein
                                            United States District Judge

sf-6139255