IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORP., OPENAI, INC., OPEN AI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORP., LLC, and OPENAI HOLDINGS, LLC,<br><br>*Defendants.* | Case No. 1:24-cv-03285-SHS<br><br>**ORDER FOR ADMISSION**<br><br>**PRO HAC VICE** |

The motion of _____Michael H. Jones_____, for admission to practice Pro Hac Vice to appear as in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _District of Columbia and The Commonwealth of Virginia; and that his/contact information is as follows (please print):

　　Applicant's Name: Michael H. Jones _____

　　Firm Name: Rothwell, Figg, Ernst & Manbeck, P.C.

　　Address: 901 New York Ave., NW. Suite 900

　　City / State / Zip: Washington D.C., 20001

　　Telephone / Fax: 202-783-6040, 202-783-6031 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _ Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media

Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: October 8, 2024 _____

_____
United States Magistrate Judge