# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### EDWARD ANDREW BAYLEY

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that EDWARD ANDREW BAYLEY, #267532, was on the 4th day of December, 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 15th day of October, 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Robert R. Toy, Senior Deputy Clerk