# EXHIBIT C



# EMPOWERING HUMAN INTELLIGENCE TO ELEVATE COMPANIES BY UNCOVERING AND ELIMINATING UNCONSCIOUS BIAS FOR UNPARALLELED IMPACT

Theodora AI is the golden standard for managing reputational risk and creating rapid innovation by removing bias in your organization

Contact Us

# The Impact We've Made So Far

| 100K | 50 | 10M | 30 | 10 |
|---|---|---|---|---|
| Bias Detected | Collaborating Organizations | People Reached | Countries Reached | Awards Won |

Theodora AI Overview

# The X-Ray for Unconscious Bias

In today's lightning-fast world, hidden biases are capable of rapidly eroding trust and tarnishing even the brightest reputations. Theodora AI provides high-definition data points and actionable insights showing you where the weaknesses are so you can reinforce your structure with fairness and transparency.



Octavia

# AI-Powered Fashion Tech: Pioneering Sustainable Solutions for the Future of Fashion

Predicting trends and reducing waste by 80%, enabling brands to forecast consumer preferences and optimize production using the world's largest fashion dataset.

I want to know more



Theodora Brain Lab

# Neuroscience In Action to Understand Bias

Theodora is a rigorous scientific pursuit combining cutting-edge AI with the latest in neuroscience. Our neuroscientists help to highlight potential areas in the study of human cognition and bias; Theodora analyzes patterns of behavior and provides surprisingly correlations for further study.

Together we're rewiring how humans think about, approach, and solve biases.

Be Part of Our Science



The Bias Test

# You Cannot Improve What You Cannot Measure

Discover and quantify unconscious biases with our groundbreaking bias measurement test. By participating, you'll gain invaluable insights into how biases shape perceptions and decisions, empowering you to foster inclusivity and equity in your organization and beyond. Remember, you cannot improve what you cannot measure. Take the first step towards a more fair and enlightened future—start testing today.

Help us make it happen!

Test Yourself Now



Anti-Bias World Challenge

# Your Catalyst for Change

The Anti-Bias World Challenge is more than a competition; it's a global movement that challenges companies to do more than "talk the talk" and actually help to create a better future. It's your chance to make your convictions real and become a leader in your industry.

Learn from the winners, the pioneers who are rewriting the rules of fairness in their industries.

Learn More



The Bias Project

# Gamification for Good: Capturing Biases in Your Life

At Theodora, we're embarking on a monumental endeavor: creating the world's largest Spanish-language dataset to eliminate biases from our society. Join us in this historic initiative. Your collaboration is crucial in shaping a more equitable future.

Help us make it happen!

Play Here



Why Theodora AI?

# Because Band-Aids Don't Fix Big Problems

Unconscious bias is not a small problem you can afford to ignore; it's a crack in the foundation of your company that weakens your entire organization. We don't offer quick fixes; we deliver lasting transformations that affect companies for years to come.

# Meet the Team:
# The Minds Behind the Machine



Founder & CEO

María José Martabit

mariajosemartabit@theodora.ai







Co-Founder & CSO

Ricardo Baeza–Yates

ricardobaezayates@theodora.ai





Product Manager

Noa Brenner



noa.brenner@theodora.ai





## With Theodora You Can See What You Could Not See Before

Organizations who are truly aligned with diversity, equity and inclusion are shown to be among the most innovative, sustainable and profitable companies in existence. Consumers are hungry for authentic alignment; one mis-step can cost millions.

Theodora helps you navigate this new world and appeal to your best customers with ease.

Find Out More

## The Inspiration Of Our Name

Theodora, the wife of Roman Emperor Justinian (527-565 A.D.), was an influential figure who advised Justinian on political and legal matters. Known as "partners in power," they worked together to shape many regulations of the empire. Despite her significant

contributions, Theodora's legacy was often minimized due to biases against her past professions linked to negative stereotypes at the time.

We chose to honor Empress Theodora recognizing her as a symbol of those who have been marginalized and overlooked due to discrimination throughout history.

This name reflects the company's mission to detect, mitigate, and measure biases, ensuring fairness and visibility for all.



## Our Partners: Companies Who Believe in Us



## Theodora AI: All About Press



El Mercurio: Theodora AI + Satya Nadella CEO de Microsoft



Summit País Digital 2024: María José Martabit - Panel Track 1



Ricardo Baeza-Yates, Cofundado Theodora AI, Gana el Premio Nac de Ciencias Aplicadas 2024



Ceremonia de Premiación del Anti Bias Challenge, Oficinas de Microsoft en Buenos Aires, Argentina



México ganó el segundo lugar en el mundial de detección de sesgos de Theodora AI - El Economista - Mexico



Success Story: AWS + Theodora



Startup Theodora AI lanza el Anti-Bias World Challenge 2024 - Estado Diario

© 2024 by Theodora AI. All rights reserved.

Research - Investigación Aplicada