# EXHIBIT D



## Sobre nosotros

With revolutionary AI, Theodora detects, mitigates and measures bias, transforming our words, our images and our world.

We are creating deep tech at the service of humanity, where what was previously invisible will be seen. Theodora develops disruptive AI-based tools to protect the reputation of organizations by detecting, correcting and measuring biases in communications and algorithms.

-

Con una IA revolucionaria, Theodora detecta, mitiga y mide los sesgos, transformando nuestras palabras, nuestras imágenes y nuestro mundo.

Estamos creando deep tech al servicio de la humanidad, donde se verá lo que antes era

invisible. Theodora desarrolla herramientas disruptivas basadas en IA para proteger la reputación de las organizaciones, detectando, corrigiendo y midiendo sesgos en las comunicaciones y los algoritmos.

| | |
|---|---|
| **Sitio web** | https://www.theodora.ai/ ⧉ |
| **Sector** | Plataformas de inteligencia empresarial |
| **Tamaño de la empresa** | De 2 a 10 empleados |
| **Sede** | Santiago |
| **Tipo** | De financiación privada |
| **Fundación** | 2022 |

**Especialidades**

Inteligencia Artificial , Derecho, Diversidad , Inclusión, Machine Learning, Detección Sesgos, Medición de Diversidad e Inlusión y Sesgos: Género, edad, raza, etnia, discapacidad, orientación sexual, etc-.

---

# Ubicaciones

Principal
Santiago, CL
**Cómo llegar**

---

# Empleados en Theodora AI

### Nicole Forttes
Gerente Emprendimiento en Mujeres Empresarias, Chile | Startups Board Member | Reconocimiento El Mercurio 200 chilenos que enfrenta transiciones...

**Viviana Tapia Machuca**

Legal Counsel | Compliance & Ethics| Executive Legal Assistant for CEO Entrepreneurs+ Startups + medium-sized companies

**Ricardo Baeza-Yates**

Director of Research, Institute for Experiential AI @ Northeastern University

**Alejandra Escandon V.**

CEO Andes Neurofeedback/Founder



**Ver todos los empleados**

## Actualizaciones

**Theodora AI**
2103 seguidores
1 día · Editado

🔖 ¡Noticia de impacto!

Hoy celebramos un momento extraordinario que cambiará nuestro futuro. 💥

**¡Theodora AI** tiene una nueva directora! 🚀 ✨

Nos llena de entusiasmo anunciar que **Sofía Arrigoni Quintela** se une al directorio de **Theodora AI**. 🎉

Sofía, con su firme compromiso con la sostenibilidad y su amplia experiencia, se convierte en un recurso invaluable para nuestro equipo. Su visión clara y su enfoque proactivo nos motivan a ampliar nuestras metas.

Desde el primer día, su visión clara y su energía contagiosa nos han inspirado a soñar más grande. Sabemos que, con Sofía en nuestro equipo, Theodora explorará nuevas fronteras y transformará el panorama empresarial hacia un futuro más equitativo. 🚀

Lee la noticia completa publicada hoy en **Diario La Segunda**:

-

Sofía Arrigoni se une al directorio de Theodora AI con el apoyo de Microsoft y Amazon

La empresaria Sofía Arrigoni se ha incorporado a la sociedad de Theodora AI, una compañía chilena que utiliza inteligencia artificial para detectar y corregir sesgos en organizaciones. La firma, creada en 2022 por la abogada María José Martabit y el premio nacional de Ciencias Aplicadas y Tecnológicas 2024, Ricardo Baeza-Yates, opera actualmente en Estados Unidos, Chile y México, contando con el respaldo de líderes tecnológicos como Microsoft y Amazon para fortalecer su infraestructura y capacidades de IA.

"Sofía Arrigoni se incorpora a Theodora AI en su calidad de directora, aportando una vasta experiencia en estrategia empresarial y una trayectoria destacada en la intersección entre innovación y sostenibilidad. Su habilidad para transformar negocios en entornos complejos y hacerlos altamente rentables es lo que necesitamos para potenciar nuestra actual expansión", señalaron desde Theodora AI.

Arrigoni, abogada con estudios en economía circular de la Universidad de Berkeley, liderará el negocio en México. En este país, Theodora AI avanza en su proceso de expansión tras el lanzamiento de una nueva versión de su plataforma, respaldada por las tecnologías de Microsoft y Amazon. Esta actualización no solo se enfoca en la detección de sesgos y en ofrecer recomendaciones para su mitigación, sino que también incorpora una herramienta que genera un informe detallado con un diagnóstico "integral" sobre los sesgos presentes en empresas u organizaciones.

**María José Martabit Sagredo**, **Mary Isabel Buenaventura**, **Ricardo Baeza-Yates**, **Noa Brenner**, **Viviana Tapia**, **Mykola Trokhymovych**, **Allpress Comunicaciones**

44 · 16 comentarios

| Recomendar | Comentar | Compartir |

**Theodora AI**
2103 seguidores
1 día



💥 Celebrando el liderazgo y emprendimiento femenino con **Scotiabank** 💥

En **Theodora AI**, estamos felices y agradecidas por la oportunidad de que nuestra CEO, **María José Martabit Sagredo**, haya participado como jurado del Premio Empresaria y en la Iniciativa Mujeres 2024. Ambas experiencias han sido un testimonio del poder transformador que tienen las mujeres en el mundo empresarial.

Ha sido un verdadero privilegio conocer y compartir con tantas emprendedoras que están marcando una diferencia en las pequeñas y medianas empresas de nuestro país.

El Premio Empresaria, con más de 33 mil emprendedoras convocadas en sus 12 años de historia, y la Iniciativa Mujeres, que ha brindado apoyo a más de 3.000 mujeres a través de financiamiento, educación y asesoría, son plataformas claves que impulsan el liderazgo femenino en Chile.

Agradecemos de corazón a **Scotiabank** y su increíble team por la impecable organización y la calidez con que fuimos recibidas.

Desde **Theodora AI**, seguimos comprometidas a colaborar en iniciativas que promuevan y fortalezcan el talento femenino, apoyando el desarrollo de más mujeres emprendedoras que están transformando sus comunidades y la economía de Chile. 💼💪✨

-

💥 Celebrating Female Leadership and Entrepreneurship with **Scotiabank** 💥

At **Theodora AI**, we feel deeply honored by the opportunity for our CEO, **María José Martabit Sagredo**, to participate as a jury member for the Premio Empresaria and in the Iniciativa Mujeres 2024. Both experiences have been a testament to the transformative power of women in the business world.

It was a true privilege to meet and connect with so many women entrepreneurs who are making a significant difference in small and medium-sized businesses across our country. The Premio Empresaria, with over 33,000 women entrepreneurs engaged in its 12 years of history, and Iniciativa Mujeres, which has supported over 3,000 women through funding, education, and advisory services, are key platforms driving female leadership in Chile.

We extend our heartfelt thanks to **Scotiabank** and its incredible team for the impeccable organization and the warmth with which we were received. These events remind us of the importance of continuing to work towards an inclusive and equitable business ecosystem.

At **Theodora AI**, we remain committed to collaborating on initiatives that promote and strengthen female talent, supporting the growth of more women entrepreneurs who are transforming their communities and the Chilean economy. 💼💪✨

**Sofía Arrigoni Quintela Mary Isabel Buenaventura Noa Brenner Viviana Tapia Ricardo Baeza-Yates Mykola Trokhymovych**

41 · 1 comentario

Recomendar                    Comentar                    Compartir

**Theodora AI**
2103 seguidores
2 semanas · Editado

✨ Haciendo posible lo imposible ✨

Hoy nos llena de orgullo compartir que la Fundadora y CEO de **Theodora AI**, **María José Martabit**, ha sido la única CEO chilena invitada al CEO Connection en Colombia, donde tuvo el honor de conocer a uno de los líderes más inspiradores del mundo, **Satya Nadella** CEO de **Microsoft**. 🌎

Admiramos profundamente a Satya por su liderazgo lleno de empatía y su visión transformadora. Esta experiencia reafirma nuestra creencia en que, con el poder de la colaboración, se pueden alcanzar logros increíbles. 💡

Queremos agradecer especialmente al equipo de **Microsoft**, y en particular a **Wilson Pais**, por ser parte de este viaje hacia lo imposible.

No podríamos estar más agradecidos y agradecidas con nuestro asombroso equipo de **Theodora AI**: **Sofía Arrigoni Quintela**, **Mary Isabel Buenaventura**, **Mykola Trokhymovych**, **Noa Brenner**, **Viviana Tapia** y **Ricardo Baeza-Yates**.

Somos imparables y cada paso que damos es un testimonio de la fuerza del trabajo en equipo. 💪❤️

Además, en este evento tuvimos la oportunidad de conectar con personas inspiradoras como **Maria Paula Duque**, **Diego Bekerman**, **Freddy Vega** (Fundador de **Platzi**), ⸋Andres Bilbao (Fundador de **Rappi**), **Nicolás Cruz** (**Colombia Tech Week**), **Nicolas Scopesi**, **Diana R.** y **Margaret Hirsch Coleman**.

Les compartimos la noticia publicada en **El Mercurio** para que puedan leer más sobre este momento inolvidable 📰 **https://lnkd.in/dkMQX-ir**

-

✨ Making the impossible possible ✨

Today, we are proud to share that our founder and CEO, María José Martabit, was the only Chilean CEO invited to the CEO Connection in Colombia, where she had the honor of meeting one of the world's most inspiring leaders, **Satya Nadella**. 🌎

We deeply admire Satya for his empathy-driven leadership and transformative vision. This experience reaffirms our belief that, with the power of collaboration, incredible achievements are within reach. 💡

We want to especially thank the Microsoft team, particularly **Wilson Pais**, for being part of this journey toward the impossible.

We couldn't be more grateful to our amazing team at **Theodora AI**: Sofía Arrigoni Quintela, Mary Isabel Buenaventura, Mykola Trokhymovych, Noa Brenner, Viviana Tapia and Ricardo Baeza-Yates.

Together, we are unstoppable, and every step we take is a testament to the strength of teamwork. 💪❤️

Additionally, we had the opportunity to connect with inspiring individuals such as **Maria Paula Duque**, **Diego Bekerman**, **Freddy Vega** (Founder of **Platzi**), ▫Andres Bilbao (Founder of **Rappi**), **Nicolás Cruz** (**Colombia Tech Week**), **Nicolas Scopesi**, **Diana R.** and **Margaret Hirsch Coleman**.

Here's the **El Mercurio** article with more details on this unforgettable moment  **https://lnkd.in/dkMQX-ir**

92 · 11 comentarios

---

Recomendar                    Comentar                    Compartir

**Theodora AI**
2103 seguidores
3 semanas



💥 ¡Felicitaciones al equipo ganador del Primer Lugar del Anti-Bias World Challenge! 🌐

El Grupo **Hiperderecho** ha logrado un hito extraordinario, analizando 7973 datasets y revelando todos los sesgos en su camino hacia un futuro más equitativo. ¡Felicitaciones a **Rubiela Gaspar Clavo**, **Noe Taza** y **Edgar Huaranga**! 💥

Provenientes de Perú PE, viajaron a Chile CL para recibir este merecido reconocimiento en el marco del Anti-Bias World Challenge.

Nuestro más sincero agradecimiento a **CORFO | Chilean Economic Development Agency** y al **Club de Innovación Chile** por la entrega del premio durante el Congreso Regional de Inteligencia Artificial y Machine Learning: "¿HacIA Dónde Vamos?".

¡Un paso gigante hacia un futuro más justo y sin sesgos! 🚀

Gracias a todo el team de **Theodora AI** por su liderazgo visionario y por nuestros ambassadors alrededor del mundo.

-

💥 Congratulations to the team that won First Place in the Anti-Bias World Challenge! 🌐

The Hiperderecho Group has achieved an extraordinary milestone, analyzing 7973 datasets and uncovering all biases in their journey towards a more equitable future. Congratulations to Rubiela Gaspar, Noé Taza y Edgar Huaranga! 💥

Hailing from Peru PE, they traveled to Chile CL to receive this well-deserved recognition as part of the Anti-Bias World Challenge.

Our deepest gratitude to CORFO and the Club de la Innovación Chile for presenting the award during the Regional Congress on Artificial Intelligence and Machine Learning: "¿HacIA Dónde Vamos?".

A giant leap toward a fairer, bias-free future! 🚀

Special thanks to the entire **Theodora AI** team for their visionary leadership and to our ambassadors around the world:

**Antonella De Caro**, **Gisela Aiello**, **Maria Jose Agostino (She/Her)**, **María José Martabit Sagredo**, **Mary Isabel Buenaventura**, **Adriana Obregón**, **María Soledad Arcas Acevedo**, **Marilina Trevisan**, **Verónica Pamela Seife Farías**, **Maia Brenner**, **Tania Yovanović Catepillán**, **Cristina Aranda Gutiérrez, PhD**, **Claudia Del Pozo Vargas**, **Barbara Silva Troncoso (She / HER)**, **Diego Arias Gómez**, **Constanza Gomez Mont**, **Jorge Andrés Clarke De la Cerda**, **Montse Guardia Guell**, **Alec Dickinson**, **Daniel Bedolla**, **Jonathan Vasquez**, **Sofía Arrigoni Quintela**, **Alejandra Escandon Matarazzo**, **sara inés calderón**, **Rodrigo Roa**, **Karina Ortegón**, **Soledad Salas - Founder MeT [Mujeres en Tecnología]**, **Cecilia Tapia Villanueva**, **Erika Quezada**, **Nicolas Tapia Calle**, **Eduardo Hernández** (more in comments, más en comentarios)

81 · 4 comentarios

Recomendar          Comentar          Compartir

**Theodora AI**
2103 seguidores
1 mes

💥 Hoy **Theodora AI** en **Innovación El Mercurio** 💥

¡El Summit País Digital 2024 marca un nuevo hito! 🚀

🎤 **María José Martabit** (Fundadora y CEO de **Theodora AI**), junto a visionarios como **Bill Quinn**, **Dave Sloan** y **Gabriela Arriagada Bruneau**, compartieron poderosas enseñanzas sobre el rol de la tecnología para crear un futuro mejor.

Este año, la edición más masiva de este gran evento nos dejó cinco puntos claves que definen el futuro de la transformación digital en Chile:

1️⃣ Tecnologías emergentes que revolucionan industrias.
2️⃣ Educación digital como pilar del futuro.
3️⃣ El poder de las startups para innovar y cambiar el mundo.
4️⃣ El rol de las empresas en impulsar un impacto positivo.
5️⃣ Apoyo estatal para construir un ecosistema tecnológico inclusivo.

Reflexiones que nos inspiran a repensar cómo podemos transformar el mundo digital y avanzar hacia un

impacto real y positivo. 🚀

💡 Un agradecimiento especial a **Fundación País Digital** por este tremendo evento.

🌍 El futuro es ahora. El futuro es colaborativo.

–

💥 Today **Theodora AI** in **Innovación El Mercurio** 💥

The Summit País Digital 2024 marks a new milestone! 🚀

🔑 **María José Martabit** (Founder and CEO of **Theodora AI**), along with visionaries such as **Bill Quinn**, **Dave Sloan** and **Gabriela Arriagada Bruneau**, shared powerful insights on the role of technology in creating a better future.

This year, the most massive edition of this great event left us with five key points that define the future of digital transformation in Chile:

1️⃣ Emerging technologies that are revolutionizing industries.
2️⃣ Digital education as a pillar of the future.
3️⃣ The power of startups to innovate and change the world.
4️⃣ The role of companies in driving positive impact.
5️⃣ State support to build an inclusive technological ecosystem.

Reflections that inspire us to rethink how we can transform the digital world and move towards real and positive impact. 🚀

💡 A special thank you to **Fundación País Digital** for this amazing event.

🌍 The future is now. The future is collaborative.

40

---

Recomendar                    Comentar                    Compartir

**Theodora AI**
2103 seguidores
1 mes

Hoy fue un día que nunca olvidaremos en el Summit País Digital 2024. 🔥

La sala llena, la energía palpable, y nuestra Founder y CEO, **María José Martabit Sagredo**, destacando en el Panel Track 1.

Sala llena, inspiración al máximo. ❤️

Ver a tantas personas unidas por la pasión de construir un futuro más justo y equitativo, nos recuerda que estamos en el camino correcto.

En **Theodora AI**, creemos en el poder de la inteligencia artificial generativa para transformar no solo la tecnología, sino la sociedad en su conjunto.

Hoy, marcamos un antes y un después. 🌐

Lo que vivimos hoy es solo el comienzo de algo mucho más grande. Gracias a todos los que estuvieron allí para ser parte de este momento histórico.

Sigamos creando, sigamos innovando, sigamos transformando. 🚀

-

Today was a day we will never forget at the País Digital Summit 2024. 🔥

A full house, palpable energy, and our Founder and CEO, **María José Martabit Sagredo**, standing out on the Panel Track 1 stage.

A full house, inspiration at its peak. ❤️

Seeing so many people united by the passion for building a more just and equitable future reminds us that we are on the right path.

At **Theodora AI**, we believe in the power of generative artificial intelligence to transform not just technology, but society as a whole.

Today, we marked a turning point. 🔵

What we experienced today is just the beginning of something much larger. Thank you to everyone who was there to be part of this historic moment.

Let's keep creating, let's keep innovating, let's keep transforming. 🚀

Gracias / Thank you: **Fundación País Digital**, **Mary Isabel Buenaventura**, **Sofía Arrigoni Quintela**, **Viviana Tapia**, **Noa Brenner**

70 · 17 comentarios

---

Recomendar                         Comentar                         Compartir

---

**Theodora AI**
2103 seguidores
1 mes · Editado

🚀 ¡Semana emocionante en ACL'24 en Bangkok, Tailandia! тн

Tuvimos la increíble oportunidad de asistir a la 62ª edición de ACL, la principal conferencia de Procesamiento de Lenguaje Natural (NLP) del mundo, donde los expertos más destacados en IA se reunieron para discutir los últimos avances en Modelos de Lenguaje de Gran Escala (LLMs). 🌐

💥 Puntos Clave:

☑️ El tema de ética, sesgos y equidad ha visto un aumento del 300% en las presentaciones desde 2021, lo que demuestra que la IA responsable se está convirtiendo en una prioridad.

📊 ¿Los temas más destacados de este año? Aplicaciones NLP, Recursos y Evaluación, y Métodos Eficientes y de Bajo Recurso para el Procesamiento de Lenguaje. Estos están moldeando el futuro de la IA de manera profunda.

Estamos especialmente orgullosos de nuestro Jefe de IA y Ciencia de Datos, **Mykola Trokhymovych**, quien presentó un artículo innovador sobre la legibilidad del texto multilingüe, abordando un desafío crítico que influye en cómo los usuarios interactúan con contenido en diferentes idiomas. 🔵

A medida que empujamos los límites del NLP, recordamos el poder de la colaboración y la importancia de la inclusión en la IA.

Felicitaciones **Mykola Trokhymovych** 🎉

-

🚀 Exciting Week at ACL'24 in Bangkok, Thailand! ᴛʜ

We had the incredible opportunity to attend the 62nd edition of ACL, the world's premier Natural Language Processing (NLP) conference, where the brightest minds in AI came together to discuss the latest breakthroughs in Large Language Models (LLMs). 🌐

💥 Key Takeaways:

🔲 The Ethics, Bias, and Fairness track has seen a 300% increase in submissions since 2021—a clear sign that responsible AI is becoming a top priority.

📊 This year's trending topics? NLP Applications, Resources & Evaluation, and Efficient/Low-Resource Methods for Language Processing. These are shaping the future of AI in profound ways.

We're particularly proud of our own Head of AI and Data Science, **Mykola Trokhymovych**, who presented a groundbreaking paper on multilingual text readability—tackling a critical challenge that influences how users engage with content across languages. 🟢

As we push the boundaries of NLP, we're reminded of the power of collaboration and the importance of inclusivity in AI.

Great job **Mykola Trokhymovych** 🎉

**#AI #NLP #ACL2024 #TheodoraAI #EthicalAI #TechForGood #ACL #Bangkok**

31 · 3 comentarios

Recomendar                    Comentar                    Compartir

**Theodora AI**
2103 seguidores
1 mes · Editado

**Ricardo Baeza-Yates**, Cofundador de **Theodora AI**, Gana el Premio Nacional de Ciencias Aplicadas 2024 🏆

El reconocido científico recibe el máximo honor en Chile, impulsando una revolución global en IA y ciencia de datos 🌐

Este reconocimiento consolida su posición como uno de los líderes más influyentes en el campo de la ciencia de datos y la inteligencia artificial.

Como equipo de **Theodora AI**, nos llena de orgullo y emoción trabajar junto a Ricardo, un verdadero visionario.

Su dedicación y excelencia no solo inspiran a cada uno de nosotros, sino que también impulsan nuestra misión de construir un futuro más justo y equitativo.

¡Felicitaciones, Ricardo! 🎉

-

**Ricardo Baeza-Yates**, Co-founder of **Theodora AI**, Wins the 2024 National Prize for Applied Sciences 🏆

The renowned scientist receives Chile's highest honor, driving a global revolution in AI and data science 🌐

This recognition solidifies his position as one of the most influential leaders in data science and artificial intelligence.

As a team at **Theodora AI**, we are filled with pride and excitement to work alongside Ricardo, a true

visionary.

His dedication and excellence not only inspire each of us but also drive our mission to build a more just and equitable future.

Congratulations, Ricardo! 

**Gobierno de Chile**, **Ministerio de Educación Chile - Mineduc**

**María José Martabit Sagredo**, **Mary Isabel Buenaventura**, **Sofía Arrigoni Quintela**, **Mykola Trokhymovych**, **Viviana Tapia**, **Noa Brenner**

125 · 13 comentarios

| Recomendar | Comentar | Compartir |
| --- | --- | --- |

**Theodora AI**
2103 seguidores
1 mes · Editado

¡Qué jornada tan extraordinaria! 🚀

Estamos revolucionando el futuro del derecho con GenIA 🚀

Con un impacto increíble, cerramos el Anti-Bias Challenge de **Theodora AI** en una jornada histórica en las oficinas de **Albagli Zaliasnik**.

Gracias a nuestros increíbles colaboradores y expertos, pudimos cerrar con broche de oro el mundial de **#Theodora**, destacando la importancia de la GenAI para nuestra región. 🏅

Liderados por la Founder y CEO de **Theodora AI**, **María José Martabit Sagredo**, junto a **Esteban R.**, Director Ejecutivo de **Altech - Asociación de Legaltech de Chile**, **Daniel Bedolla** de **Amazon Web Services (AWS)**, y el socio de **Albagli Zaliasnik Rodrigo Albagli**, cuestionamos el status quo con la charla "Legaltech: Redefiniendo el Futuro del Derecho con GenIA".

¡Gracias por ser parte de este increíble viaje! 🌍

---

**albagli zaliasnik**
15.737 seguidores
1 mes

**#Eventosaz**

Con gran éxito se desarrolló la charla "Legaltech: Redefiniendo el Futuro del Derecho con GenIA" en nuestras oficinas 🚀

Esta jornada nos permitió dar cierre al mundial de **#Theodora**, impulsado por **Amazon Web Services (AWS)** y **Microsoft**, abordando la importancia de la Gen AI para la región.

La charla contó con **María José Martabit Sagredo** CEO y fundadora de **Theodora AI**, **Esteban R.** Director Ejecutivo de **Altech - Asociación de Legaltech de Chile**, Daniel Bedolla de **Amazon Web Services (AWS)** y nuestro socio, **Rodrigo Albagli**.

En este espacio, los expertos conversaron sobre lo que fue "Anti-Bias World Challenge", iniciativa que busca combatir los sesgos en la IA y garantizar los valores de diversidad e inclusión.

**#Eventosaz #IA #Inteligencia #Artificial #TheodoraAi #Amazon #Altech az Tech**

13 · 1 comentario

| Recomendar | Comentar | Compartir |

**Theodora AI**
2103 seguidores
1 mes

💥 Éxito Rotundo en la Primera Hackathon de **OpenAI** en Latinoamérica 💥

¡Un fin de semana histórico para la innovación tecnológica! La primera hackathon de OpenAI en Latinoamérica ha concluido con resultados impresionantes, rompiendo récords y dejando una huella imborrable en el continente.

🚀 +600 asistentes presenciales de 10+ países
🌍 +20,000 reproducciones vía streaming y contando
👥 1,200 postulantes, 330 equipos, 140 hackers seleccionados
💡 32 equipos, 40 mentores expertos guiando la creatividad

**Theodora AI** no podía faltar en este gran evento. 🚀

La Fundadora y CEO de **#TheodoraAI**, **María José Martabit Sagredo**, compartió escenario en el panel "Hacia una IA Accesible, Equitativa y Transparente," junto a **Gabriela Arriagada Bruneau**, **Lionel Brossi** y bajo la moderación de **Nicole Forttes**. 🔑💡

Este evento es solo el comienzo de una nueva era de colaboración e innovación en nuestra región.

¡Gracias a todos los que hicieron posible este hito! 💻✨

-

💥 Resounding Success at the First **OpenAI** Hackathon in Latin America 💥

A historic weekend for technological innovation! The first **OpenAI** hackathon in Latin America has concluded with impressive results, breaking records and leaving an indelible mark on the continent.

🚀 600+ in-person attendees from 10+ countries
🌐 20,000+ streaming views and counting
👥 1,200 applicants, 330 teams, 140 hackers selected
💡 32 teams, 40 expert mentors guiding creativity

**Theodora AI** was right there, making an impact. 🚀

Theodora's Founder and CEO, **María José Martabit Sagredo**, took the stage as part of the panel "Towards an Accessible, Equitable, and Transparent AI," alongside **Gabriela Arriagada Bruneau**, **Lionel Brossi**, and moderated by **Nicole Forttes**. 🔑💡

This event is just the beginning of a new era of collaboration and innovation in our region.

Thank you to everyone who made this milestone possible! 💻✨

**CommunityOS**, **Fintual**, **OpenAI**, **Ministerio de Ciencia, Tecnología, Conocimiento e Innovación**, **Cámara Chilena de la Construcción**

47 · 4 comentarios

Recomendar                    Comentar                    Compartir

## Páginas similares



**Retorna**

Servicios financieros

Providencia, Santiago Metropolitan



**Octavia Fashion Tech**

Comercio al por menor de prendas de vestir y moda



**Mujeres en Tecnología**

Desarrollo de software

cordoba, cordoba



**Altech - Asociación de Legaltech de Chile**

Servicios jurídicos

Santiago, Santiago

Mostrar más páginas similares ⌄

© 2024                                              Acerca de

Accesibilidad                                      Condiciones de uso

Política de privacidad                             Opciones de privacidad de California

Política de cookies                                Política de copyright

Política de marca                                  Controles de invitados

Pautas comunitarias                                Idioma