# EXHIBIT G

**Mr. Vinay Hooloomann**
9 Samuel Parlin Drive, Acton, MA 01720.
Tel 978 394 3888
Email vhooloo@gmail.com

## Executive Summary

Mr Hooloomann is an experienced, hands-on IT professional with **20 years** experience in all facets of developing, managing and operating large Healthcare IT systems and applications. He is working on development of Large Language Models (LLM) for legal and medical applications using Retrieval Augmented Generation (RAG) by adapting and training LLMs such as llama, mistral and other open source Machine Learning algorithms.

Mr Hooloomann has a wealth of experience in Database, Middleware, integration and programming technologies. He has deep domain knowledge in life-sciences, health care and hospital systems and high tech industries.

Mr. Hooloomann is currently working on a major Epic and devices  integration  initiative at CVS Health involving real time, batch and HL7 data feeds .  Mr Hooloomann was previously a Technical Lead at Optum/United Health.

## Highlights of Technical Experience

a. Proven ability to be a key player on a team needed to deliver and manage mission-critical IT applications in an healthcare environment
b. Self-driven and motivated and with strong team contribution and leadership and project management skills.
c. Ability to establish strong relationships with internal and external customers
g. Ability to organize, prioritize and use initiative to accomplish results
h. Strong interpersonal skills, with the ability to work with many levels of management
i. Solid analytical and communication skills

## Hands-on Technical  Experience
a.   LLMs, Ollama,  Python programming
Integration (EDI, HL7 2.x, REST, Web Services, SOAP, FHIR) – 10 yrs
b. Using Integration middleware and mapping (Rhapsody, Cloverleaf HL7, Mirth Connect HL7, Intersystems Cache/Ensemble, Web Services) (5 years)
c. Epic, Centricity, Cerner and Logician EMRs
d. DICOM, ASTM, HL7 and XMPP, CareEverywhere integration expertise

## Education
a. Bachelor of Science Computer Science, Australian National University, Canberra, Australia 1993

b. Degree in Systems Engineering, Australian National University, 1996

**Certifications**
a. Epic Bridges Certified, Prelude trained at Epic in Madison, Wisconsin.

# Work Experience

**April 2023- Current – Tech Lead, development of LAwRes and MedRes AI LLM solutions for legal and medical industries**

Mr Hooloomann Leads the team for development of innovative AI solutions in the legal and medical industries. Leveraging his experience in healthcare and as a code reviewer for IP litigation, he is customizing and training many the LLM models for tasks such as:

a) Code analysis and legal research
b) Medical transcription and diagnosis
c) Medical systems that allow physicians and patients to develop symptom checkers and transcriptions

Technologies used include Python (PyRes, Linear Regression, Langchain), HuggingFace models and training, Open Source trained models (mistral, code gemma etc) and APIs such as Perplexity ai

**April 2024- Current – Pharmacy Integration Project, Woonsocket RI**

Senior Team member on Health Coaching Program integration with Epic bridges and Interconnect. Actively using Agile methodologies or SAFe Software Development Principles; JIRA or Rally. Providing domain support for healthcare or retail pharmacy organization.

**Apr 2023 - current: Device and Lab Analyst Programmer (Epic Bridges and Rhapsody), NY (Remote)**

Mr. Hooloomann worked for one of the leading Health Practices with 30 locations and 500 clinicians in. As a member of the HL7 and EDI team, Mr Hooloomann develops integration solutions for Epic EMR (in bridges) and the myriad of lab, billing and radiology applications (PACS, Data Innovations, GE Muse).

Mr Hooloomann developed, managed and maintained dozens of interfaces in Webmethods, Rhapsody 6.2 Integration engine, Mirth connect using HL7 2.5, Web Services, FHIR and complex FTP scripts.

**August 2022 - Mar 2023 Oncology Electronic Medical Records Colorado (Remote)**

Mr. Hooloomann worked on integrating medical devices for Cancer Clinics. Responsible

for data integrations, platform observability, and backend software development. Expertise encompasses the proficient management of data exchanges using JSON, XML, FHIR, HL7, ASTM and the development of secure APIs in C#/.Net. ‰

**April 2022 -July 2022 Telehealth- Boston, MA**
Mr. Hooloomann worked as integration consultant on a telehealth project. Responsible for FHIR interfaces. Worked on validating new foundational translation libraries in Rhapsody engine to support a brand new FHIR-based platform. Managed a new multi-tenant Converge platform and migrated clients from legacy solutions to cloud service-oriented solutions. Mr Hooloomann was responsible for ensuring sound foundation work translating FHIR to the various common healthcare industry standards and took part in billable client work that added customization layers on top of core libraries.

**June 2015 - Apr 2022: HealthCare, Newton, MA**

Mr Hooloomann managed Epic Bridges, Interface Error Workqueues, Interface Specifications, Interface mapping and interfaces. He was a developer, administrator and participated in on-call support. He also worked in the Hospital integration systems with FHIR, CareEverywhere and WebPortals.

Mr Hooloomann is very well versed with working in a clinical environment and handling patient data securely and confidentially. Mr Hooloomann has also developed several interfaces for Meaningful Use with the State Department of Public Health using Mass Hiway and NEHEN net.

**2011 - 2015: Senior HL7 Technical Integration Consultant, MIIS Project, Department of Public Health, Boston, MA.**

Mr Hooloomann provided integration solutions for DPH, Boston, MA using Immunization registry and RDBMS software solutions. Mr Hooloomann developed directly and through his team members several real-time and batch interfaces and HL7 interfaces for communicating patient demographic and immunization data. Mr Hooloomann developed several HL7 Mirth interfaces (v3.1) using HL7 VXU message formats.

**2007 - 2011: Principal HL7 Technical Integration Consultant Boston, MA.**

Mr Hooloomann provided integration solutions using Oracle Health and RDBMS software solutions. Mr Hooloomann has developed directly and through his team members several real-time and batch interfaces  and HL7 interfaces for communicating patient demographic and hospital admission data.

**2005 - 2008: Global Application Team Support Manager focusing on EDI** ($2M technology budget and 4 head count for a leading Massachusetts Biotech/Medical devices firm in Natick, MA)

**2000 – 2005 : Tech Lead of customer support/SAP Practice, ITTI, Acton, MA (2000 – 2005)  1995 – 2000: Principal consultant, IBM Global Consulting Services (Australia/Singapore/Hong Kong/Houston, Tx)**

**List of Cases:**

**Technical Expert Experience**

- *Sky Technologies LLC vs. IBM Corp.* (Civil Action No. 03-454-DF, E.D. Tex.)
- Sky Technologies LLC vs. i2  Inc. (Civil Action No. 03-454-DF, E.D. Tex.).
- Sky vs.  Oracle Corporation (Case No. 2:06-cv-440-DF, E.D. Tex)
- Sky vs.  SAP AG, SAP America, Inc. (Case No. 2:06-cv-440-DF , E.D. Tex)
- Function Media   vs. Yahoo! Inc.  (Civil Action No. 2007-cv-279, E.D. Tex)
- Function Media   vs. Google Inc. (Civil Action No. 2007-cv-279, E.D. Tex)
- VSI vs Oracle Corp, IBM Corporation  et al (2011) (Civil Action No.  C09-05897 RS (HRL), ND Cal)
- Arendi S.A.R.L. v. Apple Inc., 832 F.3d 1355, 1362 (Fed. Cir. 2016)
- Koninklijke Kpn N.V. v. SAMSUNG ELECTRONICS AMERICA, INC. et al, No. 2:2014cv01165 - (E.D. Tex. 2016)
- Personalized Media Communications, LLC v. Akamai Technologies, Inc.Civil Action No. 2:19-cv-89-JRG-RSP (E.D. Texas)
- Ancora Technologies v. Samsung Electronics Co., Ltd., et al, Civil Action No. 6:19-cv-385-ADA (E.D. Texas)
- Barkan Wireless IP Holdings, L.P. v. Sprint et al. Civil Action No. 2:19-cv-336-JRG (E.D. Tex.)