UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | No. 1:23-cv-11195-SHS-OTW |
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | No. 1:24-cv-03285-SHS-OTW |

**DECLARATION OF MICHAEL TRINH IN SUPPORT OF
OPENAI DEFENDANTS' PRE-MOTION LETTER RE PROTECTIVE ORDER**

I, Michael Trinh, hereby declare as follows:

1. I am Associate General Counsel at OpenAI. I submit this declaration in support of Defendants' Letter Motion for Protective Order. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

1

2. OpenAI owns, and has produced in discovery in this case, a significant volume of confidential, proprietary, and/or trade secret information ("OAI Confidential Information"), which OpenAI designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Source Code" under the Protective Order in this case. The OAI Confidential Information includes technical presentations about OpenAI's development, training, fine-tuning, and safety efforts for its large language models; internal testing and development of its proprietary models; highly confidential information about internal processes, goals and technical evaluations regarding those efforts; detailed project tasks lists and workstreams; disclosures of training implementations; future plans and product roadmaps, including forward-looking strategic business discussions; the specific processes OpenAI employs to train and test ChatGPT models, including the sources of data used to train the models, the source code OpenAI engineers employ to help build the models or products related to the models, and tests run to evaluate the models' performance; internal safety and mitigation measures, including discussion of the development and implementation of various systems and processes used with respect to certain content, constitute highly sensitive proprietary information.

3. As just one example of the OAI Confidential Information, OpenAI produced OPCO_NYT_0429305 / FTCMN_CP046_000005658 as part of document discovery in this case. OPCO_NYT_0429305 / FTCMN_CP046_000005658 was produced with a "Highly Confidential – Attorneys' Eyes Only" designation. This document includes a sequence of presentations on ongoing post-training research, and includes confidential insight on, among other topics, review of various techniques and methods of fine-tuning models (including evaluation results, comparative strengths and weaknesses of different approaches, and quantitative analysis of their efficiency and efficacy improvements), methodology of measuring post-training

improvements, and future architecture modification.

4. OpenAI invests significant resources in developing the OAI Confidential Information. OpenAI's team has spent nearly a decade building its language models and developing the OAI Confidential Information, including running internal experiments, developing new alignment techniques, and finetuning its models.

5. The OAI Confidential Information is not known outside of OpenAI. OpenAI treats such information as confidential or highly confidential. OpenAI generally does not publicly disclose this type of information and makes significant investments to protect the confidentiality of that information, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders. While OpenAI does make disclosures describing certain aspects of its innovations, OpenAI takes extensive measures to protect the confidentiality of the OAI Confidential Information, which is not known outside of OpenAI. The OAI Confidential Information is protected by a comprehensive security strategy including physical, network, system, application, data, cloud and hardware security measures, enforced by robust security practices, programs and policies. These efforts include restricting access to training environments and high-value algorithmic secrets on a need-to-know basis, expanded internal information segmentation, internal and external penetration testing. More public detail about these efforts are available at trust.openai.com.

6. The OAI Confidential Information would be uniquely valuable to the scientific and commercial development of any other company developing AI-based tools and fine-tuning foundation models. In light of the resources and expertise required to develop the OAI Confidential Information, it would be extremely difficult for a third party to acquire or duplicate the OAI Confidential Information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of October, 2024 in Redwood City, California.

By: _____
Michael Trinh
Associate General Counsel
OpenAI