UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,

    Plaintiffs,

v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,

    Defendants.

---

No. 1:24-cv-03285-SHS

## ORDER GRANTING ADMISSION OF ROSE S. LEE *PRO HAC VICE*

The motion of Rose S. Lee for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

> Rose S. Lee
> Morrison & Foerster LLP
> 707 Wilshire Boulevard, Suite 6000
> Los Angeles, CA 90017-3543
> Telephone: 213.892.5200
> Facsimile: 213.892.5454
> RoseLee@mofo.com

Applicant having requested admission *pro hac vice* appear for all purposes as counsel for

sf-6167369

Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC in the above-entitled action:

IT IS HEREBY ORDERED that Applicant admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   10/24/24

**Ona T. Wang**
Unites States Magistrate Judge