UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Case No. 1:24-cv-03285-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI"):

> Michael A. David
> Latham & Watkins LLP
> 555 Eleventh Street, NW
> Suite 1000
> Washington, D.C. 20004
> Telephone: (202) 637-2200
> Facsimile: (202) 637-2201
> Email: *michael.david@lw.com*

[Signature on the following page]

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted, |
| | **LATHAM & WATKINS LLP** |
| | /s/ *Michael A. David* |
| | Michael A. David |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington, D.C. 20004 |
| | Telephone: (202) 637-2200 |
| | Facsimile: (202) 637-2201 |
| | Email: *michael.david@lw.com* |
| | *Attorneys for OpenAI* |