UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DAILY NEWS, LP; CHICAGO TRIBUNE :
COMPANY, LLC; ORLANDO SENTINEL :     No. 1:24-cv-03285-SHS-OTW
COMMUNICATIONS COMPANY, LLC; :
SUN-SENTINEL COMPANY, LLC; SAN :
JOSE MERCURY-NEWS, LLC; DP MEDIA :
NETWORK, LLC; ORB PUBLISHING, :
LLC; AND NORTHWEST :
PUBLICATIONS, LLC, :
    :
          Plaintiffs, :
    :
          v. :
    :
MICROSOFT CORPORATION, OPENAI, :
INC., OPENAI LP, OPENAI GP, LLC, :
OPENAI, LLC, OPENAI OPCO LLC, :
OPENAI GLOBAL LLC, OAI :
CORPORATION, LLC, OPENAI :
HOLDINGS, LLC, :
    :
          Defendants. :
    :
------------------------------------------------------- X

## OPENAI DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, the "OpenAI Defendants"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports OpenAI's pending Motion to Dismiss (Dkt. 82).

In *Raw Story Media, et al. v. OpenAI, Inc., et al.*, No. 24-cv-01514 (S.D.N.Y.) (McMahon, J.), plaintiffs alleged that the OpenAI Defendants violated Section 1202 of the Digital

Millennium Copyright Act by "creat[ing] copies of Plaintiffs' works of journalism with [certain CMI] removed and includ[ing] them in training sets used to train ChatGPT." *See* Complaint, *Raw Story Media*, No. 24-cv-01514, Dkt. 1 ¶¶ 49–51 (attached hereto as Exhibit 1). On November 7, 2024, the United States District Court for the Southern District of New York dismissed the complaint in its entirety for lack of subject matter jurisdiction. *See* Order, *Raw Story Media*, No. 24-cv-01514, Dkt. 117 ("MTD Order") (attached hereto as Exhibit 2); *see also id.* at 9–10 (inviting plaintiffs to "explain[] [] why [any] proposed amendment would not be futile" notwithstanding the Court's "skeptic[ism] about Plaintiffs' ability to allege a cognizable injury"). The Court held, *inter alia*, that (1) plaintiffs had failed to "allege that a copy of their work from which the CMI has been removed has been disseminated by ChatGPT," *id.* at 6; and (2) plaintiffs had "not plausibly alleged that there is a substantial risk that the *current* version of ChatGPT will generate a response plagiarizing one of *Plaintiffs'* articles," *id.* at 9 (internal citation marks omitted) (emphasis in original). In so doing, the Court stated that it was "not convinced that the mere removal of identifying information from a copyrighted work—absent dissemination—has *any* historical or common-law analogue." *Id.* at 6–7 (emphasis in original). The MTD Order addresses issues discussed in the pending motion to dismiss filed by the OpenAI Defendants. *See* Dkt. 82 at 13-16.

Dated: San Francisco, California  
November 11, 2024

Respectfully Submitted,

By: /s/ Joseph C. Gratz

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
 jgratz@mofo.com
Andrew L. Perito (*pro hac vice*)
 aperito@mofo.com
Vera Ranieri (*pro hac vice*)
 vranieri@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

Rose S. Lee *(pro hac vice)*
 roselee@mofo.com
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454

Carolyn M. Homer *(pro hac vice)**
 cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 650-4597

Jocelyn E. Greer
 jgreer@mofo.com
Emily Claire Wood
 ewood@mofo.com
Eric K. Nikolaides
 enikolaides@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC

Dated: November 11, 2024

By: */s/ Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel (*pro hac vice*)
 joe.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Sarang Damle
 sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
Michael A. David
 michael.david@lw.com
555 Eleventh Street NW
Suite 100
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Allison Levine Stillman
 alli.stillman@lw.com
Rachel R. Blitzer
 rachel.blitzer@lw.com
Herman H. Yue
 herman.yue@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC

Dated: November 11, 2024

By: /s/ Thomas E. Gorman

**KEKER, VAN NEST & PETERS** LLP
Robert A. Van Nest (*pro hac vice*)
 rvannest@keker.com
R. James Slaughter (*pro hac vice*)
 rslaughter@keker.com
Paven Malhotra
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
 ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
 tgorman@keker.com
Edward A. Bayley (*pro hac vice*)
 ebayley@keker.com
Katie Lynn Joyce (*pro hac vice*)
 kjoyce@keker.com
Christopher S. Sun (*pro hac vice*)
 csun@keker.com
Andrew S. Bruns (*pro hac vice*)
 abruns@keker.com
633 Battery Street
San Francisco, California  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC

\*  All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.