UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, | |
| Plaintiff, | No. 1:23-cv-11195-SHS-OTW |
| v. | |
| MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, | |
| Defendants. | |

---

| | |
|---|---|
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, | No. 1:24-cv-03285-SHS-OTW |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, | |
| Defendants. | |

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | No. 1:24-cv-04872-SHS-OTW |

## OPENAI'S RESPONSE IN SUPPORT OF PLAINTIFF'S MOTIONS FOR LEAVE TO FILE UNDER SEAL

Pursuant to Paragraph 22 of the Protective Order (ECF 127), Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings, LLC (collectively, "OpenAI") respond to Plaintiff New York Times Company's ("The Times") Motions for Leave to File Under Seal (ECF 312 and ECF 318) filed in connection with The Times's recent letter motions to compel (ECF 313 and ECF 322). For the reasons explained in the accompanying Memorandum of Law and the Declaration of Michael Trinh,[1] OpenAI respectfully requests the Court grant The Times's Motions. Specifically, OpenAI seeks to maintain the following material under seal:

- Limited portions of The Times's letter Motion to Compel at ECF 313;

---

[1] The accompanying Memorandum of Law and Declaration of Michael Trinh (ECF 335 and ECF 336, respectively) were also filed on November 21, 2024 in support of OpenAI's Motion for Leave to File Under Seal (ECF 334).

2

- Exhibits 1-10 to The Times's letter Motion to Compel at ECF 313 (ECF 313-1, 313-2, 313-3, 313-4, 313-5, 313-6, 313-7, 313-8, 313-9, 313-10);

- Limited portions of The Times's letter Motion to Compel at ECF 322;

- Limited portions of Exhibit 1 to The Times's letter Motion to Compel at ECF No. 322 (ECF 322-1); and

- Exhibit 3-5 to The Times's letter Motion to Compel at ECF 322 (ECF 322-3, 322-4, and 322-5).

For these reasons, OpenAI respectfully requests the Court grant The Times's Motions.

Dated: November 25, 2024　　　　　　　　Respectfully Submitted,

By: /s/ *Rose S. Lee*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
　jgratz@mofo.com
Andrew L. Perito (*pro hac vice*)
　aperito@mofo.com
Vera Ranieri (*pro hac vice*)
　vranieri@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
　roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Carolyn M. Homer (*pro hac vice*)
　cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597

Jocelyn E. Greer
　jgreer@mofo.com
Emily C. Wood
　ewood@mofo.com
Eric K. Nikolaides
　enikolaides@mofo.com
250 West 55th St.
New York, NY 10019-9601
Telephone: 212.468.8000

By: /s/ *Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
　andrew.gass@lw.com
Joseph R. Wetzel
　joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Telephone: 415.391.0600

Sarang V. Damle
  *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
  *alli.stillman@lw.com*
Michael A. David
  *michael.david@lw.com*
Rachel R. Blitzer
  *rachel.blitzer@lw.com*
Herman H. Yue
  *herman.yue@lw.com*
Luke A. Budiardjo
  *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200


By: /s/ *Christopher S. Sun*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  *rvannest@keker.com*
Paven Malhotra
  *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
  *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
  *ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
  *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
  *kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
  *ssalomon@keker.com*
R. James Slaughter (*pro hac vice*)
  *rslaughter@keker.com*
Christopher S. Sun (*pro hac vice*)
  *csun@keker.com*

Andrew S. Bruns (*pro hac vice*)
 *abruns@keker.com*
Andrew Dawson (*pro hac vice*)
 *adawson@keker.com*
Edward A. Bayley (*pro hac vice*)
 *ebayley@keker.com*

633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*