**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
THE NEW YORK TIMES COMPANY,

              Plaintiff,

              v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,

              Defendants.

No. 1:23-cv-11195-SHS-OTW

------------------------------------------------------- X
DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,

              Plaintiffs,

              v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,

              Defendants.

No. 1:24-cv-03285-SHS-OTW

------------------------------------------------------- X

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., | : <br> : <br> : |
| Plaintiff, | : No. 1:24-cv-04872-SHS-OTW <br> : <br> : |
| v. | : <br> : |
| OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |
| ------------------------------------------------------ X | |

## OPENAI DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Paragraph 22 of the Protective Order (ECF 127), Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings, LLC (collectively, "OpenAI") respond to Plaintiff New York Times Company's ("The Times") Motion for Leave to File Under Seal (ECF 399) filed in connection with The Times's recent letter motion to compel (ECF 392 and 398). For the reasons explained in the accompanying Memorandum of Law and the Declaration of Michael Trinh,[1] OpenAI respectfully requests the Court grant The Times's Motion. Specifically, OpenAI seeks to maintain the following type of information under seal: technical information related to OpenAI's products, services and/or operation.

The following documents contain technical information related to OpenAI's products, services and/or operation:

---

[1] The accompanying Memorandum of Law and Declaration of Michael Trinh were also filed on January 16, 2025 in support of OpenAI's Motion for Leave to File Under Seal.

2

- Limited portions of Exhibit 3 to Plaintiff's Letter Motion to Compel OpenAI to Produce Categories of Documents (ECF 398-3), comprising correspondence between counsel for Plaintiff and OpenAI Defendants concerning OpenAI's Responses and Objections to Plaintiff's Requests for Production of Documents.

Additionally, and for the same reasons, OpenAI contends that the following should be filed under seal with appropriate redactions:

- Limited portions of and Exhibit 14 to the News Plaintiffs' Motion to Compel OpenAI to Preserve Output Log Data on a Going-Forward Basis (ECF 379-15), comprising correspondence between counsel for Plaintiff and OpenAI Defendants concerning the preservation of user conversation data.

For these reasons, OpenAI respectfully requests the Court grant The Times's Motion for Leave to File Under Seal (ECF 399).

Dated: January 16, 2024  Respectfully Submitted,

By: */s/ Joseph C. Gratz*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
  jgratz@mofo.com
Andrew L. Perito (*pro hac vice*)
  aperito@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
  roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Carolyn M. Homer (*pro hac vice*)
  cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597

Jocelyn E. Greer
  jgreer@mofo.com
Emily C. Wood
  ewood@mofo.com
Eric K. Nikolaides
  enikolaides@mofo.com
250 West 55th St.
New York, NY 10019-9601
Telephone: 212.468.8000

By: */s/ Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
  andrew.gass@lw.com
Joseph R. Wetzel
  joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
  sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
  alli.stillman@lw.com
Michael A. David
  michael.david@lw.com
Rachel R. Blitzer
  rachel.blitzer@lw.com
Herman H. Yue
  herman.yue@lw.com
Luke A. Budiardjo
  luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200


By: */s/ Christopher S. Sun*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  rvannest@keker.com
Paven Malhotra
  pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
  mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
  ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
  tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
  kjoyce@keker.com
Sarah Salomon (*pro hac vice*)
  ssalomon@keker.com
R. James Slaughter (*pro hac vice*)
  rslaughter@keker.com
Christopher S. Sun (*pro hac vice*)
  csun@keker.com
Andrew S. Bruns (*pro hac vice*)
  abruns@keker.com

Andrew Dawson (*pro hac vice*)
 *adawson@keker.com*
Edward A. Bayley (*pro hac vice*)
 *ebayley@keker.com*

633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

6