**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DAILY NEWS LP, et al.,                            :
                                                  :
                        Plaintiffs,               :          24-cv-3285 (SHS) (OTW)
                                                  :
            -against-                             :
                                                  :
MICROSOFT CORPORATION, et al.,                    :          **ORDER**
                                                  :
                        Defendants.               :
                                                  :
                                                  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an outstanding motion to consolidate

the already-consolidated Case Nos. 23-CV-11195 (*The New York Times Co. v. Microsoft Corp. et*

*al.*) and 24-CV-3285 (*Daily News, LP et al. v. Microsoft Corp. et al.*) with Case No. 24-CV-4872

(*Center for Investigative Reporting v. OpenAI Inc., et al.*). (*See* ECF 152). Because the Court

already granted this motion to consolidate, (*see* ECF 196), this motion is **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF 152.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: January 17, 2025                           **Ona T. Wang**
       New York, New York                         United States Magistrate Judge