UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILY NEWS, LP, CHICAGO TRIBUNE COMPANY, LLC, ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC, SUN-SENTINEL COMPANY, LLC, SAN JOSE MERCURY-NEWS, LLC, DP MEDIA NETWORK, LLC, ORB PUBLISHING, LLC, and NORTHWEST PUBLICATIONS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>  Defendants. | Case No. 1:24-cv-03285-SHS-OTW |

**RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE TO A STATE STATUTE**

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Defendant Microsoft Corporation respectfully files this Rule 5.1 Notice of Constitutional Challenge of a State Statute. In Microsoft's Partial Motion to Dismiss Plaintiffs' Complaint, Microsoft seeks dismissal of Plaintiffs' trademark dilution claim under New York's Gen. Bus. Law § 360-l (Count VIII). Dkt. No. 77 at 23-25; Dkt. No. 105 at 9-10.  Microsoft argues that the claim is barred by the Constitution because, under the particular facts of this case, applying state law in the improper manner Plaintiffs request would run afoul of the Dormant Commerce Clause.  Dkt. No. 77 at 23-25; Dkt. No. 105 at 9-10.

In compliance with Rule 5.1(a)(2) of the Federal Rules of Civil Procedure, Microsoft served the New York State Attorney General with a copy of this Notice and the Motion questioning Plaintiffs' application of § 360-l via certified mail.  A true and accurate copy of that notice is attached hereto as Exhibit A.

1

Dated: February 3, 2025

By: /s/ Annette L. Hurst

ORRICK, HERRINGTON & SUTCLIFFE LLP
Annette L. Hurst (admitted *pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759
ahurst@orrick.com

Christopher J. Cariello
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3778
Facsimile: (212) 506-5151
ccariello@orrick.com

Sheryl Koval Garko
Laura Brooks Najemy
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
Facsimile: (617) 880-1801
sgarko@orrick.com
lnajemy@orrick.com

FAEGRE DRINKER BIDDLE & REATH LLP
Jeffrey S. Jacobson
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 248-3191
jeffrey.jacobson@faegredrinker.com

Jared B. Briant (admitted *pro hac vice*)
Kirstin L. Stoll-DeBell (admitted *pro hac vice*)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3588
jared.briant@faegredrinker.com
kirstin.stolldebell@faegredrinker.com

Carrie A. Beyer (admitted *pro hac vice*)
320 S Canal St Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1487
carrie.beyer@faegredrinker.com

Elizabeth M.C. Scheibel
90 S 7th St Unit 2200
Minneapolis, MN 55402
Telephone: (612) 766-7628
elizabeth.scheibel@faegredrinker.com

*Attorneys for Defendant*
*Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, the foregoing was served upon the New York State Attorney General by mailing a copy via Certified Mail to the New York State Attorney General at the following address:

Letitia A. James
New York State Attorney General
Managing Attorney's Office of the New York State Attorney General
28 Liberty Street, 16th Floor
New York, NY 10005

By: */s/ Annette L. Hurst*

Annette L. Hurst (admitted *pro hac vice*)