**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
THE NEW YORK TIMES COMPANY,  :
                               Plaintiff,  :   No. 1:23-cv-11195-SHS-OTW

                       v.  :

MICROSOFT CORPORATION, OPENAI,  :
INC., OPENAI LP, OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,  :
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, and OPENAI  :
HOLDINGS, LLC,
                              Defendants.  :

---------------------------------------------------------- X
DAILY NEWS, LP; CHICAGO TRIBUNE  :
COMPANY, LLC; ORLANDO SENTINEL  :   No. 1:24-cv-03285-SHS-OTW
COMMUNICATIONS COMPANY, LLC;
SUN-SENTINEL COMPANY, LLC; SAN  :
JOSE MERCURY-NEWS, LLC; DP MEDIA
NETWORK, LLC; ORB PUBLISHING,  :
LLC; AND NORTHWEST
PUBLICATIONS, LLC,  :

                             Plaintiffs,  :

                       v.  :

MICROSOFT CORPORATION, OPENAI,  :
INC., OPENAI LP, OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,  :
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI  :
HOLDINGS, LLC,

                             Defendants.  :
---------------------------------------------------------- X

## NOTICE OF APPEARANCE

Please take notice that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo LLC; OpenAI Global LLC; OAI Corporation, LLC; and OpenAI Holdings, LLC.

> Jocelyn E. Greer
> Morrison & Foerster LLP
> 250 W. 55th Street
> New York, NY 10019-9601
> Telephone: (212) 468-8000
> Facsimile: (212) 468-7900
> Email: JGreer@mofo.com

Dated: October 29, 2024

MORRISON & FOERSTER LLP

By: _____
Jocelyn E. Greer
JGreer@mofo.com
250 W. 55th Street
New York, NY 10019-9601
Telephone:  212.468.8000
Facsimile:  212.468.7900

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC