**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DAILY NEWS LP, et al.,

              Plaintiffs,

    -against-

MICROSOFT CORPORATION, et al.,

              Defendants.

-------------------------------------------------------------x

24-cv-3285 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an outstanding motion to consolidate this case with Case No. 23-CV-11195 (*The New York Times Co. v. Microsoft Corp. et al.*). (*See* ECF 87). Because the Court already granted this motion to consolidate, (*see* Case No. 23-CV-11195, ECF 243), this motion is **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF 87.

**SO ORDERED.**

Dated: March 3, 2025
       New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge