ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York |

G. Franklin Rothwell
(1928-2011)

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols
Daniel L. Shores
Jennifer B. Maisel

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Jess M. Collen
Jeffrey A. Lindenbaum*
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
An Nguyen
James T. Pawlowski
Bryan B. Thompson
Melissa C. Santos, Ph.D.
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger*
Mary L. Mullins*
Michael A. Saunders
Stephanie E. Waltersdorff

Of Counsel
Harry F. Manbeck, Jr.
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

March 6, 2025

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *The New York Times Company v. Microsoft Corp. et al.*, Case No. 23-cv-11195-SHS; *Daily News, LP et al. v. Microsoft Corp. et al.*, Case No. 24-cv-3285-SHS

Dear Magistrate Judge Wang:

I write on behalf of Plaintiffs Daily News, LP et al. ("Daily News") and The New York Times Company ("The Times") (collectively "Plaintiffs") regarding OpenAI's letter motion seeking a protective order prohibiting disclosure of OpenAI Confidential Information to Dr. Ricardo Baeza-Yates, one of Plaintiffs' experts. *See* Dkt. 163.[1] On October 16, 2024, OpenAI filed its letter motion seeking a protective order, Dkt. 163, and on October 22, 2024, Plaintiffs filed their opposition, Dkt. 172.[2] The Court heard argument from both parties during the December 3, 2024 status conference, and took the motion under advisement. *See* December 3, 2024, Hearing Tr. at 97:15-16. In an effort to resolve this dispute without further Court intervention, the parties have since met and conferred on this issue but remain at an impasse.

For the reasons stated in Plaintiffs' October 22, 2024 opposition, Plaintiffs respectfully request that the Court deny OpenAI's letter motion seeking a protective order prohibiting disclosure of OpenAI Confidential Information to Dr. Ricardo Baeza-Yates. Plaintiffs seek to consult with Dr. Baeza-Yates concerning OpenAI documents for the ongoing inspection of

---

[1] All docket numbers referenced herein are to the docket in *Daily News, LP et al. v. Microsoft Corp. et al.*, Case No. 24-cv-3285.

[2] While OpenAI's objection is directed to the *Daily News* Plaintiffs, The New York Times Company also disclosed Dr. Baeza-Yates as an expert under the protective order and joined in this opposition at Dkt. 271 in *The New York Times Company v. Microsoft Corp. et al.*, Case No. 24-cv-11195.



OpenAI's source code and in preparation for upcoming fact depositions of OpenAI's witnesses. However, Plaintiffs cannot do so unless they can share OpenAI's Confidential Information with Dr. Baeza-Yates. Plaintiffs ask that the Court rule on this issue at its earliest convenience so that Plaintiffs may begin to provide such materials to Dr. Baeza-Yates.

March 6, 2025

Respectfully submitted,

*/s/ Steven Lieberman*
Steven Lieberman

*/s/ Ian B. Crosby*
Ian B. Crosby

cc: All Counsel of Record (via ECF)