**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DAILY NEWS LP, et al.,

        Plaintiffs,

        -against-

MICROSOFT CORPORATION, et al.,

        Defendants.
------------------------------------------------------------x

24-cv-3285 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are several outstanding motions seeking conferences regarding various discovery disputes. (*See* ECF Nos. 174, 177, 184, 189, 203, 205, 236, 238, 242, 265). Because the Court held a status conference on January 22, 2025, (*see* 23-CV-11195, ECF 441), and the Court has scheduled another status conference for April 10, 2025, these motions are **DENIED as moot.**

For the reasons described in Case No. 23-CV-11195, ECF 378, Plaintiffs' motion to seal at ECF 265 is **GRANTED.**

The Clerk of Court is respectfully directed to close ECF Nos. 174, 177, 184, 189, 203, 205, 236, 238, 242, and 265.

        **SO ORDERED.**

                                                             *s/ Ona T. Wang*

Dated: March 25, 2025                            **Ona T. Wang**
      New York, New York              United States Magistrate Judge