## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>        Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW)<br><br>**NOTICE OF APPEARANCE** |
| DAILY NEWS, LP, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 1:24-cv-3285 (SHS) (OTW) |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>OPENAI, INC.; OPENAI GR, LLC; OPENAI, LLC; OPENAI OPCO LLC; OPENAI GLOBAL LLC; OAI CORPORATION, LLC; OPENAI HOLDINGS, LLC; and MICROSOFT CORPORATION,<br><br>        Defendants. | Civil Action No. 1:24-cv-04872 (SHS) (OTW) |

**PLEASE TAKE NOTICE** that Brianna Lynn Silverstein of the law firm of Faegre Drinker Biddle & Reath LLP, 1500 K Street NW, Suite 1100, Washington, DC 20005, hereby

enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated:   January 21, 2025                             FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/  Brianna Lynn Silverstein*
    Brianna Lynn Silverstein
    1500 K Street NW
    Suite 1100
    Washington, DC 20005
    Tel:  (202) 842-8800
    brianna.silverstein@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*

2