**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

IN RE:                                                      :
                                                            :
OPENAI, INC.,                                               :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                          :
                                                            :
                                                            :        <u>ORDER</u>
This Document Relates To:                                   :
**ALL ACTIONS**                                             :
                                                            :

-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court entered the parties' final stipulated protective order on July 24, 2025. (*See*

ECF 367). Accordingly, OpenAI's motion for a protective order at ECF 286 is **DENIED as moot.**

      The Clerk of Court is respectfully directed to close ECF 286.

      **SO ORDERED.**

                                *s/ Ona T. Wang*

Dated: September 3, 2025                                     **Ona T. Wang**
      New York, New York                                    United States Magistrate Judge