UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY | |
| Plaintiff, | |
| -against- | No. 1:23-cv-11195-SHS-OTW |
| MICROSOFT CORPORATION, *et al.,* | **[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| Defendants. | |
| DAILY NEWS, *et al.,* | |
| Plaintiff, | |
| -against- | No. 1:24-cv-3285-SHS-OTW |
| MICROSOFT CORPORATION, *et al.,* | |
| Defendants. | |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., | |
| Plaintiff, | |
| -against- | No. 1:24-cv-04872-SHS-OTW |
| OPENAI, INC., *et al.,* | |
| Defendants. | |

The motion of Daniel Jordan ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the State of California and Texas; and that his contact information is as follows:

Applicant's Name:    Daniel Jordan
Firm Name:            Lewis Llewellyn LLP
Address:              601 Montgomery Street, Suite 2000
City/State/Zip:       San Francisco, CA 94111

1

Telephone/Fax:          (415) 800-0590 / (415) 390-2127

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned cases in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  February 5, 2025

_____
**Ona T. Wang**
United States Magistrate Judge

2