UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>-against-<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-11195-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |
| DAILY NEWS, *et al.*,<br><br>Plaintiff,<br><br>-against-<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>Defendants. | No. 1:24-cv-03285-SHS-OTW |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>OPENAI, INC., *et al.*,<br><br>Defendants. | No. 1:24-cv-04872-SHS-OTW |

**PLEASE TAKE NOTICE** that the following attorney appears as counsel in the above-captioned matters on behalf of Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC (collectively, "OpenAI"):

    Evangeline A.Z. Burbidge
    Lewis & Llewellyn LLP
    601 Montgomery Street, Suite 2000
    San Francisco, CA 94111

1

    Telephone; 415-800-0590
    Email: eburbidge@lewisllewellyn.com

Dated: February 5, 2025          Respectfully submitted,

           LEWIS & LLEWELLYN LLP

           By: <u>/s/ *Evangeline A.Z. Burbidge*</u>
               Evangeline A.Z. Burbidge
               Lewis & Llewellyn LLP
               601 Montgomery Street, Suite 2000
               San Francisco, CA 94111
               Telephone; 415-800-0590
               Email: *eburbidge@lewisllewellyn.com*

           *Attorneys for Defendant OpenAI Inc.*