**KEKER VAN NEST & PETERS**  **LATHAM & WATKINS LLP**  **MORRISON FOERSTER**

January 6, 2026

VIA ECF

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: **Unopposed Request for an Extension of Time to Respond to Contention Interrogatories**
*In re OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143
This Document Relates To: All Actions

Dear Judge Stein:

OpenAI submits this unopposed letter motion according to section 1.E. of Your Honor's Individual Rules of Practice to respectfully request a seven-day extension of time for all parties to respond to contention interrogatories.

Pursuant to Your Honor's Joint Case Scheduling Order, the final day to respond to contention interrogatories is currently January 9, 2026. *See* ECF 238. OpenAI respectfully requests an extension to January 16, 2026 in light of the holidays and briefing deadlines for the January 15 discovery status conference (i.e., January 5 through January 8).

This is OpenAI's first request for an extension of time for all parties to respond to contention interrogatories. The requested extension will not affect any other deadlines in this action. Microsoft and Class Plaintiffs do not oppose the seven-day extension requested. News Plaintiffs do not oppose the extension on the condition that Microsoft supplement its response to News Plaintiffs' interrogatories Nos. 11 and 12 by January 9, 2026, which Microsoft has agreed to do.

Thus, OpenAI respectfully requests that Your Honor extend the deadline from January 9, 2026 to January 16, 2026.

Respectfully submitted,

*Jan 6, 2026*
*So Ordered.*
*Sidney H Stein*
*U.S.D.J.*

1

| KEKER VAN NEST & PETERS | LATHAM & WATKINS LLP | MORRISON FOERSTER |
|---|---|---|
| KEKER, VAN NEST & PETERS LLP[1] | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
| /s/ Christopher S. Sun | /s/ Allison S. Blanco | /s/ Rose S. Lee |
| Christopher S. Sun | Allison S. Blanco | Rose S. Lee |

---

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.