# EXHIBIT 2

| | |
|---|---|
| **From:** | Floyd G. Short (via NewsPlaintiffs-Service list) |
| **To:** | Briant, Jared B. |
| **Cc:** | newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon; Klaris Law Ziff Davis; KVP-OAI; OpenAICopyright; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS; #Microsoft NY Class Action FDBR |
| **Subject:** | RE: Deposition time for Microsoft witnesses |
| **Date:** | Friday, January 30, 2026 9:17:48 PM |

==EXTERNAL Email==

**Jared,**

**Thank you for the meet and confer earlier today and your counterproposal, but it is not sufficient for us to fairly examine the remaining Microsoft witnesses, so we will proceed with our motion.**

**Best regards,**
**Floyd**

**Floyd G. Short**
**Partner | Susman Godfrey LLP**
**401 Union Street | Suite 3000 | Seattle, WA 98101**
**Direct 206-373-7381 | Mobile 206-226-9210**
**fshort@susmangodfrey.com | www.susmangodfrey.com**

**CONFIDENTIAL AND PRIVILEGED INFORMATION**:  This message contains information that may be confidential or privileged. If you have received this message in error, please notify me by replying to this message and delete the message without reading or disclosing it. Thank you.

---

**From:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Sent:** Friday, January 30, 2026 4:39 PM
**To:** Floyd G. Short <fshort@SusmanGodfrey.com>
**Cc:** newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon <OAI-NDCA-SDNY@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** RE: Deposition time for Microsoft witnesses

==EXTERNAL Email==

Floyd –

I am writing to follow up on our meet and confer this morning regarding Plaintiffs' request for more deposition time from Microsoft witnesses.

From the outset, these cases were about the training of OpenAI's LLMs with books for the Class (as well as Microsoft's relationship with OpenAI as it relates to the training of OpenAI's LLMs), and

retrieval augmented generation for the News.  Since that time, Plaintiffs have focused the case on Microsoft's Bing Index and spent many hours on this topic with Microsoft 30(b)(6) witnesses, despite the fact that the Bing Index is not even referenced anywhere in the pleadings.  Microsoft structured its 30(b)(6) notice to comport with the negotiated limits in the DPO.  Plaintiffs did not, and now Plaintiffs are faced with a problem of their own making with respect to Microsoft 30(b)(6) deposition time.

We will agree to a reallocation of <u>10 hours</u> from Plaintiffs' remaining 30(b)(1) time to 30(b)(6) time with Microsoft.  As it is, this will give Plaintiffs <u>50 hours</u> of Microsoft 30(b)(6) time, exclusive of the 7 hours on New Copilot and 2 hours for the Natasha Crampton designation.  This is double the 30(b)(6) time that was negotiated in the DPO and more than the 30(b)(6) time that Plaintiffs currently have with OpenAI.

These requests for additional time need to come to an end.  We remain willing to consider Plaintiffs' proposal to reallocate more 30(b)(1) hours, but the only circumstances under which we will consider doing so is in exchange for complete finality on all of these deposition issues, for all time.  Let us know If you want to discuss further.

Thank you,

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
Connect: vCard

+1 303 607 3588 direct / +1 303 520 5987 mobile / +1 303 607 3600 fax

**Faegre Drinker Biddle & Reath LLP**
1144 15th Street, Suite 3400
Denver, Colorado 80202, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Floyd G. Short <fshort@SusmanGodfrey.com>
**Sent:** Friday, January 30, 2026 8:24 AM
**To:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Cc:** newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon <OAI-NDCA-SDNY@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** RE: Deposition time for Microsoft witnesses

**This Message originated outside your organization.**

---

**Thank you, Jared.**

---

**From:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Sent:** Friday, January 30, 2026 7:11 AM
**To:** Floyd G. Short <fshort@SusmanGodfrey.com>
**Cc:** newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon <OAI-NDCA-SDNY@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** RE: Deposition time for Microsoft witnesses

==EXTERNAL Email==
Floyd – In advance of our call, below is a chart identifying the Microsoft's current remaining Rule 30(b)(6) designations, exclusive of the two topics relating to the New Consumer Copilot product.

| Designee | Topics |
| --- | --- |
| Geraldine Russell | News 56, 57, 115(f), Licenses underlying Microsoft's express license defense |
| Jon Tinter | News 1(c) (as to JDCA terms/negotiations), 1(g), 2(a), 2(b), 2(g), 2(h), 2(i), 2(j), 2(k), 5, 88, 91, 109, 119(e)-(f)<br><br>Class 2, 17 (as to JDCA terms/negotiations), 18 (as to JDCA terms/negotiations), 19 (as to JDCA terms/negotiations), 20 (as to JDCA terms/negotiations), 44 (as to projections), 45, 46 |
| Jordan Usdan | News 12, 13B(a)-(d) & 13(f)-(h) & (l)-(n) (all subparts as to Microsoft did not acquire data), 14(a)-(d) &(f)-(j). 14(k) (as to Microsoft did not acquire), 29, 39 (as to agreements), 42, 45, 47, 63, 65, 103, 112, 115(a)-(e) & 115(g)<br><br>Class 33, 34 (as to agreements), 35, 36, 42, 43 |
| Umesh Madan | Class 52, 53 (as to 01/07/2019 meeting) |
| Sarah Bird | News 53, 59, 62, 106<br><br>Class 37 |
| Katie Griffith | News 13B(o), 114, 119(a)-(d)<br><br>Class 44 (as to profits and revenue) |
| Natasha Crampton | News 1(a) (as to the Joint DSB), 2(f), 72, 73, 89(a)-(d) |

|  | Class 27, 31 (as to regurgitation) |
|--|--|

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
Connect: vCard

+1 303 607 3588 direct / +1 303 520 5987 mobile / +1 303 607 3600 fax

**Faegre Drinker Biddle & Reath LLP**
1144 15th Street, Suite 3400
Denver, Colorado 80202, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Floyd G. Short <fshort@SusmanGodfrey.com>
**Sent:** Thursday, January 29, 2026 8:20 PM
**To:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Cc:** newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon <OAI-NDCA-SDNY@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** RE: Deposition time for Microsoft witnesses

**This Message originated outside your organization.**

**Thank you, Jared. Let's talk at 8 am PT tomorrow. Will you circulate a calendar appt.?**

**After conferring with Class and reviewing your chart, our estimate of 30b6 time used is virtually the same as yours, so at least we agree on the time count. In order to have an effective and efficient meet and confer it would be helpful to see the updated chart of your remaining 30b6 designations. Can you please provide that before the call?**

**Also, there is a separate email string in which News Plaintiffs have proposed an additional 20 hours of deposition time overall for Microsoft witnesses; I don't believe any Microsoft counsel has responded to that yet, but it's closely related, so let's meet and confer on that issue at the same time tomorrow.**

**Best regards,**
**Floyd**

**From:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Sent:** Thursday, January 29, 2026 7:02 PM
**To:** Floyd G. Short <fshort@SusmanGodfrey.com>
**Cc:** newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon <OAI-NDCA-SDNY@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** RE: Deposition time for Microsoft witnesses

==EXTERNAL Email==

Floyd – Below is our count of Plaintiffs' 30(b)(6) time with Microsoft witnesses. I can talk at 8am PT if that works for you or someone on Plaintiffs' team, otherwise I can discuss after the Vargas deposition. Please circulate Plaintiff's count of 30(b)(6) hours to date with Microsoft witnesses.

| Witness | 30(b)(6) Hours |
| --- | --- |
| Dee Templeton | 8.5 |
| Elbio Abib | 2.5 |
| Fabrice Canel | 5.6 |
| Jamie Huynh | 7.3 |
| Luke Melton | 1.6 |
| Mike Wetter | 1.9 |
| Padma Gaggara | 8.9 |
| Sathish Manivannan | 3.5 |
| Xia Song | 1.6 |

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
Connect: vCard

+1 303 607 3588 direct / +1 303 520 5987 mobile / +1 303 607 3600 fax

**Faegre Drinker Biddle & Reath** LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and

any attachments.

---

**From:** Briant, Jared B.
**Sent:** Thursday, January 29, 2026 6:42 PM
**To:** 'Floyd G. Short' <fshort@SusmanGodfrey.com>
**Cc:** newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon <OAI-NDCA-SDNY@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** RE: Deposition time for Microsoft witnesses

I will be in a deposition tomorrow morning so can't talk then. Send us plaintiffs' current time chart and we can do the same to compare.

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
Connect: vCard

+1 303 607 3588 direct / +1 303 520 5987 mobile / +1 303 607 3600 fax

**Faegre Drinker Biddle & Reath LLP**
1144 15th Street, Suite 3400
Denver, Colorado 80202, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Floyd G. Short <fshort@SusmanGodfrey.com>
**Sent:** Thursday, January 29, 2026 5:39 PM
**To:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Cc:** newsplaintiffs-service@simplelists.susmangodfrey.com; Holden Benon <OAI-NDCA-SDNY@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; openaicopyrightlitigation.lwteam@lw.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** Re: Deposition time for Microsoft witnesses

**This Message originated outside your organization.**

Thanks, Jared. Given that tomorrow is the deadline for the next round of motions we had better talk earlier in the day Can you do it in the morning Pacific time, preferably before 10 am PT? And can you send us the updated 30b6 designations in advance so we have a clear idea what is remaining and can figure out how much time we need?

Floyd G. Short

[fshort@susmangodfrey.com](fshort@susmangodfrey.com)

(206) 226-9210

> On Jan 29, 2026, at 3:10 PM, Briant, Jared B. <jared.briant@faegredrinker.com> wrote:
>
> EXTERNAL Email
> Let's plan to discuss and compare lists of time counts tomorrow afternoon. Does 3pm PT work for you or someone on your team?
>
> **Jared B. Briant**
> Partner
> jared.briant@faegredrinker.com
> Connect: vCard
>
> +1 303 607 3588 direct / +1 303 520 5987 mobile / +1 303 607 3600 fax
>
> **Faegre Drinker Biddle & Reath LLP**
> 1144 15th Street, Suite 3400
> Denver, Colorado 80202, USA
>
> This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.
>
> **From:** Floyd G. Short <fshort@SusmanGodfrey.com>
> **Sent:** Thursday, January 29, 2026 2:23 PM
> **To:** Briant, Jared B. <jared.briant@faegredrinker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>; Holden Benon <oai-ndca-sdny@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>
> **Cc:** KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
> **Subject:** RE: Deposition time for Microsoft witnesses

**This Message originated outside your organization.**

Jared,

Our time count is significantly lower than yours. Could you send a list that breaks down your time count by deposition so we can figure out the discrepancies?

Thank you,
Floyd

**Floyd G. Short**
Partner | **Susman Godfrey LLP**
401 Union Street | Suite 3000 | Seattle, WA 98101
Direct 206-373-7381 | Mobile 206-226-9210
fshort@susmangodfrey.com | www.susmangodfrey.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION**:  This message contains information that may be confidential or privileged. If you have received this message in error, please notify me by replying to this message and delete the message without reading or disclosing it. Thank you.

**From:** Briant, Jared B. <jared.briant@faegredrinker.com>
**Sent:** Thursday, January 29, 2026 10:22 AM
**To:** 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>; Holden Benon <oai-ndca-sdny@simplelists.susmangodfrey.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>
**Cc:** KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft NY Class Action FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>
**Subject:** Deposition time for Microsoft witnesses

EXTERNAL Email
Counsel –

Plaintiffs have exceeded the total Rule 30(b)(6) deposition time for Microsoft witnesses allowed under the Deposition Protocol Order.  The DPO allowed Plaintiffs a maximum of 25 total hours of 30(b)(6) deposition time, (ECF 355 §1.d), and on December 30, Plaintiffs requested an additional 15 hours of 30(b)(6) time which Microsoft agreed to the next day. The only other additions or exceptions are the 7 hours we agreed to for the two witnesses who will testify on New Consumer Copilot, and the DSB issue where the designation was withdrawn from Dee Templeton and moved to Natasha Crampton. Ms. Hurst offered to meet and confer about that but you have not yet responded. In our view, 2 hours is more than reasonable to address the DSB issue.

Excluding the specific exceptions noted above, as of the conclusion of yesterday's depositions, Plaintiffs have exceeded their maximum total Rule 30(b)(6) deposition time for Microsoft witnesses, with more than 41 hours on the record of 30(b)(6) deposition time. We assume Plaintiffs will now want to reallocate some of the remaining 30(b)(1) time to 30(b)(6) time, given the remaining 30(b)(6) topics and upcoming 30(b)(6) depositions on the calendar.

We are willing to discuss an additional reallocation of 30(b)(1) time to 30(b)(6) time, but need to have a plan in place before next week's depositions, which include at least one that has been noticed as a 30(b)(6) deposition. To that end, we are available to confer either this afternoon or Friday afternoon from 4-6pm ET to discuss a plan for reallocation. Let us know what time works for you.

Thanks,

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
Connect: vCard

+1 303 607 3588 direct / +1 303 520 5987 mobile / +1 303 607 3600 fax

**Faegre Drinker Biddle & Reath LLP**
1144 15th Street, Suite 3400
Denver, Colorado 80202, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.