January 30, 2026

> *In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
> This Document Relates To: News Cases

Dear Magistrate Judge Wang:

News Plaintiffs seek an order requiring OpenAI to (1) produce user metrics data for a set of "Custom GPTs" that were used to infringe Plaintiffs' copyrights, and (2) disclose whether OpenAI maintains output log data for these "Custom GPTs."

## I.     Background

As detailed below, OpenAI long ago agreed to provide discovery into these Custom GPT products. This motion concerns metrics data for Custom GPTs, the existence of which was disclosed during a January 9, 2026 deposition.

Custom GPTs are what they sound like: "custom versions of ChatGPT that you can create for a specific purpose." Ex. 1. "Anyone can easily build" a Custom GPT and "share that creation with others," including with the public. *Id.* "Creating one is as easy as starting a conversation, giving it instructions and extra knowledge, and picking what it can do, like searching the web, making images or analyzing data." *Id.* Like OpenAI's flagship ChatGPT product, all Custom GPTs are ███████████████████████████████████████████. Ex. 2 [Ramchandani 30(b)(6) Tr.] at 17:22-18:4. ████████████████████████████████████████ Ex. 2 at 17:6-7.

The *Daily News* Plaintiffs discussed Custom GPTs in their Complaint, alleging that many Custom GPTs are "specifically designed to circumvent the Publishers' paywalls." Compl. ¶¶ 147-52. The Complaint identifies examples of these Custom GPTs, which were made available to the public, including: the "(Legal) Paywall Remover" GPT, the "News Summarizer" GPT, the "WebPilot" GPT, the "WebGPT," and the "Browser Pro" GPT. Compl. ¶¶ 147-52. The Complaint illustrates how people can use these Custom GPTs to infringe Plaintiffs' copyrights, including by prompting these Custom GPTs to display paywalled content. Here is one example from the Complaint:



That is a Custom GPT that was at one point available on ChatGPT's website.

These Custom GPTs are relevant products for discovery in this MDL. In October 2024, OpenAI in a court filing agreed to produce documents about the Custom GPTs identified in the *Daily News* Complaint. *See Times* Dkt. 302 at 1-2. More recently, OpenAI agreed to present a 30(b)(6) witness on four topics relating to Custom GPTs. *See* Ex. 3 at 3.[1]

At that deposition, News Plaintiffs learned that OpenAI maintains user metrics data for these Custom GPTs. These metrics include: ████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ As Mr. Ramchandani explained:

████████████████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████

Ex. 5 [Ramchandani 30(b)(1) Tr.] at 12:13-15.

OpenAI also maintains data about the ████████████████████████████████████████████████████████████████████████████████

Ex. 5 at 14:21-15:10.

---

[1] OpenAI also disclosed the same witness, Rohit Ramchandani, under Rule 26 as "likely to have knowledge regarding the intended use of, and infrastructure that enables, custom GPTs and OpenAI's policies regarding the same." Ex. 4 at 5.

███████████████████████████████████████████████████████████████████████

Upon discovering this information, News Plaintiffs requested on the record that OpenAI produce any metrics data it possesses for the Custom GPTs identified in the Complaint, as well two additional Custom GPTs discussed at the deposition, which are the "Bypass Paywall" GPT and the "TheNYTimesGPT." Exs. 9, 10; Ex. 5 at 15:11-18. Plaintiffs followed up by email on January 19 to reiterate their request. Ex. 11.[2]

## II.    Argument

### 1.    Production of Metrics Data

OpenAI should produce any metrics data it maintains for the Custom GPTs identified in the *Daily News* Complaint, and the two additional Custom GPTs discussed at Mr. Ramchandani's deposition. The complete list includes: News Summarizer Ace, WebPilot, Browser Pro, WebGPT, Legal Paywall Remover, TheNYTimesGPT, and Bypass Paywall. This production should be completed by February 13, so Plaintiffs have sufficient time to evaluate it and follow up with OpenAI about any issues before the close of fact discovery.

Documents produced in discovery prove ██████████████████████████████████
████████████ *See* Ex. 6 [OPCO_MDL_004796351] ███████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████ Ex.    7
[OPCO_MDL_004836016].

The requested metrics data is relevant to at least News Plaintiffs' contributory infringement claims. To prevail, News Plaintiffs must prove (1) direct infringement by third parties, and (2) OpenAI's knowledge of that infringing activity. *New York Times Co. v. Microsoft Corp.*, 777 F. Supp. 3d 283, 305 (S.D.N.Y. 2025) (Stein, J.) (denying OpenAI's motion to dismiss News Plaintiffs' contributory infringement claims). For the knowledge element, the "standard in the Second Circuit" is "whether defendants objectively 'kn[e]w or ha[d] reason to know' of the direct infringement by third-party end users." This data will prove that OpenAI knew or should have known that people were using these Custom GPTs to infringe copyrights. Relatedly, this data will reveal the scope of the infringement for which OpenAI is contributorily liable.

OpenAI has not raised any burden argument to resist producing this data, nor could it. Mr. Ramchandani wrote in an internal slack message ██████████████████████████████████
█████████████████████████ OpenAI can readily locate the data and produce it.

---

[2] On January 30, the deadline for this motion, OpenAI suggested it would agree to at least produce the requested metrics data (which would resolve part one of this motion). Ex. 11. But when Plaintiffs followed up with a simple clarification email, OpenAI did not respond.

News Plaintiffs have already identified the specific Custom GPTs for which they request metrics data. *See* Ex. 5 at at 15:11-18. OpenAI should identify and produce any metrics data it possesses for these Custom GPTs, including:

OpenAI should also identify and produce any other metrics data it maintains in the ordinary course of business. And if OpenAI has deleted any of this data, it should promptly disclose that deletion.

Finally, this request does not implicate any user privacy concerns because these metrics are aggregated (e.g. 1,000 people used the "Bypass Paywall" GPT on January 20, 2024).

2. Disclosure of Whether OpenAI Maintains Output Log Data for Custom GPTs

OpenAI should also be ordered to disclose whether it maintains output log data for Custom GPT responses and to provide that disclosure in a verified interrogatory response.



Mr. Ramdandani testified during his Rule 30(b)(6) deposition that

But Mr. Ramchandani did not know whether OpenAI

As OpenAI's designated Rule 30(b)(6) witness on Custom GPTs, Mr. Ramchandani should have been able to answer that question. Ex. 4 at 5 (email designating Mr. Ramchandani on these topics, including the topic of "OpenAI's policies and practices related to its monitoring of Custom GPTs"). Following the deposition, News Plaintiffs on January 19 asked OpenAI's counsel whether OpenAI maintains such output log data, Ex. 11, but OpenAI has not yet answered this question.

To be clear, News Plaintiffs are not suggesting that OpenAI produce log data for Custom GPT queries or outputs. But whether OpenAI maintains and has access to these output logs is relevant to at least the knowledge element of News Plaintiffs' contributory infringement claims. OpenAI has argued that Plaintiffs cannot prove this element since OpenAI had "no reason to suspect" that people were infringing copyrights through OpenAI's products. *Times* Dkt. 52 (OpenAI's MTD) at 17. Proof that OpenAI maintained output logs further undermines that assertion. In that case, OpenAI would have records showing people using these products to evade paywalls. If OpenAI does in fact have these logs, OpenAI knew or should have known that people were using these Custom GPTs to infringe Plaintiffs' copyrights.

Respectfully,

*/s/ Davida Brook*
Davida Brook
Susman Godfrey LLP
Counsel for The New York Times Company
News Plaintiffs' Liaison Counsel

cc:    All Counsel of Record (via ECF)